# EXHIBIT A
## (PART 2 OF 5)



## Notice of Service of Process

**A3M / ALL**
**Transmittal Number: 19117572**
**Date Processed: 12/19/2018**

| | |
|---|---|
| **Primary Contact:** | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street,  9275-LC12L<br>Saint Paul, MN 55102 |

| | |
|---|---|
| **Entity:** | The Travelers Indemnity Company<br>Entity ID Number  2317465 |
| **Entity Served:** | Travelers Indemnity Company |
| **Title of Action:** | Wolverine World Wide, Inc., f/k/a Wolverine Shoe & Tanning Corporation vs. The American Insurance Company |
| **Document(s) Type:** | OTHER:Part 2 of 5 Transmittal 19117484 |
| **Nature of Action:** | Contract |
| **Case/Reference No:** | 18-11116 |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 12/18/2018 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Part 2 of 5 Transmittal 19117484<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# INA

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol<br>GAL | Policy Number<br>37 68 12 ✓ | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## Schedule of Coverage Parts

Comprehensive General Liability Insurance          GL 102 ✓

Contractual Liability Insruance Coverage Part
(Blanket Coverage)          GL 215 ✓

Personal Injury Liability Insurance Coverage
Part          GL 135 ✓

m
1-21

Authorized Agent

CC-1E15  Ptd. In U.S.A.

AGENT'S COPY

 **INA**

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

| ADDITIONAL DECLARATIONS | Policy No. **GAL 37 68 12** ✓ |
|---|---|

### SCHEDULE

Location of all premises owned by, rented to or controlled by
the Named Insured _____

Interest of Named Insured in such premises ☐ Owner   ☐ General Lessee   ☐ Tenant **As Applicable**

Part occupied by Named Insured _____ **As applicable** ✓

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein:

| Code No. | Description of Hazards | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| Premises—Operations | | | | | | |
| 1-48050 | All Operations ✓ | | Included in Composite rate | | | |
| | | (a) Area (Sq. Ft.) | (a) Per 100 Sq. Ft. of Area | | | |
| | | (b) Frontage | (b) Per Linear Foot | | | |
| | | (c) Admissions | (c) Per 100 Admissions | | | |
| | | (d) Remuneration | (d) Per $100 of Remuneration | | | |
| | | (e) Receipts | (e) Per $100 of Receipts | | | |
| | | (f) Units | (f) Per Unit | | | |
| Escalators (Number at Premises) 1-48050 | | Number Insured | Per Landing Included in Composite rate | | | |
| Independent Contractors 1-48050 | | Cost | Per $100 of Cost Included in Composite rate | | | |
| Completed Operations 1-48050 | | (a) Receipts | (a) Per $1000 of Receipts Included in Composite rate | | | |
| Products 1-48050 | | (b) Sales | (b) Per $1000 of Sales Included in Composite rate | | | |
| Minimum Premium(s) | | | TOTALS | | $ **Incl.** | $ **Incl.** |
| | | | TOTAL ADVANCE PREMIUM ▶ | | | $ **Included** |

GL-102 (CGL) (Page 1 of 3) 3/13  PRINTED IN U.S.A.  AGENTS COPY



## COMPREHENSIVE GENERAL LIABILITY INSURANCE

### COVERAGE PART

**I. COVERAGE A—BODILY INJURY LIABILITY**
**COVERAGE B—PROPERTY DAMAGE LIABILITY**

The Company will pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages because of

A. bodily injury or
B. property damage

to which this insurance applies, caused by an occurrence and the Company shall have the right and duty to defend any suit against the Insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the Insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the Named Insured's products or to a warranty that work performed by or on behalf of the Named Insured will be done in a workmanlike manner;·

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

  (1) any automobile or aircraft owned or operated by or rented or loaned to any Insured, or

  (2) any other automobile or aircraft operated by any person in the course of his employment by any Insured;

  but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the Named Insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any Insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any Insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

  (1) any watercraft owned or operated by or rented or loaned to any Insured, or

  (2) any other watercraft operated by any person in the course of his employment by any Insured;

  but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the Named Insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

  (1) liability assumed by the Insured under an incidental contract, or

  (2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the Insured or his indemnitee may be held liable

  (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

  (2) if not so engaged, as an owner or lessor of premises used for such purposes,

  if such liability is imposed

    (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverages, or

    (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

  but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the Insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the Insured arising out of and in the course of his employment by the Insured or to any obligation of the Insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the Insured under an incidental contract;

(k) to property damage to

  (1) property owned or occupied by or rented to the Insured,

  (2) property used by the Insured, or

  (3) property in the care, custody or control of the Insured or as to which the Insured is for any purpose exercising physical control;

  but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the Named Insured;

(l) to property damage to premises alienated by the Named Insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

  (1) a delay in or lack of performance by or on behalf of the Named Insured of any contract or agreement, or

  (2) the failure of the Named Insured's products or work performed by or on behalf of the Named Insured to meet the level of performance, quality, fitness or durability warranted or represented by the Named Insured;

  but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the Named Insured's products or work performed by or on behalf of the Named Insured after such products or work have been put to use by any person or organization other than an Insured;

(n) to property damage to the Named Insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the Named Insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of the use of the Named Insured's products or work completed by or for the Named Insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to property damage included within:

  (1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",

  (2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",

  (3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

## II. PERSONS INSURED

Each of the following is an Insured under this insurance to the extent set forth below:

(a) if the Named Insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the Named Insured with respect to the conduct of such a business;

(b) if the Named Insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the Named Insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the Named Insured) or organization while acting as real estate manager for the Named Insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the Named Insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the Named Insured any such equipment registered in the name of the Named Insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an Insured under this paragraph (e) with respect to:

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the Named Insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the Insured is a partner or member and which is not designated in this policy as a Named Insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) Insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

Coverage A—The total liability of the Company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each occurrence."

Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the declarations as "aggregate".

Coverage B—The total liability of the Company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the declarations as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the declarations as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the Named Insured by independent contractors and general supervision thereof by the Named Insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the Named Insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the Named Insured.

Coverages A and B—For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

----

When used as a premium basis:

(1) "admissions" means the total number of persons, other than employees of the Named Insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;

(2) "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the Named Insured other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the Company;

(3) "receipts" means the gross amount of money charged by the Named Insured for such operations by the Named Insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the Named Insured collects as a separate item and remits directly to a governmental division;

(4) "cost" means the total cost to the Named Insured with respect to operations performed for the Named Insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or sub-contractor, including all fees, allowances, bonuses or commissions made, paid or due;

(5) "sales" means the gross amount of money charged by the Named Insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the Named Insured and such others collect as a separate item and remit directly to a governmental division.



## CONTRACTUAL LIABILITY INSURANCE COVERAGE PART
### (Blanket Coverage)

| ADDITIONAL DECLARATIONS | Policy No. **GAL 37 68 12** |
|---|---|

### SCHEDULE

It is agreed that the Limits of Liability set forth in the Policy Declarations for the Contractual Liability Coverage Part shall apply as respects any coverage afforded hereunder unless other specific limits are set forth below.

| Coverage | Limits of Liability (this Coverage Part only) |
|---|---|
| Contractual Bodily Injury Liability | $ **500,000** each occurrence |
| Contractual Property Damage Liability | $ **100,000** each occurrence $ **100,000** aggregate |

| Code No. | Designation of Contracts on file or known to the Company | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| **3-17985** **Blanket Contractual Liability** | | (a) Sales (b) Cost | (a) Per $1,000 of Sales (b) Per $100 of Cost | | | |
| | **Included in Composite rate** | | | | | |

| Minimum Premium(s) | | TOTALS | $ **Incl.** | $ **Incl.** |
|---|---|---|---|---|
| | | TOTAL ADVANCE PREMIUM ► $ **Incl.** | | |

The following exclusions do not apply with respect to any "construction agreements":

When used as a premium basis:

1. the word "cost" means the total cost of all work in connection with all contracts of the type designated in the schedule for this insurance with respect to which "cost" is the basis of premium, regardless of whether any liability is assumed under such contracts by the Insured. It includes the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the Insured, or others including all fees, allowances, bonuses or commissions made, paid or due. It shall not include the cost of any operations to which exclusions (o) or (p) apply, unless such exclusions are voided in the schedule.

2. the word "sales" means the gross amount of money charged by the Named Insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the Named Insured and such others collect as a separate item and remit directly to a governmental division.

GL-215   (KB)   Printed in U.S.A.

**AGENT'S COPY**

# I. COVERAGES—CONTRACTUAL BODILY INJURY LIABILITY CONTRACTUAL PROPERTY DAMAGE LIABILITY

The Company will pay on behalf of the Insured all sums which the Insured, by reason of contractual liability assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

bodily injury or
property damage

to which this insurance applies, caused by an occurrence, except the liability of the indemnitee resulting from his sole negligence and the Company shall have the right and duty to defend any suit against the Insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend (1) any arbitration proceeding wherein the Company is not entitled to exercise the Insured's rights in the choice of arbitrators and in the conduct of such proceedings, or (2) any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

## Exclusions

This insurance does not apply:

(a) to liability assumed by the Insured under any incidental contract;

(b) (1) if the Insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of professional services performed by such Insured, including (i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and (ii) supervisory, inspection or engineering services; (2) if the indemnitee of the Insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of (i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or (ii) the giving of or failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(c) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;

(d) to bodily injury or property damage for which the indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (ii) of this exclusion does not apply with respect to liability of the indemnitee as an owner or lessor described in (2) above;

(e) to any obligation for which the Insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(f) to any obligation for which the Insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(g) to property damage to (1) property owned or occupied by or rented to the Insured, (2) property used by the Insured, or (3) property in the care, custody or control of the Insured or as to which the Insured is for any purpose exercising physical control;

(h) to property damage to premises alienated by the Named Insured arising out of such premises or any part thereof;

(i) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the Named Insured of any contract or agreement, or

(2) the failure of the Named Insured's products or work performed by or on behalf of the Named Insured to meet the level of performance, quality, fitness or durability warranted or represented by the Named Insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the Named Insured's products or work performed by or on behalf of the Named Insured after such products or work have been put to use by any person or organization other than an Insured;

(j) to property damage to the Named Insured's products arising out of such products or any part of such products;

(k) to property damage to work performed by or on behalf of the Named Insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(l) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the Named Insured's products or work completed by or for the Named Insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(m) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(n) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

Unless stated in the schedule as not applicable, the following exclusions also apply to contractual liability assumed by the Insured under any agreement relating to construction operations.

This insurance does not apply:

(o) to bodily injury or property damage arising out of construction, maintenance or repair of watercraft or loading or unloading thereof;

(p) to bodily injury or property damage arising out of operations, within fifty feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

(q) to bodily injury or property damage included within the completed operations hazard or the products hazard;

(r) to property damage included within (1) the explosion hazard, (2) the collapse hazard, or (3) the underground property damage hazard.

## II. PERSONS INSURED

Each of the following is an Insured under this insurance to the extent set forth below:

(a) if the Named Insured is designated in the declarations as an individual, the person so designated and his spouse;

(b) if the Named Insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the Named Insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the Insured is a partner or member and which is not designated in this policy as a Named Insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) Insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

Contractual Bodily Injury Liability—The total liability of the Company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as a result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule or the declarations as applicable to "each occurrence".

Contractual Property Damage Liability—The total liability of the Company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule or the declarations as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the Company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the schedule or the declarations as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the Named Insured.

Contractual Bodily Injury and Property Damage Liability

For the purpose of determining the limit of the Company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

## V. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"contractual liability" means liability expressly assumed under a written contract or agreement; provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the Named Insured's products or a warranty that work performed by or on behalf of the Named Insured will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the Insured is required to submit or to which the Insured has submitted with the Company's consent.

## VI. ADDITIONAL CONDITION

**Arbitration**

The Company shall be entitled to exercise all of the Insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

**Premium**

The advance premium stated in the schedule is the estimated premium on account of such written contracts as are on file with or known to the Company. The Named Insured shall notify the Company of all other written contracts entered into during the policy period to which this insurance applies.

# PERSONAL INJURY LIABILITY INSURANCE
## COVERAGE PART

| ADDITIONAL DECLARATIONS | Policy No. **GAL 37 68 12** |
|---|---|

## 9-99980

### SCHEDULE

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges.

| GROUPS OF OFFENSES | | ADVANCE PREMIUM |
|---|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution | — | $ **Incl.** |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | — | $ **Incl.** |
| C. Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | — | $ **Incl.** |
| | | **Incl.** |

Insured's Participation __ **0** % Minimum Premium $ __ **N/A** __ TOTAL ADVANCE PREMIUM $ __ $ **Incl.**
**Included in Composite rate (See Endorsement # 2)**

### I. COVERAGE P—PERSONAL INJURY LIABILITY

The Company will pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of one or more of the following offenses committed in the conduct of the Named Insured's business:

Group A—false arrest, detention or imprisonment, or malicious prosecution;

Group B—the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the Named Insured;

Group C—wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the Company shall have the right and duty to defend any suit against the Insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

#### Exclusions

This insurance does not apply:

(a) to liability assumed by the Insured under any contract or agreement,

(b) to personal injury arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of any Insured;

(c) to personal injury sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the Named Insured;

(d) to personal injury arising out of any publication or utterance described in Group B, if the first injurious publication or utterance of the same or similar material by or on behalf of the Named Insured was made prior to the effective date of this insurance;

(e) to personal injury arising out of a publication or utterance described in Group B, concerning any organization or business enterprise, or its products or services, made by or at the direction of any Insured with knowledge of the falsity thereof.

### II. PERSONS INSURED

Each of the following is an Insured under this insurance to the extent set forth below:

(a) if the Named Insured is designated in the declarations as an individual, the person so designated and his spouse;

(b) if the Named Insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the Named Insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to personal injury arising out of the conduct of any partnership or joint venture of which the Insured is a partner or member and which is not designated in this policy as a Named Insured.

### III. LIMITS OF LIABILITY; INSURED'S PARTICIPATION

Regardless of the number of (1) Insureds under this policy, (2) persons or organizations who sustain personal injury, or (3) claims made or suits brought on account of personal injury, the total liability of the Company's liability under this coverage for all damages shall not exceed the limit of personal injury liability stated in the declarations as "aggregate".

If a participation percentage is stated in the schedule for the Insured, the Company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the Insured; provided, the Company may pay the Insured's portion of a loss to effect settlement of the loss and, upon notification of the action taken, the Named Insured shall promptly reimburse the Company therefor.

### IV. ADDITIONAL DEFINITION

When used in reference to this insurance:

"damages" means only those damages which are payable because of personal injury arising out of an offense to which this insurance applies.

GL-135 (PI) 50 M 2/73   PRINTED IN U.S.A.

AGENT'S COPY



| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol **GAL** | Policy Number **37 68 12** | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## Schedule of Form Numbers

| | | |
|---|---|---|
| Endorsement # 1 | Named Insured | CC 1E15 |
| Endorsement # 2 | Personal Injury Exclusion | CC 1E15 |
| Endorsement # 3 | Additional Insureds Endorsement (Limited) | CC 1E15 |
| Endorsement # 4 | CC 1E15 | |
| Endorsement # 5 | CC 1E15 | |
| Endorsement # 6 | CC 1E15 | |
| Endorsement # 7 | Composite Rate Endorsement | CC 1E15 |
| Endorsement # 8 | Employee Benefits Liability | LC 811 |
| Endorsement # 9 | Additional Insured (Premises Leased to the Named Insured) | LC 971 |
| Endorsement # 10 | Vessels | LC 991 |
| Endorsement # 11 | Worldwide Coverage Endorsement | C 1452 |
| Endorsement # 12 | Additional Insured (Employees) and Executive Officers | LC 968 |
| Endorsement # 13 | Additional Insured (Vendors-Broad Form) | LC 975 |
| Endorsement # 14 | Interim Premium Payment Endorsement | LC 578 |

um
51-21

Authorized Agent

CC-1E15 Ptd. In U.S.A.

AGENT'S COPY



| Named Insured | | | Endorsement Number<br>**1** |
|---|---|---|---|
| Policy Symbol<br>**GAL** | Policy Number<br>**37 68 12** | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### NAMED INSURED ENDORSEMENT

WOLVERINE WESTERN HEMISPHERE COMPANY

INSTITUTIONAL SHOE CORPORATION

WOLVERINE INTERNATIONAL INC.

AQUADILLA SHOE CORPORATION

SEABOARD SALES CORPORATION

VERDE INC.

W.W.W. RETAIL, INC.

WOLVERINE WORLD WIDE EMPLOYEES FEDERAL CREDIT UNION

WOLVERINE SERVICE CLUB, INC.

ANY CORPORATION OR OTHER BUSINESS ORGANIZATION IN WHICH THE PRIMARY INSURED
ACQUIRES AN OWNERSHIP INTEREST OF AT LEAST 50.1 PER CENT.

**Authorized Agent**

CC-1E15 Ptd. In U.S.A.

AGENT'S COPY

**INA**

| Named Insured | | | Endorsement Number<br>2 |
|---|---|---|---|
| Policy Symbol<br>GAL | Policy Number<br>37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### Personal Injury Exclusion

In consideration of the premium charged, it is agreed that
exclusion "C" of the Personal Injury Liability Insurance
Coverage Part (GL 135) is deleted.

am
51-21

Authorized Agent

CC-1E15 Ptd. in U.S.A.

AGENT'S COPY



| Named Insured | | | Endorsement Number<br>3 |
|---|---|---|---|
| Policy Symbol<br>**GAL** | Policy Number<br>**37 68 12** | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## ADDITIONAL INSUREDS ENDORSEMENT
### (Limited)

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below as an additional insured, subject to the following provisions:

1) The insurance applies only with respect to liability of the additional insureds arising out of THE OWNERSHIP MAINTENANCE OR USE OF EQUIPMENT WHILE LEASED TO THE NAMED INSURED.

2) The named insured is authorized to act for such additional insureds in all matters pertaining to this insurance, including receipt of notice of cancellation; and

3) Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured.

4) Nothing contained herein shall affect any right of recovery as a claimant which the additional insured would have if not designated as such.

### Names of Additional Insureds

UNITED STATES LEASING CORPORATION

1-21

Authorized Agent

CC-1E15 Ptd. in U.S.A.

AGENT'S COPY

**INA**

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| | | | 4 Page 1 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| GAL | 37 68 12 | | |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

It is agreed that the following provisions are hereby made a part of this policy:

1) **As respects World-Wide Products Liability:**

   The Bodily Injury and Property Damage Liability Coverages also apply to bodily injury or property damage which occurs, during the policy period, outside the policy territory provided:

   (A) such injury or damage is included in the products hazard, and

   (B) the original suit for such injury or damage is brought within the policy territory.

2) **As respects Host Liquor Law Liability:**

   The Bodily Injury and Property Damage Liability Coverages apply to bodily injury or property damage arising out of the serving or giving of alcoholic beverages, by or on behalf of the Named Insured, provided the Named Insured.

   (A) is not a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

   (B) is not an owner or lessor of premises used for such purposes if liability is imposed by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage.

Damages includes damages for loss of support resulting from bodily injury.

3) **As respects Watercraft Non-Ownership:**

   It is agreed that the policy exclusion relating to the ownership, maintenance, operation, use, loading or unloading of watercraft shall not apply to any watercraft under 50 feet in length provided such watercraft is not owned by the Named Insured and is not being used to carry persons for a charge.

1-21

**Authorized Agent**

CC-1E15 Ptd. in U.S.A.



| Named Insured | | | Endorsement Number<br>4 Page 2 |
|---|---|---|---|
| Policy Symbol<br>GAL | Policy Number<br>37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

4) **As respects Incidental Malpractice Liability:**

The Bodily Injury and Property Damage Liability Coverages apply to bodily injury or property damage occurring during the policy period and arising out of malpractice, error or mistake committed at or in connection with the premises or operations.

(A) in the rendering of or failure to render medical, surgical, dental, x-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith, or

(B) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances

subject to the following provisions:

(1) The following additional exclusion applies:

The insurance does not apply to bodily injury to any person to or for whom benefits or damages on account thereof are payable under any valid and collectible voluntary compensation or employer's liability available to the Insured.

(2) The Supplementary Payments provision of the policy shall not apply to this insurance in so far as it provides for the payment of expenses incurred by the Insured for first aid at the time of accident.

(3) Exclusion (j) does not apply to injury to the emotions or reputation of a person arising out of the rendering of such services.

Authorized Agent

CC-1E15 Ptd. in U.S.A.

AGENT'S COPY

# INA

| Named Insured | | Endorsement Number |
|---|---|---|
| | | 5 |
| **Policy Symbol** GAL | **Policy Number** 37 68 12 | **Policy Period** | **Effective Date of Endorsement** |
| Issued By (Name of Insurance Company) | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to Employee Benefits Liability Insurance.

It is agreed that the Employee Benefits Liability Insurance endorsement is amended as follows:

1) The term "Employee or Former Employee is changed to read:

   Employee or former employee or Director or former director wherever it appears in the endorsement.

2) The definition of "Administration" is amended by changing the word "employees" in paragraphs (a) and (d) of the definition to read:

   "Employees and Directors"

im
:1
:1

| | Authorized Agent |
|---|---|

CC-1E15  Ptd. in U.S.A.

AGENT'S COPY



| Named Insured | | | Endorsement Number<br>6 |
|---|---|---|---|
| Policy Symbol<br>GAL | Policy Number<br>37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

It is agreed that the following cancellation clause is added to this policy but only as respects General Liability:

This endorsement modifies the cancellation condition and is applicable to all insurance afforded by the policy.

Cancellation By the Company Endorsement

It is agreed the cancellation condition of the policy is amended to provide that with respect to cancellation by the Company except for cancellation for nonpayment premium, the effective date of cancellation shall be not less than sixty (60) days after the mailing of notice thereof.

51-21

Authorized Agent

CC-1E15 Ptd. In U.S.A.

AGENT'S COPY

# INA

## Revised
## Composite Rate Endorsement

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Wolverine World Wide Inc. | | | 7 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| GAL | 37 68 12 | 3-1-79/3-1-80 | 3-1-79 |

Issued By (Name of Insurance Company)
## Insurance Company of North America

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

The premium for this policy is based upon sales as herein defined, and shall be computed by applying to each $1,000. of such sales a rate of .88692 (BI .88692, PD Incl.). The Named Insured shall upon termination of the policy render to the company statement of the sales as herein defined during the policy period and the earned premium shall be computed thereon. If the earned premium thus computed exceeds the advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by the named insured.

| Estimated Annual Sales | Rates | | Total Estimated Annual Premium | |
|---|---|---|---|---|
| | BI | PD | BI | PD |
| $175,000,000 | .88692 | Incl. | $155,211 | Incl. |

### Sales Defined

The word "sales" means the gross amount of money charged by the named insured (by concessionaires of the named insured) or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured, (concessionaires of the named insured) and others (trading under his name) collect as a separate item and remit directly to a governmental division.

Authorized Agent

CC-1E15 Ptd. In U.S.A.

AGENT'S COPY

**INA**

Composite Rate Endorsement

Endt. #7

| Named Insured | | | Endorsement Number 7 |
|---|---|---|---|
| Policy Symbol GAL | Policy Number 37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

The premium for this policy is based upon sales as herein defined, and shall be computed by applying to each $1,000. of such sales a rate of .88692 (BI..88692, PD. Incl.). The Named Insured shall upon termination of the policy render to the company statement of the sales as herein defined during the policy period and the earned premium shall be computed thereon. If the earned premium thus computed exceeds the advance premium paid the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by the named insured.

| Estimated Annual Sales | Rates BI. | PD. | Total Estimated Annual Premium BI. | PD. |
|---|---|---|---|---|
| $175,000,000 | .88945 | Incl. | $155,654 | Incl. |

### Sales Defined

The word "sales" means the gross amount of money charged by the named insured by concessionaires of the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured, concessionaires of the named insured and others trading under his name collect as a separate item and remit directly to a governmental division.

**Authorized Agent**

CC-1E15 Ptd. In U.S.A.

# INA

## EMPLOYEE BENEFITS LIABILITY

Endt. # 8

| Named Insured | | |
|---|---|---|
| Policy No. CAL 37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued by (Name of Insurance Company) | | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium and in reliance upon the Statements in the Application and subject to the terms of this endorsement and of the Policy to which this endorsement is attached, the Company agrees with the Insured named in the Declarations of the Policy:

## INSURING AGREEMENTS

I. **COVERAGE.** To pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages on account of any claim made against the Insured by any Employee, Former Employee or the beneficiaries or legal representatives thereof and caused by any negligent act, error or omission of the Insured, or any other person for whose acts the Insured is legally liable, in the administration of the Insured's Employee Benefit Programs as defined herein.

II. It is agreed that $1,000.00 shall be deducted from the total amount paid by the Company as the result of each occurrence covered by this policy and the Company shall be liable for loss only in excess of such amount. All loss arising out of continuous or repeated exposure to the same general conditions shall be considered as arising out of one occurrence. It is further understood and agreed that in event of any claim, irrespective of the amount, notice thereof shall be given to the Company, or any of its authorized agents, by or on behalf of the Insured, in accordance with the terms of the Policy and the Company may at its option, investigate such claim or negotiate or settle any claim, and the Insured agrees, if the Company undertakes to negotiate or settle any such claim, to join the Company in such negotiation or settlement to the extent of the amount to be deducted herein provided, or to reimburse the Company for such deductible amount, if and when such claim is paid by the Company.

III. The DEFENSE, SETTLEMENT, SUPPLEMENTARY PAYMENTS provisions of the policy shall apply as respects the insurance hereby afforded, except that the Company shall not make settlement or compromise any claim or suit without the written consent of the Insured.

IV. **POLICY PERIOD & TERRITORY.** As respects the insurance hereby afforded this endorsement applies only to claims under the legal jurisdiction of a court of law or a court of equity within the United States of America, its territories or possessions or Canada, resulting from negligent acts, errors or omissions of the Insured, or any person acting on behalf of the Insured in the administration of Employee Benefit Programs provided such claim is brought against the Named Insured during the policy period and the Named Insured at the effective date of this policy, and had no knowledge of or could not have reasonably foreseen any circumstances which might result in a claim or suit.

## DEFINITIONS

1. **INSURED.** The unqualified word "Insured" wherever used in relation to the insurance afforded hereby, includes not only the Named Insured, but also any partner, executive officer, director, stockholder or employee, provided such employee is authorized to act in the administration of the Insured's Employee Benefit Programs.

2. **EMPLOYEE BENEFITS.** The term "Employee Benefits" shall mean group life insurance, group health insurance, profit sharing plans, pensions plans, employee stock subscription plans, employee travel, vacation or savings plans, workmen's compensation, unemployment insurance, social security and disability benefits insurance.

3. **ADMINISTRATION.** As respects the insurance afforded hereby, the unqualified word "Administration", wherever used shall mean:

    (a) Giving counsel to employees with respect to the Employee Benefit Programs;

    (b) Interpreting the Employee Benefit Programs;

    (c) Handling of records in connection with the Employee Benefit Programs;

    (d) Effecting enrollment, termination or cancellation of employees under the Employee Benefit Programs;

provided all such acts are authorized by the Named Insured.

## EXCLUSIONS

The insurance afforded by this endorsement does not apply:

(a) To any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination, or humiliation;

(b) To bodily injury to, or sickness, disease, or death, of any person, or to injury to or destruction of any tangible property, including the loss of use thereof;

(c) To any claim for failure of performance of contract by any insurer;

(d) To any claim based upon the Insured's failure to comply with any law concerning Workmen's Compensation, Unemployment Insurance, Social Security or Disability Benefits;

(e) To any claim based upon failure of stock to perform as represented by an Insured;

(f) To any claim based upon advice given by an Insured to an employee of the Named Insured to participate or not to participate in stock subscription plans.

(g) To any claim based upon any actual or alleged error or omission or breach of duty, committed or alleged to have been committed by a trustee, in the discharge of fiduciary duties, obligations or responsibilities imposed by the Federal Employee Retirement Income Security Act of 1974."

## CONDITIONS

The conditions of the policy entitled "Insured's Duties in the Event of Occurrence, Claim or Suit", "Action Against Company", "Other Insurance", "Subrogation", "Changes", "Assignment", and "Cancellation" apply to the insurance afforded hereby and the following Conditions apply:

A. **LIMITS OF LIABILITY.** The Limit of Liability stated in the Declarations as applicable to "each claim" is the limit of the Company's liability for all damages incurred on account of any claim covered hereunder; the limit of liability stated in the Declarations as "aggregate" is, subject to the above provision respecting each claim, the total limit of the Company's liability for all claims covered hereunder and occurring during each policy year. The inclusion herein of more than one Insured shall not operate to increase the limits of the Company's liability.

B. **PREMIUM.** The premium stated in the Declarations is an estimated premium only. Upon termination of each annual period of this Policy the Company, on request will furnish the Company a statement of the total number of employees at the end of the period and the earned premium shall be computed on the average number of employees at the beginning and the end of such period in accordance with the rates set forth in the Declarations. If the earned premium thus computed exceeds the estimated advance premium paid, the Insured shall pay the excess to the Company; if less, the Company shall return to the Insured the unearned portion paid by such Insured subject to the Minimum Premium for this insurance stated in the Declarations.

C. **TERMS OF ENDORSEMENT CONFORMED TO STATUTE.** Terms of this endorsement which are in conflict with the statutes of the State wherein this policy is issued are hereby amended to conform to such statutes.

**Included in Composite rate**

_____
Authorized Agent

LC-811d Ptd. in U.S.A.



**ADDITIONAL INSURED**
(Premises Leased to the Named Insured)

Endt. # 9

| Named Insured | | |
|---|---|---|
| Policy No. GAL 37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued by (Name of Insurance Company) | | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
### OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
### STOREKEEPER'S INSURANCE

It is agreed that the "Persons Insured" provision is amended to include as an Insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the Named Insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the Named Insured ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

### SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Premiums | |
|---|---|---|---|
| | | Bodily Injury Liability | Property Damage Liability |
| 1. Land leased to Wolverine service club inc. for camping site | Consumers Power Company | INCLUDED IN COMPOSITE RATE | |
| 2. All premises leased to named insured and insureds named in endorsement # 1 | Lessors where lease agreement requires lessee to name lessor as additional insured on lessee's policy. | | |

Authorized Agent

LC-971 (G109) 7-20-66 Printed in U.S.A.



**VESSELS**

Endt. # 10



Named Insured _____

Effective _____ Policy No. __GAL 37 68 12__

Issued by _____

(Name of Insurance Company)

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

---

It is agreed that such insurance as is afforded by the Bodily Injury Liability Coverage and by the Property Damage Liability Coverage applies, subject to the following provisions:

1. The exclusion relating to watercraft does not apply with respect to any watercraft owned or used by the Named Insured if included within the scope of any classification stated below or designated in the policy as subject to this endorsement.

2. The insurance with respect to such watercraft does not apply to:

   (a) bodily injury to any passenger being carried for a consideration while in or upon, entering or alighting from any such watercraft;

   (b) the ownership, maintenance, operation, use, loading or unloading of any barge or lighter rented by the Named Insured to others with respect to which the Named Insured does not furnish employees to operate and does not have any operating control.

**Classification of Watercraft:**

As Applicable

m
1-21

Authorized Agent

LC-991 (G215)   7-20-66   Printed in U.S.A.

# INA

## WORLDWIDE COVERAGE ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Wolverine World Wide Incl.  Etal. | | | 11 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| GAL | 37 68 12 | | 3/1/79 |
| Issued By (Name of Insurance Company) | | | |
| Insurance Company of North America | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium charged, the policy is amended as follows:

**I TERRITORY**

The Policy Definitions referring to "Policy Territory" is amended to read:

"This policy applies only to occurrences during the policy period worldwide outside the Albania, Bulgaria, Cuba, Czechoslovakia, Hungary, North Korea, North Viet-Nam, Outer Mongolia, Poland, Romania, The German Democratic Republic (excluding West Berlin), The Peoples Republic of China, The Union of Soviet Socialist Republics (including Armenia, Estonia, Latvia, Lithuania and the Ukraine), Tibet and Yugoslavia."

**II INDEMNIFICATION**

It is agreed that where it is prevented by law or otherwise from making payments on behalf of the insured, the Company will indemnify the insured for loss sustained to the extent that such loss is covered by the policy.

**III DEFENSE**

It is further agreed that if the Company is not legally permitted to, or cannot for any other reason, defend any suit against the insured the Company will reimburse the insured for the expense of such defense incurred with its consent.

**IV OTHER INSURANCE**

Notwithstanding the provisions in the policy referring to "Other Insurance" the insurance provided by this policy shall be excess over any other valid and collectible insurance.

Authorized Agent

CC-1E15  Ptd. In U.S.A.



## WORLDWIDE COVERAGE ENDORSEMENT

Endt. #11 ✓



Named Insured_____

Effective_____ Policy No._____ GAL 37 68 12 ✓

Issued by_____
(Name of Insurance Company)

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium charged, the policy is amended as follows:

### I TERRITORY

The Policy Definitions referring to "Policy Territory" is amended to read:

"This policy applies only to occurrences during the policy period worldwide outside ~~the United States of America,~~ ~~its territories and possessions,~~ Albania, Bulgaria, ~~Canada,~~ Cuba, Czechoslovakia, Hungary, North Korea, North Viet-Nam, Outer Mongolia, Poland, Romania, The German Democratic Republic (excluding West Berlin), The Peoples Republic of China, The Union of Soviet Socialist Republics (including Armenia, Estonia, Latvia, Lithuania and the Ukraine), Tibet and Yugoslavia."

### II INDEMNIFICATION

It is agreed that where it is prevented by law or otherwise from making payments on behalf of the insured, the Company will indemnify the insured for loss sustained to the extent that such loss is covered by the policy.

### III DEFENSE

It is further agreed that if the Company is not legally permitted to, or cannot for any other reason, defend any suit against the insured the Company will reimburse the insured for the expense of such defense incurred with its consent.

### IV OTHER INSURANCE

Notwithstanding the provisions in the policy referring to "Other Insurance" the insurance provided by this policy shall be excess over any other valid and collectible insurance.

Authorized Agent

C-1452c   Printed in U.S.A.



## ADDITIONAL INSURED
### (Employees)
## AND EXECUTIVE OFFICERS

### Endt. # 12

| Named Insured | | |
|---|---|---|
| Policy No. GAL 37 68-12 | Policy Period | Effective Date of Endorsement |
| Issued by (Name of Insurance Company) | | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

**MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE**

**OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**

**STOREKEEPER'S INSURANCE**

It is agreed that the "Persons Insured" provision is amended to include any employee of the Named Insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:

1. to bodily injury to (a) another employee of the Named Insured arising out of or in the course of his employment or (b) the Named Insured or, if the Named Insured is a partnership or joint venture, any partner or member thereof;

2. to property damage to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by (a) another employee of the Named Insured or (b) the Named Insured, or, if the Named Insured is a partnership or joint venture, any partner or member thereof.

3. To personal injury or property damage arising out of the rendering of, or failure to render, any professional service.

Subdivision (c) is replaced by the following:

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and

(i) any director or stockholder thereof while acting within the scope of his duties as such; and

(ii) any executive officer of the named insured while acting within the scope of his employment for the named insured.

The term "executive officer" means any person holding any of the officer positions created by the charter or bylaws of the named insured.

Authorized Agent

LC-968 (G106)   7-20-66   Printed in U.S.A.



## ADDITIONAL INSURED
(Vendors—Broad Form)

Endt # 13

| Named Insured | |
|---|---|
| Effective | Policy No.<br>GAL 37 68 12 |
| Issued by (Name of Insurance Company) | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated below (herein referred to as "vendor"); as an Insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the Named Insured's products designated below subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to

  (a) any express warranty unauthorized by the Named Insured,

  (b) bodily injury or property damage arising out of

    (i) any physical or chemical change in the form of the product made intentionally by the vendor,

    (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from the manufacturer and then repacked in the original container.

    (iii) demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product, or

    (iv) products which after distribution or sale by the Named Insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. The insurance does not apply to any person or organization, as Insured, from whom the Named Insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products

---

### SCHEDULE

| VENDOR(S) | PRODUCTS |
|---|---|

Name of Person or Organization: Any Person or organization purchasing goods or products from the named insured for the purpose of resale.

Named Insured's Products: All products of the Named Insured included in Composite Rate.

Authorized Agent

LC-975 (G113)  7-20-66  Printed in U.S.A.

am
51
21

 **INTERIM PREMIUM PAYMENT ENDORSEMENT**

Endt. # 14

| Named Insured | |
|---|---|
| Effective | Policy No. GAL 37 68 12 |
| Issued by (Name of Insurance Company) | |

The above is required to be completed only when this endorsement is issued subsequent to the preparation of the policy.

It is hereby agreed that the estimated annual premium for the policy is payable as follows:

| | | | |
|---|---|---|---|
| Deposit Premium | $ 77,828 | | 3/1/78 |
| Interim Premiums | $ 38,913 | Date Payable | 6/1/78 |
| | 38,913 | | 9/1/78 |

am
51
21

**Total Estimated Premium** $ 155,654

It is further agreed that the deposit premium shall be paid upon delivery of the policy and the interim premiums on the indicated dates. Upon expiration of the policy the earned premium shall be computed in accordance with the basis of premium as specified in the policy and the deposit premium and interim premiums shall be credited thereto. If the earned premium exceeds the deposit premium plus the interim premiums, the insured shall immediately pay to the company the additional earned premium; if it be less, the company shall return the difference to the insured but shall, in any event, retain the minimum premium stated in the declarations.

_____
Authorized Agent

LC-578b  1/73  Printed in U.S.A.

**INA**

| Named Insured | | | Endorsement Number 15 |
|---|---|---|---|
| Policy Symbol GAL | Policy Number 37 68 12 | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium charged it is agreed that Automobile Liability is excluded from this Policy.

Authorized Agent

CC-1E15 Ptd. In U.S.A.

# INA

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Wolverine Worldwide Inc., Etal | | | 16 |
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| GAL | 376812 | 3-1-79 to 3-1-80 | 3-1-79 |
| Issued By (Name of Insurance Company) | | | |
| Insurance Company of North America | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium charged, it is agreed that
Endorsement #11 is revised per the attached:

Authorized Agent

CC-1E15 Ptd. In U.S.A.

AGENT'S COPY

**iNA**

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Wolverine World Wide Inc. | | | 17 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| GAL | 37 68 12 ✓ | 3-1-79/3-1-80 | 3-1-79 |

Issued By (Name of Insurance Company)

**Insurance Company of North America**

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of a return premium of $443. it is
agreed that the composite rate endorsement #7 and interim
premium payment endorsement #14 are amended accordingly.

Authorized Agent

CC-1E15 Ptd. in U.S.A.

100% Recycled   30% PCW



**The Travelers Insurance Companies**

Policy Jacket—
Edition January 1, 1973

The enclosed
Declarations and
Coverage Parts
(plus any endorsements)
complete your
policy.

Policy Title

Named Insured
and
Address:

Policy Period:

...al earned premium for
viously paid, the com-
arned portion paid by

such information as is
ll send copies of such
cy period and at such
may direct.

not be liable under this policy for a greater propor.
that stated in the applicable contribution provision

(a) **Contribution by Equal Shares.** If all of suc
collectible insurance provides for contribution b
company shall not be liable for a greater prop
than would be payable if each insurer contribu
until the share of each insurer equals the lowe
of liability under any one policy or the full am
paid, and with respect to any amount of los

# The Travelers Insurance Companies
## Hartford, Connecticut

{Each a Stock Insurance Company)

The member of The Travelers Insurance Companies designated in the declarations as the insurer (herein called the company), in consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the *named insured* as follows:

## Definitions

When used in this policy (including endorsements forming a part hereof):

"**automobile**" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include *mobile equipment;*

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"**completed operations hazard**" includes *bodily injury* and *property damage* arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the *bodily injury* or *property damage* occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the *named insured.* "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the *named insured* under the contract have been completed,

(2) when all operations to be performed by or on behalf of the *named insured* at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The *completed operations hazard* does not include *bodily injury* or *property damage* arising out of

(a) operations in connection with the transportation of property, unless the *bodily injury* or *property damage* arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"**elevator**" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an *automobile* servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"**incidental contract**" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) *elevator* maintenance agreement;

"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each *insured* against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the *named insured*, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"**named insured**" means the person or organization named in Item 1. of the declarations of this policy;

"**named insured's products**" means goods or products manufactured, sold, handled or distributed by the *named insured* or by others trading under his name, including any container thereof (other than a vehicle),

but *"named insured's products"* shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

**"occurrence"** means an accident, including continuous or repeated exposure to conditions, which results in *bodily injury* or *property damage* neither expected nor intended from the standpoint of the *insured;*

**"policy territory"** means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the *bodily injury* or *property damage* does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of *bodily injury* or *property damage* arising out of a product which was sold

for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

**"products hazard"** includes *bodily injury* and *property damage* arising out of the *named insured's products* or reliance upon a representation or warranty made at any time with respect thereto, but only if the *bodily injury* or *property damage* occurs away from premises owned by or rented to the *named insured* and after physical possession of such products has been relinquished to others;

**"property damage"** means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an *occurrence* during the policy period.

## Supplementary Payments

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the *insured* in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost

of bail bonds required of the *insured* because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the *insured* for first aid to others at the time of an accident, for *bodily injury* to which this policy applies;

(d) reasonable expenses incurred by the *insured* at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## Nuclear Energy Liability Exclusion (Broad Form)

I. The policy does not apply:

A. Under any Liability Coverage, to *bodily injury* or *property damage*

(1) with respect to which an *insured* under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the *insured* is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to *bodily injury* resulting from the *hazardous properties* of *nuclear material* and arising out of the operation of a *nuclear facility* by any person or organization.

C. Under any Liability Coverage, to *bodily injury* or *property damage* resulting from the *hazardous properties* of *nuclear material*, if

(1) the *nuclear material* (a) is at any *nuclear facility* owned by, or operated by or on behalf of, an *insured* or (b) has been discharged or dispersed therefrom;

(2) the *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an *insured;* or

(3) the *bodily injury* or *property damage* arises out of the furnishing

**"nuclear material"** means *source material, special nuclear material* or *byproduct material;*

**"source material"**, **"special nuclear material"**, and **"byproduct material"** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**"spent fuel"** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor;*

**"waste"** means any waste material (1) containing *byproduct material* and (2) resulting from the operation by any person or organization of any *nuclear facility* included within the definition of *nuclear facility* under paragraph (a) or (b) thereof;

**"nuclear facility"** means

(a) any *nuclear reactor,*

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing *spent fuel*, or (3) handling, processing or packaging *waste,*

(c) any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the *insured* at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste,*

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

by an *insured* of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility*, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

II. As used in this exclusion:

**"hazardous properties"** include radioactive, toxic or explosive properties;

**"nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**"property damage"** includes all forms of radioactive contamination of property.

III. This exclusion modifies the provisions of the policy relating to all Automobile Liability, General Liability and Medical Payments Insurance other than Comprehensive Personal and Farmer's Comprehensive Personal Insurance.

# Conditions

1. **Premium.** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

   Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the *named insured*, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the *named insured* the unearned portion paid by the *named insured*.

   The *named insured* shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

2. **Inspection and Audit.** The company shall be permitted but not obligated to inspect the *named insured's* property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the *named insured* or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

   The company may examine and audit the *named insured's* books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. **Financial Responsibility Laws.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for *bodily injury* liability or for *property damage* liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The *insured* agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

4. **Insured's Duties in the Event of Occurrence, Claim or Suit.**

   (a) In the event of an *occurrence*, written notice containing particulars sufficient to identify the *insured* and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the *insured* to the company or any of its authorized agents as soon as practicable.

   (b) If claim is made or suit is brought against the *insured*, the *insured* shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

   (c) The *insured* shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the *insured* because of injury or damage with respect to which insurance is afforded under this policy; and the *insured* shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The *insured* shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

5. **Action Against Company.** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the *insured's* obligation to pay shall have been finally determined either by judgment against the *insured* after actual trial or by written agreement of the *insured*, the claimant and the company.

   Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the *insured* to determine the *insured's* liability, nor shall the company be impleaded by the *insured* or his legal representative. Bankruptcy or insolvency of the *insured* or of the *insured's* estate shall not relieve the company of any of its obligations hereunder.

6. **Other Insurance.** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the *insured* has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

   When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

   (a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

   (b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

7. **Subrogation.** In the event of any payment under this policy, the company shall be subrogated to all the *insured's* rights of recovery therefor against any person or organization and the *insured* shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The *insured* shall do nothing after loss to prejudice such rights.

8. **Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

9. **Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the *named insured* shall die, such insurance as is afforded by this policy shall apply (1) to the *named insured's* legal representative, as the *named insured*, but only while acting within the scope of his duties as such, and (2) with respect to the property of the *named insured*, to the person having proper temporary custody thereof, as *insured*, but only until the appointment and qualification of the legal representative.

10. **Three Year Policy.** If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

11. **Cancellation.** This policy may be canceled by the *named insured* by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the *named insured* at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the *named insured* or by the company shall be equivalent to mailing.

   If the *named insured* cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

12. **Declarations.** By acceptance of this policy, the *named insured* agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

(continued on Page 3)

New York Special Provision—If a Comprehensive Automobile Liability Insurance, Garage Insurance or Automobile Medical Payments Insurance Coverage Part forming a part of this policy insures premises located or *automobiles* principally garaged in New York, the Nuclear Energy Liability Exclusion (Broad Form) does not apply to such premises or *automobiles*.

Puerto Rico Special Provision—It is agreed that the Action Against Company Condition applicable to any liability coverage afforded by the policy with respect to *occurrences* which take place in Puerto Rico is amended to read:

No action shall lie against the company unless as a condition precedent thereto, the *insured* shall have fully complied with all the terms of this policy.

South Carolina Special Provision—If a Comprehensive General Liability, Manufacturers' and Contractors' Liability, Owners', Landlords' and Tenants' Liability, Druggists' Liability, Storekeeper's, Completed Operations and Products Liability, Contractual Liability, Premises Medical Payments or Garage Insurance Coverage Part forming a part of this policy insures premises located in South Carolina, it is agreed that with respect to such insurance that part of the alcoholic beverage exclusion which relates to the selling, serving or giving of any alcoholic beverage (a) to a person under the influence of alcohol or (b) which causes or contributes to the intoxication of any person, is deleted.

Texas Special Provision—With respect to such insurance as may be afforded by this policy by The Charter Oak Fire Insurance Company for premises located or *automobiles* principally garaged in Texas, it is agreed as follows:

Dividend Provision—Participating Companies.   The *named insured* shall be entitled to participate in a distribution of the surplus of the company, as determined by its Board of Directors from time to time, after approval in accordance with the provisions of the Texas Insurance Code of 1951, as amended.

Vermont Special Provisions—
1. If this policy affords a Liability Coverage with respect to a premises located or an *automobile* principally garaged in Vermont, it is agreed that the policy is amended in the following particulars with respect to such Coverage:

The Policy is issued and delivered subject to the Laws of Vermont and particularly to Section 9242, Chapter 391 "The Vermont Statutes, Revision of 1947," including the following statutory requirements forming a part of such Laws:

The company shall pay and satisfy any judgment that may be recovered against the *insured* upon any claim covered by this Policy to the extent and within the limits of liability assumed thereby, and shall protect the *insured* against the levy of any execution issued upon any such judicial judgment or claim against the *insured*.   No limitation of liability in this Policy shall be valid if, after a judgment has been rendered against the *insured* in respect to his legal liability for damages in a particular instance, the company continues the litigation by an appeal or otherwise, unless the *insured* shall stipulate with the company, agreeing to continue such litigation.

No action shall lie against the company to recover for any loss under this Policy, unless brought within one year after the amount of such loss is made certain either by judgment against the *insured* after final determination of the litigation or by agreement between the parties with the written consent of the company.

The insolvency or bankruptcy of the *insured* shall not release the company from the payment of damages for injury sustained or loss occasioned during the life of the Policy, and in case of such insolvency or bankruptcy an action may be maintained by the injured person or claimant against the company under the terms of the Policy for the amount of any judgment obtained against the *insured* not exceeding the limits of the Policy.

Payment of any judicial judgment or claim by the *insured* for any of the company's liability hereunder shall not bar the *insured* from any action or right of action against the company.   In case of payment of loss or expense under this Policy, the company shall be subrogated to all rights of the *insured* against any party, as respects such loss or expense, to the amount of such payment, and the *insured* shall execute all papers required and shall cooperate with the company to secure to the company such rights.

2. If a Comprehensive General Liability, Manufacturers' and Contractors' Liability, Owners' and Contractors' Protective Liability, Owners', Landlords' and Tenants' Liability, Premises Medical Payments or Storekeeper's Coverage Part forming a part of this policy insures premises located or operations conducted in Vermont, the exclusion relating to the operation or use of any snowmobile or trailer designed for use therewith applies only if the *bodily injury* or *property damage* occurs away from premises owned by, rented to or controlled by the *named insured*.

In witness whereof, the company has caused this policy to be signed by its President and Secretary at Hartford, Connecticut, and countersigned on the declarations page by a duly authorized agent of the company.

*Secretary*

*President*

C-16216  Edition 1-1-73  PRINTED IN U.S.A.  N.S.  (GA)




# THE TRAVELERS INSURANCE COMPANIES

*(Each A Stock Insurance Company)*

HARTFORD • CONNECTICUT

The Insurer for this Policy is that member of The Travelers Insurance Companies designated by an 'X' below:

☒ THE TRAVELERS INDEMNITY COMPANY
☐ THE CHARTER OAK FIRE INSURANCE COMPANY
☐ THE TRAVELERS INDEMNITY COMPANY OF AMERICA
☐ THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS
☐ THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND
☐ THE PHOENIX INSURANCE COMPANY

| TR-SLG-168T045-4-82 | ◄ POLICY NUMBER |

## DECLARATIONS  GENERAL LIABILITY POLICY

**Item 1.** *Named Insured*

WOLVERINE WORLD WIDE INC
ET AL PER END 8000(1)

Address
(No., street, town, county, state, zip code)

9341 COURTLAND DR
ROCKFORD MI 49351

**Item 2.** Policy Period: (Month, Day, Year) From 01-01-82 to 01-01-83  12:01 A.M.†

**Item 3.**

| Parts | Coverages | | Limits of Liability | | Advance Premium |
|---|---|---|---|---|---|
| | | | Each Occurrence | Aggregate | |
| L1B | Comprehensive General | Bodily Injury Liability | SEE M | M | $ PREM |
| | | Property Damage Liability | END M | 12820 M | $ |
| | Owners', Landlords' and Tenants' | Bodily Injury Liability | M | | $ |
| | | Property Damage Liability | M | M | $ TO BE |
| | Manufacturers' and Contractors' | Bodily Injury Liability | M | | $ |
| | | Property Damage Liability | M | M | $ |
| | Completed Operations and Products | Bodily Injury Liability | M | M | $ COLL |
| | | Property Damage Liability | M | M | $ |
| | Contractual Liability | Bodily Injury Liability | M | | $ |
| | | Property Damage Liability | M | M | $ UNDER |
| | Premises Medical Payments | | $ Each Person $ M Each Accident | | $ |
| | Personal Injury Liability | | See Coverage Part | | $ |
| | | | | | $ TPB |

The insurance afforded is only with respect to such of the Coverage Parts as are indicated by Symbol Number and the Coverages therein as are indicated by specific premium charge. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto. In any Limits of Liability space the letter "M" means "Thousands of Dollars".

Symbol numbers of Schedules, Endorsements and additional Coverage Parts forming a part of this policy on its effective date. SEE 9380   $ #08708  Total Advance Premium

**Item 4.** (a) The *named insured* is: individual ☐ ; partnership ☐ ; corporation ☒ ; joint venture ☐ ; other:
(b) Audit Period: Annual, unless otherwise stated: semi-annual ☐ ; quarterly ☐ ; monthly ☐ .

**Item 5.** During the past three years no insurer has canceled insurance, issued to the *named insured*, similar to that afforded hereunder, unless otherwise stated herein:

The declarations are completed on an accompanying schedule designated "Declarations Schedule".

†Standard time at the address of the *named insured* as stated herein.

Countersigned by

Keep this declarations page in your "Policy Jacket—Edition January 1, 1973", Form C-16216. These declarations and all Coverage Parts, Schedules and Endorsements issued to form a part hereof, together with your Policy Jacket, form your complete insurance policy.

C-19793 NEW 9-78 PRINTED IN U.S.A.

## COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

**I. Coverage A—Bodily Injury Liability**

**Coverage B—Property Damage Liability**

The company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated to pay as damages because of

Coverage A. *bodily injury* or

Coverage B. *property damamge*

to which this insurance applies, caused by an *occurrence*, and the company shall have the right and duty to defend any suit against the *insured* seeking damages on account of such *bodily injury* or *property damage*, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the *insured* under any contract or agreement except an *incidental contract;* but this exclusion does not apply to a warranty of fitness or quality of the *named insured's products* or a warranty that work performed by or on behalf of the *named insured* will be done in a workmanlike manner;

(b) to *bodily injury* or *property damage* arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any *automobile* or aircraft owned or operated by or rented or loaned to any *insured*, or

(2) any other *automobile* or aircraft operated by any person in the course of his employment by any *insured;*

but this exclusion does not apply to the parking of an *automobile* on premises owned by, rented to or controlled by the *named insured* or the ways immediately adjoining, if such *automobile* is not owned by or rented or loaned to any *insured;*

(c) to *bodily injury* or *property damage* arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any *mobile equipment* while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to *bodily injury* or *property damage* arising out of and in the course of the transportation of *mobile equipment* by an *automobile* owned or operated by or rented or loaned to any *insured;*

(e) to *bodily injury* or *property damage* arising out of the ownership, maintenance, operation use, loading or unloading of

(1) any watercraft owned or operated by or rented or loaned to any *insured*, or

(2) any other watercraft operated by any person in the course of his employment by any *insured;*

but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the *named insured;*

(f) to *bodily injury* or *property damage* arising out of any emission, discharge, seepage, release or escape of any liquid, solid, gaseous or thermal waste or pollutant if such emission, discharge, seepage, release or escape is either expected or intended from the standpoint of any *insured* or any person or organization for whose acts or omissions any *insured* is liable;

(g) to *bodily injury* or *property damage* due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

(1) liability assmed by the *insured* under any *incidental contract*, or

(2) expenses for first aid under the Supplementary Payments provision;

(h) to *bodily injury* or *property damage* for which the *insured* or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (ii) of this exclusion does not apply with respect to liability of the *insured* or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to *bodily injury* to any employee of the *insured* arising out of and in the course of his employment by the *insured* or to any obligation of the *insured* to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the *insured* under an *incidental contract;*

(k) to *property damage* to

(1) property owned or occupied by or rented to the *insured*,

(2) property used by the *insured*, or

(3) property in the care, custody or control of the *insured* or as to which the *insured* is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to *property damage* (other than to *elevators*) arising out of the use of an *elevator* at premises owned by, rented to or controlled by the *named insured;*

(l) to *property damage* to premises alienated by the *named insured* arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the *named insured* of any contract or agreement, or

(2) the failure of the *named insured's products* or work performed by or on behalf of the *named insured* to meet the level of performance, quality, fitness or durability warranted or represented by the *named insured;*

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the *named insured's products* or work performed by or on behalf of the *named insured* after such products or work have been put to use by any person or organization other than an *insured;*

(n) to *property damage* to the *named insured's products* arising out of such products or any part of such products;

(o) to *property damage* to work performed by or on behalf of the *named insured* arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the *named insured's products* or work completed by or for the *named insured* or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein.

{Continued on Page 2)

L 1B

## II. Persons Insured

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) if the *named insured* is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the *named insured* with respect to the conduct of such a business;

(b) if the *named insured* is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the *named insured* is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the *named insured*) or organization while acting as real estate manager for the *named insured*; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of *mobile equipment* registered under any motor vehicle registration law,

   (i) an employee of the *named insured* while operating any such equipment in the course of his employment, and

   (ii) any other person while operating with the permission of the *named insured* any such equipment registered in the name of the *named insured* and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an *insured* under this paragraph (e) with respect to:

   (1) *bodily injury* to any fellow employee of such person injured in the course of his employment, or

   (2) *property damage* to property owned by, rented to, in charge of or occupied by the *named insured* or the employer of any person described in subparagraph (ii).

This insurance does not apply to *bodily injury* or *property damage* arising out of the conduct of any partnership or joint venture of which the *insured* is a partner or member and which is not designated in this policy as a *named insured*.

## III. Limits of Liability

Regardless of the number of (1) *insureds* under this policy, (2) persons or organizations who sustain *bodily injury* or *property damage*, or (3) claims made or suits brought on account of *bodily injury* or *property damage*, the company's liability is limited as follows:

**Coverage A**—The total liability of the company for all damages, including damages for care and loss of services, because of *bodily injury*

sustained by one or more persons as the result of any one *occurrence* shall not exceed the limit of *bodily injury* liability stated in the declarations as applicable to "each *occurrence*".

Subject to the above provision respecting "each *occurrence*", the total liability of the company for all damages because of (1) all *bodily injury* included within the *completed operations hazard* and (2) all *bodily injury* included within the *products hazard* shall not exceed the limit of *bodily injury* liability stated in the declarations as "aggregate".

**Coverage B**—The total liability of the company for all damages because of all *property damage* sustained by one or more persons or organizations as the result of any one *occurrence* shall not exceed the limit of *property damage* liability stated in the declarations as applicable to "each *occurrence*".

Subject to the above provision respecting "each *occurrence*", the total liability of the company for all damages because of all *property damage* to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of *property damage* liability stated in the declarations as "aggregate":

   (1) all *property damage* arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including *property damage* for which liability is assumed under any *incidental contract* relating to such premises or operations, but excluding *property damage* included in subparagraph (2) below;

   (2) all *property damage* arising out of and occurring in the course of operations performed for the *named insured* by independent contractors and general supervision thereof by the *named insured*, including any such *property damage* for which liability is assumed under any *incidental contract* relating to such operations, but this subparagraph (2) does not include *property damage* arising out of maintenance or repairs at premises owned by or rented to the *named insured* or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

   (3) all *property damage* included within the *products hazard* and all *property damage* included within the *completed operations hazard*.

Such aggregate limit shall apply separately to the *property damage* described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the *named insured*.

**Coverages A and B**—For the purpose of determining the limit of the company's liability, all *bodily injury* and *property damage* arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one *occurrence*.

## IV. Policy Territory

This insurance applies only to *bodily injury* or *property damage* which occurs within the *policy territory*.



> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> COMPREHENSIVE GENERAL LIABILITY INSURANCE

## BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

Schedule                                         Amending Policy No. ___TR-SLG-168T045-4-82___

1.  Personal Injury and Advertising Injury Liability
    Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein:
    Limit of Liability $ _____ Aggregate.

2.  Limit of Liability — Premises Medical Payments Coverage: $1,000 each person unless otherwise indicated herein:
    $ _____ each person.

3.  Limit of Liability — Fire Legal Liability Coverage:  $50,000 per occurrence unless otherwise indicated herein:
    $ ____100,000_____ per occurrence.

4.  Premium Basis                                                          Advance Premium

    _____% of the Total Comprehensive General Liability                $  INCLUDED IN
    Bodily Injury and Property Damage Premium                                    COMPOSITE
    as otherwise determined.

5.  Minimum Premium  $ _____

I.  **Contractual Liability Coverage**

    (A)  The definition of *incidental contract* is extended to include any contract or agreement relating to the conduct of the *named insured's* business.

    (B)  The insurance afforded with respect to liability assumed under an *incidental contract* is subject to the following additional exclusions:

        (1)  to *bodily injury* or *property damage* for which the *insured* has assumed liability under any *incidental contract*, if such injury or damage occurred prior to the execution of the *incidental contract;*

        (2)  if the *insured* is an architect, engineer or surveyor, to *bodily injury* or *property damage* arising out of the rendering of or the failure to render professional services by such *insured,* including

            (a)  the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

            (b)  supervisory, inspection or engineering services;

        (3)  if the indemnitee of the *insured* is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

            (a)  the preparation or approval of or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

        (b)  the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the *bodily injury* or *property damage;*

        (4)  to any obligation for which the *insured* may be held liable in an action on a contract by a third party beneficiary for *bodily injury* or *property damage* arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority of any other person or organization engaged in the project;

        (5)  to *bodily injury* or *property damage* arising out of operations, within 50 feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; but this exclusion does not apply to sidetrack agreements.

    (C)  The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage: (b), (c) (2), (d) and (e).

    (D)  The following additional condition applies:

        Arbitration

        The Company shall be entitled to exercise all of the *insured's* rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

II.  **Personal Injury and Advertising Injury Liability Coverage**

    (A)  The Company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated

to pay as damages because of *personal injury* or *advertising injury* to which this insurance applies, sustained by any person or organization and arising out of the conduct of the *named insured's* business, within the *policy territory*, and the Company shall have the right and duty to defend any suit against the *insured* seeking damages on account of such injury, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

(B) This insurance does not apply:

(1) to liability assumed by the *insured* under any contract or agreement;

(2) to *personal injury* or *advertising injury* arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of the *insured;*

(3) to *personal injury* or *advertising injury* arising out of a publication or utterance of a libel or slander, or a publication or utterance in violation of an individual's right of privacy, if the first injurious publication or utterance of the same or similar material by or on behalf of the *named insured* was made prior to the effective date of this insurance;

(4) to *personal injury* or *advertising injury* arising out of libel or slander or the publication or utterance of defamatory or disparaging material concerning any person or organization or goods, products or services, or in violation of an individual's right of privacy, made by or at the direction of the *insured* with knowledge of the falsity thereof;

(5) to *personal injury* or *advertising injury* arising out of the conduct of any partnership or joint venture of which the *insured* is a partner or member and which is not designated in the declarations of the policy as a *named insured;*

(6) to *advertising injury* arising out of

(a) failure of performance of contract, but this exclusion does not apply to the unauthorized appropriation of ideas based upon alleged breach of implied contract, or

(b) infringement of trademark, service mark or trade name, other than titles or slogans, by use thereof on or in connection with goods, products or services sold, offered for sale or advertised, or

(c) incorrect description or mistake in advertised price of goods, products or services sold, offered for sale or advertised;

(7) with respect to *advertising injury*

(a) to any *insured* in the business of

advertising, broadcasting, publishing or telecasting, or

(b) to any injury arising out of any act committed by the *insured* with actual malice.

(C) Limits of Liability

Regardless of the number of (1) *insureds* hereunder, (2) persons or organizations who sustain injury or damage, or (3) claims made or suits brought on account of *personal injury* or *advertising injury* the total limit of the Company's liability under this coverage for all damages shall not exceed the limit of liability stated in this endorsement as "aggregate".

(D) Additional Definitions

"Advertising Injury" means injury arising out of an offense committed during the policy period occurring in the course of the *named insured's* advertising activities, if such injury arises out of libel, slander, defamation, violation of right of privacy, piracy, unfair competition, or infringement of copyright, title or slogan.

"Personal Injury" means injury arising out of one or more of the following offenses committed during the policy period:

(1) false arrest, detention, imprisonment, or malicious prosecution;

(2) wrongful entry or eviction or other invasion of the right of private occupancy;

(3) a publication or utterance

(a) of a libel or slander or other defamatory or disparaging material, or

(b) in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting, publishing or telecasting activities conducted by or on behalf of the *named insured* shall not be deemed *personal injury.*

III. Premises Medical Payments Coverage

The Company will pay to or for each person who sustains *bodily injury* caused by accident all reasonable *medical expense* incurred within one year from the date of the accident on account of such *bodily injury,* provided such *bodily injury* arises out of (a) a condition in the insured premises or (b) operations with respect to which the *named insured* is afforded coverage for *bodily injury* liability under the policy.

This insurance does not apply:

(A) to *bodily injury*

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(a) any *automobile* or aircraft owned or operated by or rented or loaned to any *insured,* or

(b) any other *automobile* or aircraft operated by any person in the course of his employment by any *insured;*

but this exclusion does not apply to the parking of an *automobile* on the insured premises, if such automo-

 (Continued on Page 3)



bile is not owned by or rented or loaned to any *insured;*

(2) arising out of

    (a) the ownership, maintenance, operation, use, loading or unloading of any *mobile equipment* while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, or

    (b) the operation or use of any snowmobile or trailer designed for use therewith;

(3) arising out of the ownership, maintenance, operation, use, loading or unloading of

    (a) any watercraft owned or operated by or rented or loaned to any *insured,* or

    (b) any other watercraft operated by any person in the course of his employment by any *insured;*

but this exclusion does not apply to watercraft while ashore on the *insured premises;*

(4) arising out of and in the course of the transportation of *mobile equipment* by an *automobile* owned or operated by or rented or loaned to the *named insured;*

(B) to *bodily injury*

(1) included within the *completed operations hazard* or the *products hazard;*

(2) arising out of operations performed for the *named insured* by independent contractors other than

    (a) maintenance and repair of the *insured premises,* or

    (b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage

    (a) in violation of any statute, ordinance or regulation,

    (b) to a minor,

    (c) to a person under the influence of alcohol, or

    (d) which causes or contributes to the intoxication of any person,

if the *named insured* is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or if not so engaged, is an owner or lessor of premises used for such purposes, but only part (a) of this exclusion (B) (3) applies when the *named insured* is such an owner or lessor;

(4) due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(C) to *bodily injury*

(1) to the *named insured,* any partner thereof, any tenant or other person regularly residing on the *insured premises* or any employee of any of the foregoing if the *bodily injury* arises out of and in the course of his employment therewith;

(2) to any other tenant if the *bodily injury* occurs on that part of the *insured premises* rented from the *named insured* or to any employee of such a tenant if the *bodily injury* occurs on the tenant's part of the *insured premises* and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the *insured premises* or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such *bodily injury* are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest whether on a formal or informal basis;

(6) if the *named insured* is a club, to any member of the *named insured;*

(7) if the *named insured* is a hotel, motel, or tourist court, to any guest of the *named insured.*

(D) to any *medical expense* for services by the *named insured,* any employee thereof or any person or organization under contract to the *named insured* to provide such services.

**Limits of Liability**

The limit of liability for Premises Medical Payments Coverage is $1,000 each person unless otherwise stated in the schedule of this endorsement. The limit of liability applicable to "each person" is the limit of the Company's liability for all *medical expense* for *bodily injury* to any one person as the result of any one accident; but subject to the above provision respecting "each person"; the total liability of the Company under Premises Medical Payments Coverage for all *medical expense* for *bodily injury* to two or more persons as the result of any one accident shall not exceed the limit of *bodily injury* liability stated in the policy as applicable to "each occurrence".

When more than one medical payments coverage afforded by the policy applies to the loss, the Company shall not be liable for more than the amount of the highest applicable limit of liability.

**Additional Definitions**

When used herein:

"insured premises" means all premises owned by or rented to the *named insured* with respect to which the *named insured* is afforded coverage for *bodily injury* liability under this policy, and includes the ways immediately adjoining on land;

C-18847 9-76 Printed in U.S.A.

(Continued on Page 4)

GL 04 04 05 81   XXXX

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services.

Additional Condition

Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the Company written proof of claim, under oath if required, and shall, after each request from the Company, execute authorization to enable the Company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the Company when and as often as the Company may reasonably require. The Company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the Company.

### IV. Host Liquor Law Liability Coverage

Exclusion (h) does not apply with respect to liability of the *insured* or his indemnitee arising out of the giving or serving of alcoholic beverages at functions incidental to the *named insured's* business, provided the *named insured* is not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

### V. Fire Legal Liability Coverage — Real Property

With respect to *property damage* to structures or portions thereof rented to or leased to the *named insured,* including fixtures permanently attached thereto, if such *property damage* arises out of fire;

(A) All of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

This insurance does not apply to liability assumed by the *insured* under any contract or agreement.

(B) The limit of *property damage* liability as respects this Fire Legal Liability Coverage—Real Property is $50,000 each *occurrence* unless otherwise stated in the schedule of this endorsement.

(C) The Fire Legal Liability Coverage—Real Property shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the *insured,* such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

### VI. Broad Form Property Damage Liability Coverage (Including Completed Operations)

The insurance for *property damage* liability applies, subject to the following additional provisions:

(A) Exclusions (k) and (o) are replaced by the following:

(1) to property owned or occupied by or rented to the *insured,* or, except with respect to the use of *elevators,* to property held by the *insured* for

sale or entrusted to the *insured* for storage or safekeeping,

(2) except with respect to liability under a written sidetrack agreement or the use of elevators

(a) to property while on premises owned by or rented to the *insured* for the purpose of having operations performed on such property by or on behalf of the *insured,*

(b) to tools or equipment while being used by the *insured* in performing his operations,

(c) to property in the custody of the *insured* which is to be installed, erected or used in construction by the *insured,*

(d) to that particular part of any property, not on premises owned by or rented to the *insured,*

(i) upon which operations are being performed by or on behalf of the *insured* at the time of the *property damage* arising out of such operations, or

(ii) out of which any *property damage* arises, or

(iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the *insured;*

(3) with respect to the *completed operations hazard* and with respect to any classification stated in the policy or in the Company's manual as "including completed operations", to *property damage* to work performed by the *named insured* arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith.

(B) The Broad Form Property Damage Liability Coverage shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the *insured,* such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

### VII. Incidental Medical Malpractice Liability Coverage

The definition of *bodily injury* is amended to include *Incidental Medical Malpractice Injury.*

*Incidental Medical Malpractice Injury* means injury arising out of the rendering of or failure to render, during the policy period, the following services:

(A) medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or

(B) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

This coverage does not apply to:

(1) expenses incurred by the *insured* for first-aid to






others at the time of an accident and the "Supplementary Payments" provision and the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition are amended accordingly; or

(2) any *insured* engaged in the business or occupation of providing any of the services described under VII (A) and (B) above; or

(3) injury caused by any indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described under VII (A) and (B) above.

## VIII. Non-Owned Watercraft Liability Coverage (under 26 feet in length)

Exclusion (e) does not apply to any watercraft under 26 feet in length provided such watercraft is neither owned by the *named insured* nor being used to carry persons or property for a charge.

Where the *insured* is, irrespective of this coverage, covered or protected against any loss or claim which would otherwise have been paid by the Company under this endorsement, there shall be no contribution or participation by this Company on the basis of excess, contributing, deficiency, concurrent, or double insurance or otherwise.

## IX. Limited Worldwide Liability Coverage

The definition of *policy territory* is amended to include the following:

(4) Anywhere in the world with respect to *bodily injury, property damage, personal injury* or *advertising injury* arising out of the activities of any *insured* permanently domiciled in the United States of America though temporarily outside the United States of America, its territories and possessions or Canada, provided the original suit for damages because of any such injury or damage is brought within the United States of America, its territories or possessions or Canada.

Such insurance as is afforded by paragraph (4) above shall not apply:

(a) to *bodily injury* or *property damage* included within the *completed operations hazard* or the *products hazard;*

(b) to Premises Medical Payments Coverage.

## X. Additional Persons Insured

As respects *bodily injury, property damage* and *advertising injury* and *personal injury* coverages, under the provision "Persons Insured", the following are added as *insureds:*

(1) Spouse-Partnership—If the *named insured* is a partnership, the spouse of a partner but only with respect to the conduct of the business of the *named insured;*

(2) Employee—Any employee of the *named insured* while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:

(a) to *bodily injury* or *personal injury* to another employee of the *named insured* arising out of or in the course of his employment;

(b) to *personal injury* or *advertising injury* to the *named insured* or, if the *named insured* is a partnership or joint venture, any partner or member thereof, or the spouse of any of the foregoing;

(c) to *property damage* to property owned, occupied or used by, rented to, in the care, custody or control of or over which physical control is being exercised for any purpose by another employee of the *named insured,* or by the *named insured* or, if the *named insured* is a partnership or joint venture, by any partner or member thereof, or by the spouse of any of the foregoing.

## XI. Extended Bodily Injury Coverage

The definition of *occurrence* includes any intentional act by or at the direction of the *insured* which results in *bodily injury,* if such injury arises solely from the use of reasonable force for the purpose of protecting persons or property.

## XII. Automatic Coverage—Newly Acquired Organizations (90 Days)

The word *insured* shall include as *named insured* any organization which is acquired or formed by the *named insured* and over which the *named insured* maintains ownership or majority interest, other than a joint venture, provided this insurance does not apply to *bodily injury, property damage, personal injury* and *advertising injury* with respect to which such new organization under this policy is also an *insured* under any other similar liability or indemnity policy or would be an *insured* under any such policy but for exhaustion of its limits of liability. The insurance afforded hereby shall terminate 90 days from the date any such organization is acquired or formed by the *named insured.*

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

## SYMBOL NUMBERS OF ENDORSEMENTS

Amending Policy No. ___TR-SLG-168T045-4-82___

It is agreed that endorsements with the following symbol numbers form a part of this policy on its effective date:

G513

G522

GL 00 19 (07-78)

GL 01 00 (07-79)

GL 02 04 10 70

GL 04 04 05 81

GL 20 11 07 66

8000(1-9)

9380

12820

13241

26620

26960

28681

29203

29820

31721

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

C-10925  1-66  PRINTED IN U.S.A.  (775)

9380

 

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

### COMPREHENSIVE GENERAL LIABILITY INSURANCE
### MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
### CONTRACTUAL LIABILITY INSURANCE

## SINGLE LIMIT OF LIABILITY

It is agreed that the Limits of Liability Provision is deleted and replaced by the following:

III. **Limits of Liability.** Regardless of the number of (1) *insureds* under this policy, (2) persons or organizations who sustain *bodily injury* or *property damage*, or (3) claims made or suits brought on account of *bodily injury* or *property damage*, the company's liability is limited as follows:

The limit of liability stated below as applicable to "*each occurrence*" is the total limit of the company's liability for all damages because of *bodily injury* and *property damage* sustained by one or more persons or organizations as the result of any one *occurrence*.

Subject to the above provision respecting "*each occurrence*", the total liability of the company for all damages because of all *bodily injury* included within the *completed operations hazard* and all *bodily injury* included within the *products hazard* shall not exceed the limit of liability stated below as "aggregate".

Subject to the above provision respecting "*each occurrence*", the total liability of the company for all damages because of all *property damage* to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of liability stated below as "aggregate":

(1) all *property damage* arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including *property damage* for which liability is assumed under any *incidental contract* relating to such premises or operations, but excluding *property damage* included in subparagraph (2) below;

(2) all *property damage* arising out of and occurring in the course of operations performed for the *named insured* by independent contractors and general supervision thereof by the *named insured*, including any such *property damage* for which liability is assumed under any *incidental contract* relating to such operations, but this subparagraph (2) does not include *property damage* arising out of maintenance or repairs at premises owned by or rented to the *named insured* or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all *property damage* included within the *products hazard* and all *property damage* included within the *completed operations hazard;*

(4) all *property damage* liability assumed under contract.

Such aggregate limit shall apply separately to the *property damage* described in subparagraphs (1), (2), (3) and (4) above, and under subparagraphs (1), (2) and (4), separately with respect to each project away from premises owned by or rented to the *named insured.*

For the purpose of determining the limit of the company's liability, all *bodily injury* and *property damage* arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one *occurrence.*

This endorsement does not apply to any premises within any of the following state(s):

## SCHEDULE

Limits of Liability: $  1,000,000  each occurrence
$  1,000,000  aggregate

Amending Policy No. _____ TR-SLG-168T045-4-82

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

C-12244 11-67 PRINTED IN U.S.A. (1075)

12820

 

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

STOREKEEPER'S INSURANCE

## ADDITIONAL INSURED
### (Premises Leased to the Named Insured)

It is agreed that the "Persons Insured" provision is amended to include as an *insured* the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the *named insured*, and subject to the following additional exclusions:

The insurance does not apply:

1. to any *occurrence* which takes place after the *named insured* ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

### SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Premiums | |
|---|---|---|---|
| | | Bodily Injury Liability | Property Damage Liability |
| ALL | ALL | INCLUDED IN COMPOSITE | |

Amending Policy No. _____ TR-SLG-168T045-4-82 _____

ENDORSEMENT  

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.     Amending   TR-SLG-168T045-4-82
          *(Month, Day, Year)*                                                       Policy No.

Issued to_____
Date of Issue:                          Additional Premium $                    Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ITEM 1 — NAMED INSURED TO READ:

    WOLVERINE WORLD WIDE INC
    WWW RETAIL INC
    INSTITUTIONAL SHOE CORPORATION
    SEABORAD SALES CORPORATION
    WOLVERINE SERVICE CLUB INC
    AGUADILLA SHOE CORPORATION
    WOLVERINE INTERNATIONAL INC
    WOLVERINE WORLD WIDE EMPLOYEES FEDERAL CREDIT UNION
    INDIANAPOLIS GLOVE COMPANY INC
    THOMPSON SAFETY EQUIPMENT COMPANY
    V.B.I. INC
    VINER BROTHERS INC
    WOLVERINE WORLD WIDE, LTD
    BROOKS SHOE, INC.

SYMBOL No.
8000(1)

C-17820  REV. 5-78  PRINTED IN U.S.A.     Countersigned By_____

ENDORSEMENT



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from <u>01-01-82</u> at the time of day the policy becomes effective.  Amending Policy No. <u>TR-SLG-168T045-4-82</u>
    *(Month, Day, Year)*

Issued to <u>WOLVERINE WORLD WIDE  INC ET AL PER END 8000(1)</u>

Date of Issue: <u>02-17-82   SMG/DP</u>   Additional Premium $      Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

                ITEM 1 – NAMED INSURED TO READ:

                    WOLVERINE WORLD WIDE INC
                    WWW RETAIL INC
                    INSTITUTIONAL SHOE CORPORATION
                    SEABORAD SALES CORPORATION
                    WOLVERINE SERVICE CLUB INC
                    AGUADILLA SHOE CORPORATION
                    WOLVERINE INTERNATIONAL INC
                    WOLVERINE WORLD WIDE EMPLOYEES FEDERAL CREDIT UNION
                    INDIANAPOLIS GLOVE COMPANY INC
                    V.B.I. INC
                    VINER BROTHERS INC
                    WOLVERINE WORLD WIDE, LTD
                    BROOKS SHOE, INC.

                                    FRANK B. HALL & CO. of MASSACHUSETTS, INC.

                                    By

                                        Authorized

C-17820  REV. 5-78  PRINTED IN U.S.A.   Countersigned By

SYMBOL NO.
8000(1)

ENDORSEMENT

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from ____ **01-01-82** ____ at the time of day the policy becomes effective.   Amending Policy No. ____ **TR-SLG-168T045-4-82**
*(Month, Day, Year)*

Issued to ____ **WOLVERINE WORLD WIDE INC ET AL PER END 8000(1)**

Date of Issue: ____ **03-05-82 ER/MS**     Additional Premium $ ____     Return Premium $ ____

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) NAME OF INSURED TO INCLUDE:

WOLVERINE BOOT COMPANY

LUSTIG'S INC

FRANK B. HALL & CO. of MASSACHUSETTS, INC.

By ____ *[signature]* ____
                    Authorized

SYMBOL NO.

8000

**ENDORSEMENT**

 

  **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from **01-01-82** (Month, Day, Year) at the time of day the policy becomes effective. Amending Policy No. **TR-SLG-168T045-4-82**

Issued to **WOLVERINE WORLD WIDE INC ET AL PER END 8000(1)**

Date of Issue: **04-28-82 GAM/MS**    Additional Premium $      Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) — NAME OF INSURED TO INCLUDE:

         LITTLE FALLS FOOTWEAR, INC.

FRANK B. HALL & CO. of MASSACHUSETTS, INC.

By _____ 
           Authorized

Countersigned By _____

C-17820 REV. 5-78 PRINTED IN U.S.A.

SYMBOL NO. **8000**

ENDORSEMENT



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from___05-10-82___ at the time of day the policy becomes effective.  Amending Policy No.___TR-SLG-168T045-4-82___
(Month, Day, Year)

Issued to____WOLVERINE WORLD WIDE INC ET AL PER END 8000(1)

Date of Issue:___09-09-82 .ER/MS___    Additional Premium $    Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

      ENDORSEMENT 8000(1) NAME OF INSURED TO INCLUDE:

          WOLVERINE MUTUAL BENEFIT ASSOCIATION

SYMBOL NO.

8000

C-17820 REV. 5-78 PRINTED IN U.S.A.    Countersigned By:

**ENDORSEMENT**

 

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from ____11-01-82____ at the time of day the policy becomes effective.  Amending Policy No. ___TR-SLG-168T045-4-82___
(Month, Day, Year)

Issued to ____WOLVERINE WORLD WIDE INC ET AL PER END 8000(1)____

Date of Issue:  10-27-82 LD/MG     Additional Premium $     Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) — NAME OF INSURED TO INCLUDE:

TOWN & COUNTRY SHOES INC

ENDORSEMENT



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from __10-28-82__ at the time of day the policy becomes effective.  Amending Policy No. __TR-SLG-168T045-4-82__
(Month, Day, Year)

Issued to __WOLVERINE WORLD WIDE INC ET AL PER END 8000(1)__
Date of Issue:  __11-22-82 MK/MS__   Additional Premium $   Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) - NAME OF INSURED TO INCLUDE:

BICK MANUFACTURING COMPANY

SYMBOL NO.
8000

C-17820  REV. 5-78  PRINTED IN U-S-A.   Countersigned By

<u>ENDORSEMENT</u>   

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from ___12-16-82___ at the time of day the policy becomes effective.  Amending Policy No.___TR-SLG-168T045-4-82___
                    (Month, Day, Year)

Issued to ___WOLVERINE WORLD WIDE INC ET AL PER END 8000(1)___

Date of Issue: 01-26-83 LD/LPR          Additional Premium $ ___          , Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) - NAME OF INSURED TO EXCLUDE:

INDIANAPOLIS GLOVE COMPANY INC

SYMBOL NO.

8000

C-19620 REV. 5-78  PRINTED IN U.S.A.       Countersigned By___

ENDORSEMENT



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____12-16-82_____at the time of day the policy becomes effective.  Amending Policy No._____TR-SLG-168T045-4-82
                    *(Month, Day, Year)*

Issued to____WOLVERINE WORLD WIDE INC ET AL PER END 8000(1).

Date of Issue:    01-26-83 LD/LPR          Additional Premium $          Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) - NAME OF INSURED TO INCLUDE:

WOLVERINE GLOVE COMPANY, INC

C-17020  REV. 8-78  PRINTED IN U.S.A.    Countersigned By_____

ENDORSEMENT 



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from____**11-05-82**____at the time of day the policy becomes effective. Amending Policy No.____ **TR-SLG-168T045-4-82**
                    (Month, Day, Year)

Issued to____ **WOLVERINE WORLD WIDE INC. ET AL PER END 8000(1)**

Date of Issue: **01-26-83 LD/LPR**    Additional Premium $        Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ENDORSEMENT 8000(1) - NAME OF INSURED TO EXCLUDE:

V.B.I. INC

SYMBOL No.

8000

C-17820 REV. S-78 PRINTED IN U.S.A.    Countersigned By_____

ENDORSEMENT  

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective. Amending Policy No.____ TR-SLG-168T045-4-82
        *(Month, Day, Year)*

Issued to_____
Date of Issue:                     Additional Premium $                Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

THIS ENDORSEMENT MODIFIES THE PREMIUM CONDITION AND IS APPLICABLE TO ALL INSURNACE AFFORDED BY THE POLICY NOT SPECIFICALLY EXCEPTED.

### COMPOSITE RATE ENDORSEMENT

THE PREMIUM FOR THIS POLICY SHALL BE COMPUTED IN ACCORDANCE WITH THE PREMIUM BASIS AND RATES DESIGNATED IN THE SCHEDULE BELOW.

THE ADVANCE PREMIUM STATED BELOW IS AN ESTIMATED PREMIUM ONLY. UPON TERMINATION OF THE POLICY, THE EARNED PREMIUM SHALL BE COMPUTED IN ACCORDANCE WITH THE POLICY AND THIS ENDORSEMENT. IF THE EARNED PREMIUM THUS COMPUTED EXCEEDS THE ESTIMATED ADVANCE PREMIUM PAID, THE NAMED INSURED SHALL PAY THE EXCESS TO THE COMPANY; IF LESS, THE COMPANY SHALL RETURN TO THE NAMED INSURED THE UNEARNED PORTION PAID BY SUCH INSURED.

### SCHEDULE

1. DEFINITION OF PREMIUM BASIS: FLAT CHARGE

2. COVERAGE

|  | | ESTIMATED ADVANCE PREMIUM | |
|---|---|---|---|
|  | | BI | PD |
| 322-20050 | FLAT CHARGE | S 3,000 | 2,000 |
|  |  | E 1,200 | 800 |

SYMBOL NO.
8000(2)

C-17820 REV. 5-78 PRINTED IN U.S.A.    Countersigned By_____

ENDORSEMENT



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.  Amending Policy No._____ TR—SLG—168T045—4—82
                    *(Month, Day, Year)*

Issued to_____
Date of Issue:                          Additional Premium $                    Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

BROAD FORM COMPREHENSIVE LIABILITY ENDORSEMENT
(AMENDATORY)

THE FOLLOWING PROVISIONS ARE DELETED

    1.  EXCLUSION B(A) OF II — PERSONAL INJURY AND ADVERTISING INJURY LIABILITY COVERAGE

    2.  EXCLUSION (2) OF VII — INCIDENTAL MALPRACTICE LIABILITY COVERAGE.

    3.  X — ADDITIONAL PERSONS INSURED.

THE FOLLOWING PROVISION IS AMENDED:

    I.  VIII — NON-OWNED WATERCRAFT LIABILITY COVERAGE. THE PHRASE "UNDER 26 FEET IN LENGTH" IS CHANGED TO READ "UNDER 50 FEET IN LENGTH".

SYMBOL NO.
8000(3)

C-17820  REV. 5-78  PRINTED IN U.S.A.    Countersigned By_____

<u>ENDORSEMENT</u>                                  

  **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.   Amending   TR-SLG-168T045-4-82
                    *(Month, Day, Year)*                                                  Policy No.

Issued to_____
Date of Issue:                          Additional Premium $                    Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

ADDITIONAL INSURED

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE ANY PERSON OR ORGANIZATION DESIGNATED BELOW (HEREIN REFERRED TO AS "VENDOR"), AS AN INSURED, BUT ONLY WITH RESPECT TO THE DISTRIBUTION OR SALE IN THE REGULAR COURSE OF THE VENDOR'S BUSINESS OF THE NAMED INSURED'S PRODUCTS DESIGNATED BELOW SUBJECT TO THE FOLLOWING ADDITIONAL PROVISIONS:

1.  THE INSURANCE WITH RESPECT TO THE VENDOR DOES NOT APPLY TO:

    (A)  ANY EXPRESS WARRANTY UNAUTHORIZED BY THE NAMED INSURED;

    (B)  BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF

        (I)   ANY PHYSICAL OR CHEMICAL CHANGE IN THE FORM OF THE PRODUCT MADE INTENTIONALLY BY THE VENDOR.

        (II)  REPACKING, UNLESS UNPACKED SOLELY FOR THE PURPOSE OF INSPECTION, DEMONSTRATION, TESTING OR THE SUBSTITUTION OF PARTS UNDER IN-STRUCTION FROM THE MANUFACTURER AND THEN REPACKED IN THE ORIGINAL CONTAINER.

        (III) DEMONSTRATION, INSTALLATION, SERVICING OR REPAIR OPERATIONS, EXCEPT SUCH OPERATIONS PERFORMED AT THE VENDOR'S PREMISES IN CON-NECTION WITH THE SALE OF THE PRODUCT, OR

        (IV)  PRODUCTS WHICH AFTER DISTRIBUTION OR SALE BY THE NAMED INSURED HAVE BEEN LABELED OR RELABELED OR USED AS A CONTAINER, PART OR INGREDIENT OF ANY OTHER THING OR SUBSTANCE BY OR FOR THE VENDOR.

(CONT'D ON PAGE #2)

(CONT'D ON PAGE #2)

                                                          SYMBOL NO.
                                                          8000(4)

The Travelers

POLICY NO: TR-SLG-168T045-4-82                    **ISSUE DATE:**

2.  THE INSURANCE DOES NOT APPLY TO ANY PERSON OR ORGANIZATION, AS INSURED FROM WHOM THE NAMED INSURED HAS ACQUIRED SUCH PRODUCTS OR ANY INGREDIENT, PART OR CONTAINER, ENTERING INTO, ACCOMPANYING OR CONTAINING SUCH PRODUCTS.

3.  VENDOR:   MONTGOMERY WARD & CO INC AND ITS SUBSIDIARY COMPANIES AND CATALOG SALES AGENTS

4.  DESIGNATION OF PRODUCTS:   ALL

CP-2096   4-78   Printed in U.S.A.

ENDORSEMENT  

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective. Amending Policy No.____ TR-SLG-168T045-4-82
_(Month, Day, Year)_

Issued to____
Date of Issue:                          Additional Premium **$**                          Return Premium **$**

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

## ADDITIONAL INSURED
### (EMPLOYEES)

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE ANY EMPLOYEE OF THE NAMED INSURED WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES AS SUCH, BUT THE INSURANCE AFFORDED TO SUCH EMPLOYEE DOES NOT APPLY TO:

(1) BODILY INJURY TO (A) ANOTHER EMPLOYEE OF THE NAMED INSURED ARISING OUT OF OR IN THE COURSE OF HIS EMPLOYMENT OR (B) THE NAMED INSURED OR, IF THE NAMED IN-SURED IS A PARTNERSHIP OR JOINT VENTURE, ANY PARTNER OR MEMBER THEREOF;

(2) PROPERTY DAMAGE TO PROPERTY OWNED, OCCUPIED OR USED BY, RENTED TO, IN THE CARE, CUSTODY OR CONTROL OF, OR OVER WHICH PHYSICAL CONTROL IS BEING EXERCISED FOR ANY PURPOSE BY (A) ANOTHER EMPLOYEE OF THE NAMED INSURED OR (B) THE NAMED IN-SURED, OR IF THE NAMED INSURED IS A PARTNERSHIP OR JOINT VENTURE, ANY PARTNER OR MEMBER THEREOF;

BUT PARAGRAPH (1) ABOVE, AT THE SOLE OPTION OF THE NAMED INSURED, DOES NOT APPLY TO THE EMPLOYEE CLASSIFICATIONS OF THE NAMED INSURED LISTED IN THE SCHEDULE BELOW:

### SCHEDULE

1. EMPLOYEE CLASSIFICATIONS COVERED BY THIS ENDORSEMENT: ALL

2. THE PREMIUM FOR THIS ENDORSEMENT IS INCLUDED IN COMPOSITE PREMIUM.

SYMBOL No.
8000(5)

C-17820 REV. 5-78 PRINTED IN U.S.A.   Countersigned By____

ENDORSEMENT 

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective. Amending Policy No.\_\_ TR-SLG-168T045-4-82
                    *(Month, Day, Year)*

Issued to_____

Date of Issue:            Additional Premium **$**          Return Premium **$**

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

### INSUREDS DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT

IT IS DEEMED THAT NOTICE SHALL HAVE BEEN GIVEN TO THE COMPANY AS SOON AS PRACTI-CABLE IF GIVEN AS SOON AS PRACTICABLE AFTER THE TAX AND INSURANCE MANAGER OF WOLVERINE WORLD WIDE COMPANY HAS KNOWLEDGE OF THE OCCURRENCE.

SYMBOL NO.
8000(6)

C-17020 : REV. 5-78  PRINTED IN U.S.A.  Countersigned By_____

ENDORSEMENT

 THE TRAVELERS INSURANCE COMPANIES

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.
         (Month, Day, Year)

Amending
Policy No. ___ TR-SLG-168T045-4-82

Issued to_____
Date of Issue:              Additional Premium $              Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

NON RENEWAL NOTICE

IF THE COMPANY DECIDES NOT TO RENEW SUCH COVERAGES AS IS AFFORDED BY THIS POLICY IT WILL PROVIDE TO THE NAMED INSURED AT THE ADDRESS SHOWN IN THIS POLICY WRITTEN NOTICE OF ITS INTENT AT LEAST 90 DAYS PRIOR TO THE EXPIRATION DATE OF THIS POLICY.

SYMBOL NO.
8000(7)

C-17820 REV. 5-78 PRINTED IN U.S.A.     Countersigned By_____

ENDORSEMENT



## THE TRAVELERS INSURANCE COMPANIES.

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.   Amending   Policy No.____ TR-SLG-168T045-4-82
                  (Month, Day, Year)

Issued to_____

Date of Issue:                     Additional Premium $                     Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

### AMENDED CANCELLATION CONDITION ENDORSEMENT

IT IS AGREED THAT CONDITION 11, "CANCELLATION", IS AMENDED BY REPLACING THE SECOND SENTENCE THEREOF WITH THE FOLLOWING:

> THIS POLICY MAY BE CANCELED BY THE COMPANY BY MAILING TO THE NAMED INSURED AT THE ADDRESS SHOWN IN THIS POLICY WRITTEN NOTICE STATING WHEN, A) NOT LESS THAN TEN DAYS THEREAFTER IN CASE OF NON-PAYMENT OF PREMIUM, B) NOT LESS THAN TEN DAYS THEREAFTER IN CASE ANY BANKRUPTCY OR DEBTOR RELIEF PROCEEDING IS BROUGHT BY OR AGAINST THE NAMED INSURED UNDER TITLE 11 OF THE UNITED STATES CODE, AND C) NOT LESS THAN ___90___ DAYS THEREAFTER IN ALL OTHER CASES, SUCH CANCELLATION SHALL BE EFFECTIVE.

SYMBOL No.

8000 (8)

C-17020 REV. 5-78 PRINTED IN U.S.A.      Countersigned By_____

ENDORSEMENT  

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from _____ at the time of day the policy becomes effective. Amending Policy No. TR-SLG-168T045-4-82
       (Month, Day, Year)

Issued to _____
Date of Issue:                Additional Premium $              Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

"THIS INSURANCE WILL NOT BE CANCELLED BY THIS INSURANCE COMPANY NOR ANY CHANGES MADE IN THE POLICY WHICH CHANGE, RESTRICT, OR REDUCE THE INSURANCE PROVIDED, OR CHANGE THE NAME OF THE INSURED, AS RESPECTS LEASES AND/OR LICENSES BETWEEN THE INSURED AND CONSUMERS POWER COMPANY, WITHOUT FIRST GIVING TEN DAYS' NOTICE IN WRITING SENT BY CERTIFIED MAIL TO CONSUMERS POWER COMPANY, JACKSON, MICHIGAN."

SYMBOL No.
8000(9)

C-17820 REV. 5-78 PRINTED IN U.S.A.    Countersigned By _____

**ENDORSEMENT**  

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective. Amending Policy No. **TR-SLG-168T045-4-82**
(Month, Day, Year)

Issued to_____

Date of Issue:                          Additional Premium $                          Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

Employee Benefits Liability Insurance Endorsement
This insurance is on a "Claims Made" Basis
Schedule

1. Premium Computation

| Estimated No. of Employees | Rate per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| first | 5,000 | $ INCLUDED | |
| next | 5,000 | $ IN | |
| over | 10,000 | $ COMPOSITE | |
| | Total | $ | |

2. Employee Benefit Programs Other Than Those Specified in Paragraph IV below.

(continued on Page #2)

SYMBOL No.
13241

C-17820 REV. 5-78 PRINTED IN U.S.A.    Countersigned By_____

The Travelers 

3.   Limits of Liability

      $1,000,000        each employee
      $1,000,000        aggregate

4.   Deductible

      $ 1,000.00 each employee

### Insuring Agreement

I.   The company will pay on behalf of the insured all sums which the insured
shall become legally obligated to pay as damages because of any negligent
act or omission of the insured, or of any other person for whose acts the
insured is legally liable, if such negligent act or omission is committed
in the administration of the named insured's employee benefit program, and
the company shall have the right and duty to defend any suit against the
insured seeking damages on account of such loss, even if any of the allega-
tions of the suit are groundless, false or fraudulent, and may make such
investigation and settlement of any claim or suit as it deems expedient,
but the company shall not be obligated to pay any claim or judgment or to
defend any suit after the applicable limit of the company's liability has
been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a)   to loss arising out of any dishonest, fraudulent, criminal or malicious
act or omission, committed by any insured;

(b)   to bodily injury, property damage or personal injury;

(c)   to loss arising out of failure of performance of contract by any
insurer;

(d)   to loss arising out of an insufficiency of funds to meet any obligation
under any plan included in the employee benefit program;

(e)   to any claim or suit based upon

    (1)   failure of any investment to perform as represented by any insured,
or

    (2)   advice given to any person to participate or not participate in
any plan included in the employee benefit program;

(f)   to loss arising out of the failure of the named insured to comply with
the mandatory provisions of any law concerning workers' compensation,
unemployment insurance, social security or disability benefits.

The Travelers

**POLICY NO:**    TR-SLG-168T045-4-82                    ISSUE DATE:

II.  Persons Insured

Each of the following is an insured to the extent set forth below:

(a)  the named insured;

(b)  each executive officer and employee of the named insured who is
authorized to administer the named insured's employee benefit program.

III. Limits of Liability

Regardless of the number of (1) insureds under this policy, (2) acts or
omissions which result in loss, (3) plans included in the named insured's
employee benefit program, (4) persons who sustain loss, or (5) claims made
or suits brought on account of loss, the company's liability is limited as
follows:

The total liability of the company for all damages to which this insurance
applies shall not exceed the limit of employee benefit liability stated in
the Schedule as "aggregate". Subject to the foregoing provision respecting
"aggregate", the limit of liability stated in the Schedule as applicable to
"each employee" is the total limit of the company's liability for all
damages for loss to which this insurance applies sustained by any one
employee, including such person's dependents and beneficiaries. If the
policy period is for a term in excess of one year, the aggregate limit of
liability shall apply separately to each consecutive annual period thereof.

Deductible

Subject to the foregoing, the liability of the company with respect to
"each employee" shall be only for the amount of each such loss that is in
excess of the deductible amount stated in the Schedule as applicable to
"each employee".

The terms of this insurance, including those with respect to notice of
claim or suit, the company's right to investigate, negotiate and settle any
claim or suit, and the company's right and duty to defend, apply irrespective
of the application of the deductible amount.

The company may pay any part or all of the deductible amount to effect
settlement of any claim or suit and, upon notification of the action taken,
the named insured shall promptly reimburse the company for such part of the
deductible amount as has been paid by the company.

IV.  Additional Definitions

When used in reference to this insurance:

"employee benefit program" means the following plans:

CP-2096  4-78  Printed in U.S.A.

The Travelers  

POLICY NO:   TR-SLG-168T045-4-82                    ISSUE DATE:

    (a)  group life insurance, group accident or health insurance, profit sharing plans, pension plans and stock subscription plans, provided that no one other than an employee may subscribe to such insurance or plans;

    (b)  unemployment insurance, social security benefits, workers' compensation and disability benefits;

    (c)  any other similar plan designated in the Schedule or added thereto by endorsement;

"administration" means

    (a)  counseling employees, including their dependents and beneficiaries, with respect to the employee benefit program;

    (b)  handling records in connection with the employee benefit program; or

    (c)  effecting or terminating any employee's participation in a plan included in the employee benefit program;

"employee" means officers and employees of the named insured, whether actively employed, disabled or retired.

"personal injury" means injury arising out of one or more of the following offenses:

    (a)  false arrest, detention or imprisonment or malicious prosecution;

    (b)  the publication or utterance of a libel or slander or other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy;

    (c)  wrongful entry or eviction, or other invasion of the right of private occupancy; or

    (d)  discrimination.

V.  Endorsement Period and Territory

This insurance applies only to claims first brought against the insured during the policy period within the United States of America, its territories or possessions or Canada, provided the insured, at the effective date of this endorsement, had no knowledge of any act or omission which might result in such claim.

CP-2096 4-78 Printed in U.S.A.

13241
Page 4 of 5

The Travelers      

**POLICY NO:**   TR-SLG-168T045-4-82                    **ISSUE DATE:**

VI.   Additional Condition

> Notice – Upon the insured's becoming aware of any act or omission which may
> give rise to a loss covered hereunder, written notice shall be given by or
> on behalf of the insured in accordance with the condition of the policy
> describing the insured's duties in the event of an occurrence, claim or
> suit.

CP-2096  4-78  Printed in U.S.A.

<u>ENDORSEMENT</u>

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof.  If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.  Amending Policy No.___ TR-SLG-168T045-4-82
         (Month, Day, Year)                                                            **PAGE #1**

Issued to_____
Date of Issue:                         Additional Premium $                Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISION OF THE POLICY RELATING TO THE FOLLOWING:

COMPREHENSIVE GENERAL LIABILITY
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

ADDITIONAL INSURED
(VENDORS — BROAD FORM)

IT IS AGREED THAT THE "PERSONS INSURED" IS AMENDED TO INCLUDE ANY PERSON OR ORGANIZA-TION (HEREIN REFERRED TO AS "VENDOR"), AS AN INSURED, BUT ONLY WITH RESPECT TO BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF THE DISTRIBUTION OR SALE IN THE REGULAR COURSE OF THE VENDOR'S BUSINESS OF THE NAMED INSURED'S PRODUCTS SUBJECT TO THE FOLLOWING ADDITIONAL PROVISIONS:

1.  THE INSURANCE WITH RESPECT TO THE VENDOR DOES NOT APPLY TO:

    (A)  ANY EXPRESS WARRANTY, OR ANY DISTRIBUTION OR SALE FOR A PURPOSE, UNAUTHORIZED BY THE NAMED INSURED;

    (B)  BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF

        (I)  ANY PHYSICAL OR CHEMICAL CHANGE IN THE FORM OF THE PRODUCT MADE INTENTIONALLY BY THE VENDOR,

        (II)  REPACKING, UNLESS UNPACKED SOLELY FOR THE PURPOSE OF INSPECTION, DEMONSTRATION, TESTING OR THE SUBSTITUTION OF PARTS UNDER INSTRUC-TION FROM THE MANUFACTURER AND THEN REPACKED IN THE ORIGINAL CONTAINER,

        (III)  DEMONSTRATION, INSTALLATION, SERVICING OR REPAIR OPERATIONS, EXCEPT SUCH OPERATIONS PERFORMED AT THE VENDOR'S PREMISES IN CONNECTION WITH THE SALE OF THE PRODUCT, OR

SYMBOL NO.
28681

(CONTINUED ON PAGE 2)

C-17820 REV. 5-78 PRINTED IN U.S.A.    Countersigned By_____



**The Travelers**

POLICY NO: TR-SLG-168T045-4-82                                    ISSUE DATE:

    (IV)   PRODUCTS WHICH AFTER DISTRIBUTION OR SALE BY THE NAMED INSURED HAVE BEEN LABELED OR RELABELED OR USED AS A CONTAINER, PART OR INGREDIENT OF ANY OTHER THING OR SUBSTANCE BY OR FOR THE VENDOR, OR

    (V)   THE SOLE NEGLIGENCE OF THE VENDOR.

2.  THE INSURANCE DOES NOT APPLY TO ANY PERSON OR ORGANIZATION, AS INSURED, FROM WHOM THE NAMED INSURED HAS ACQUIRED SUCH PRODUCTS OR ANY INGREDIENT, PART OR CONTAINER, ENTERING INTO, ACCOMPANYING OR CONTAINING SUCH PRODUCTS.

3.  THE INSURANCE WITH RESPECT TO THIS ENDORSEMENT DOES NOT APPLY TO:  MONTGOMERY WARD & CO INC AND ITS SUBSIDIARY COMPANIES AND CATALOG SALES AGENTS.

INCLUDED IN COMPOSITE

CF-2096  4-78  Printed in U.S.A.

28681
Page 2  of  2

**ENDORSEMENT**      

  **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.
_____(Month, Day, Year)_____

Amending Policy No. **TR-SLG-168T045-4-82**

**PAGE #1**

Issued to_____

Date of Issue:          Additional Premium $          Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS PROVIDED BY THE PROVISIONS OF THE EMPLOYEE BENEFITS LIABILITY INSURANCE ENDORSEMENT.

<u>EMPLOYEE BENEFITS LIABILITY – NEW YORK</u>
<u>AMENDATORY ENDORSEMENT</u>

IT IS AGREED THAT WITH RESPECT TO THE EMPLOYEE BENEFIT LIABILITY INSURANCE ENDORSEMENT, THE FOLLOWING PROVISIONS APPLY:

1. THE DEFINITION OF "EMPLOYEE BENEFIT PROGRAM" UNDER IV, ADDITIONAL DEFINITIONS, IS REPLACED BY THE FOLLOWING:

   "EMPLOYEE BENEFIT PROGRAM" MEANS THE FOLLOWING PLANS:

   (A)  GROUP LIFE INSURANCE, GROUP ACCIDENT OR HEALTH INSURANCE, PROFIT SHARING PLANS, PENSION PLANS AND STOCK SUBSCRIPTION PLANS, PROVIDED THAT NO ONE OTHER THAN AN EMPLOYEE MAY SUBSCRIBE TO SUCH INSURANCE OR PLANS;

   (B)  ANY OTHER SIMILAR PLAN DESIGNATED IN THE SCHEDULE OR ADDED THERETO BY ENDORSEMENT;

2. THE FOLLOWING ADDITIONAL CONDITION IS ADDED UNDER VI., ADDITIONAL CONDITIONS:

   <u>DISCOVERY PERIOD</u>

   IF THE COMPANY CANCELS OR DOES NOT RENEW OR IF THE INSURED CANCELS THIS COVERAGE, THE INSURED SHALL HAVE THE OPTION OF HAVING THIS INSURANCE ALSO APPLY TO LOSS TO WHICH THIS INSURANCE APPLIES FOR WHICH CLAIM IS FIRST MADE AGAINST THE INSURED WITHIN SIX MONTHS FIRST FOLLOWING THE EFFECTIVE DATE OF SUCH CANCELLATION OR NON-RENEWAL, PROVIDED THAT:

Symbol No.

26620

(CONTINUED ON PAGE #2)

C-17820 REV. 5-78 PRINTED IN U.S.A.   Countersigned By_____

ENDORSEMENT

 

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective. Amending Policy No. TR-SLG-168T045-4-82
_____(Month, Day, Year)_____

PAGE #2

Issued to_____

Date of Issue:                    Additional Premium $                    Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

(A) WRITTEN NOTICE OF THE EXERCISE OF THIS OPTION IS GIVEN TO THE COMPANY BY THE EFFECTIVE DATE OF CANCELLATION OR WITHIN TEN DAYS OF THE EFFECTIVE DATE OF NONRENEWAL.

(B) THE PREMIUM, AS DETERMINED BY THE COMPANY, SHALL BE PAID PROMPTLY WHEN DUE, AND

(C) THE LOSS ARISES OUT OF AN ACT OR OMISSION WHICH OCCURRED ON OR AFTER THE EFFECTIVE DATE OF THIS ENDORSEMENT STATED IN THE SCHEDULE OF THIS ENDORSEMENT BUT BEFORE THE EFFECTIVE DATE OF CANCELLATION OR NONRENEWAL OF THIS COVERAGE.

FAILURE OF THE COMPANY TO OFFER TO RENEW THIS COVERAGE UPON THE SAME RATES AND FORMS AS IS NOW PROVIDED SHALL BE DEEMED, FOR PURPOSES OF THIS DISCOVERY PERIOD PROVISION, NOT TO BE CANCELLATION OR NONRENEWAL BY THE COMPANY.

SYMBOL NO.
26620

C-17820 REV. 5-78 PRINTED IN U.S.A.   Countersigned By_____

ENDORSEMENT



 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective. Amending Policy No.___ TR-SLG-168T045-4-82
(*Month, Day, Year*)

Issued to_____
Date of Issue:      Additional Premium $      Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

EMPLOYEE BENEFITS LIABILITY INSURANCE

EMPLOYEE BENEFITS LIABILITY — MICHIGAN
AMENDATORY ENDORSEMENT

THE FOLLOWING CONDITION IS ADDED TO THE EMPLOYEE BENEFITS LIABILITY ENDORSEMENT:

DISCOVERY PERIOD — IF THE COMPANY CANCELS OR REFUSES TO RENEW THIS COVERAGE, THE INSURED SHALL HAVE THE OPTION OF HAVING THIS INSURANCE ALSO APPLY TO LOSS TO WHICH THIS INSURANCE APPLIES FOR WHICH CLAIM IS FIRST MADE AGAINST THE INSURED WITHIN SIX MONTHS FIRST FOLLOWING THE EFFECTIVE DATE OF SUCH CANCELLATION OR NONRENEWAL PROVIDED THAT:

    (A) WRITTEN NOTICE OF THE EXERCISE OF THIS OPTION IS GIVEN TO THE COMPANY BY THE EFFECTIVE DATE OF CANCELLATION OR WITHIN TEN DAYS OF THE EFFECTIVE DATE OF NONRENEWAL;

    (B) THE PREMIUM, AS DETERMINED BY THE COMPANY, SHALL BE PAID PROMPTLY WHEN DUE; AND

    (C) THE LOSS ARISES OUT OF AN ACT OR OMISSION WHICH OCCURRED ON OR AFTER THE EFFECTIVE DATE OF THIS ENDORSEMENT BUT BEFORE THE EFFECTIVE DATE OF CANCELLATION OR NONRENEWAL OF THIS COVERAGE.

FAILURE OF THE COMPANY TO OFFER TO RENEW THIS COVERAGE UPON THE SAME RATES AND FORMS AS IS NOW PROVIDED SHALL BE DEEMED, FOR PURPOSES OF THIS DISCOVERY PERIOD PROVISION, NOT BE CANCELLATION OR NONRENEWAL BY THE COMPANY.

SYMBOL No.
26960

C-17020 REV. 5-78 PRINTED IN U.S.A.     Countersigned By_____

**ENDORSEMENT**



**THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from_____at the time of day the policy becomes effective.   Amending Policy No.____TR-SLG-168T045-4-82
        *(Month, Day, Year)*

Issued to_____
Date of Issue:                    Additional Premium $                    Return Premium $

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

## LIMITS OF LIABILITY
## TWO OR MORE POLICIES

IN THE EVENT OF AN INJURY, DAMAGE OR LOSS COVERED BY THIS POLICY AND ANY OTHER POLICY CONTAINING THIS PROVISION OR A SIMILAR PROVISION ISSUED BY THE COMPANY TO THE NAMED INSURED, THE MAXIMUM THAT WILL BE PAID UNDER ALL SUCH POLICIES COMBINED FOR SUCH INJURY, DAMAGE OR LOSS IS THE HIGHEST APPLICABLE LIMIT OF LIABILITY OF ANY ONE OF SUCH POLICIES. THIS PROVISION DOES NOT APPLY WITH RESPECT TO ANY POLICY ISSUED BY THE COMPANY WHICH HAS A POLICY NUMBER CONTAINING THE LETTERS CUP, EX AND ANY PERSONAL LIABILITY POLICY ISSUED BY THE COMPANY.

Symbol No.
29203

.C-17820 'REV. 5-78 PRINTED IN U.S.A.    Countersigned By_____

ENDORSEMENT

 

 **THE TRAVELERS INSURANCE COMPANIES**

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

If any additional premium is noted below, this endorsement is issued in consideration thereof. If any return premium is noted below, the receipt thereof is acknowledged upon acceptance of this endorsement.

Effective from _____ at the time of day the policy becomes effective. Amending Policy No. ___ TR-SLG-168T045-4-82
(Month, Day, Year)

Issued to_____

Date of Issue: _____   Additional Premium $ _____   Return Premium $ _____

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
STOREKEEPERS' INSURANCE

ADDITIONAL INSURED
(EQUIPMENT LEASED TO THE NAMED INSURED)

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE AS AN INSURED THE PERSON OR ORGANIZATION DESIGNATED BELOW, BUT ONLY WITH RESPECT TO SUCH INSURED'S LIABILITY ARISING OUT OF THE MAINTENANCE OPERATION OR USE BY THE NAMED INSURED OF EQUIPMENT LEASED TO THE NAMED INSURED BY SUCH PERSON OR ORGANIZATION, SUBJECT TO THE FOLLOWING ADDITIONAL EXCLUSIONS:

THIS INSURANCE DOES NOT APPLY:

1. TO ANY OCCURRENCE WHICH TAKES PLACE AFTER THE EQUIPMENT LEASE EXPIRES;

2. TO BODILY INJURY TO ANY EMPLOYEE OF THE NAMED INSURED;

3. TO PROPERTY DAMAGE TO PROPERTY OWNED, USED BY, RENTED TO, IN THE CARE, CUSTODY OR CONTROL OF, OR OVER WHICH PHYSICAL CONTROL IS BEING EXERCISED FOR ANY PURPOSE BY AN EMPLOYEE OF THE NAMED INSURED;

(CONTINUED ON PAGE #2)

Symbol No.
31721

C-17820  REV. 5-78  PRINTED IN U.S.A.   Countersigned By_____

The Travelers     

POLICY NO: TR-SLG-168T045-4-82            ISSUE DATE:

4.  TO ANY OPERATIONS PERFORMED BY OR ON BEHALF OF THE PERSON OR
    ORGANIZATION DESIGNATED BELOW.

## SCHEDULE

PREMIUMS

| NAME OF PERSON OR ORGANIZATION (ADDITIONAL INSURED) | BODILY INJURY LIABILITY | PROPERTY DAMAGE LIABILITY |
|---|---|---|
| ALL | INCLUDED IN COMPOSITE | |

CP-2096  4-78  Printed in U.S.A.

> This endorsement modifies such insurance as is afforded
> by the provisions of any General Liability Insurance

### MOBILE EQUIPMENT
#### (Massachusetts Compulsory Liability Security Act)

It is agreed that the following additional provisions apply to *bodily injury* and *property damage* arising out of the ownership, maintenance, use, loading or unloading of any *mobile equipment* with respect to which insurance is required of the *named insured* under the Massachusetts Compulsory Liability Security Act. (Chapter 346, Acts of 1925):

1. Except to the extent provided in paragraph 2. below, the insurance afforded by this policy does not apply either on a primary or excess basis to *bodily injury* or *property damage* with respect to which any insurance (regardless of amount) is afforded under any liability coverage (compulsory or optional) of a Massachusetts Motor Vehicle Policy issued to the *named insured*.

2. If the only liability insurance applicable with respect to such *bodily injury* under such a Motor Vehicle Policy is under the compulsory coverage, the Bodily Injury Liability Coverage of this policy shall apply in excess of such insurance, but only with respect to *bodily injury* arising out of the operation or use of the *mobile equipment* other than solely for the purposes of transportation or locomotion.

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

G513



This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

> COMPREHENSIVE GENERAL LIABILITY INSURANCE
> MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
> OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
> OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
> PREMISES MEDICAL PAYMENTS INSURANCE
> STOREKEEPER'S INSURANCE

## SNOWMOBILES

It is agreed that the exclusion relating to the operation or use of any snowmobile or trailer designed for use therewith applies only if the *bodily injury* or *property damage* occurs away from premises owned by, rented to or controlled by the *named insured*.

This endorsement is issued by that member of The Travelers Insurance Companies which issued the policy of which this endorsement forms a part.

**GENERAL LIABILITY**
**AMENDATORY ENDORSEMENT-ADDITIONAL DEFINITION**

GL 00 19
(Ed. 07 78)

It it is agreed that the following definition is added:

"loading or unloading", with respect to an automobile, means the handling of property after it is moved from the place where it is accepted for movement into or onto an automobile or while it is in or on an automobile or while it is being moved from an automobile to the place where it is finally delivered, but "loading or unloading" does not include the movement of property by means of a mechanical device (other than a hand truck) not attached to the automobile.

C-19754   NEW 7-78   PRINTED IN U.S.A.

GL 00 19
(Ed. 07 78)

GL 01 00
(Ed. 07 79)

> This endorsement modifies such insurance as is afforded by the provisions of any General Liability Insurance.

## ACTION AGAINST COMPANY AMENDMENT
### (Massachusetts)

It is agreed that the clause "nor shall the company be impleaded by the **insured** or his legal representative" in the Action Against Company Condition shall not apply to any right of impleader under Rule 14 of the Massachusetts Rules of Civil Procedure, 365 Massachusetts 760 (1974).

GL 02 04 10 70     XCRXXXXXX54X 
XXXXXXXX

## TERMINATION PROVISIONS AMENDMENT—MICHIGAN

It is agreed that with respect to the "Cancellation" provisions of the policy:

1. The words "at the address shown in this policy", appearing in the first paragraph of the "Cancellation" Condition, are amended to read "at his address last known to the company or its authorized agent".

2. The provisions (if forming a part of the policy) of the endorsement entitled "Termination Provisions Amendment—Michigan" apply as stated therein.

3. The provisions, if any, forming a part of the policy which (by endorsement or otherwise) amend the "Cancellation" provisions of the policy other than as stated or designated in this endorsement are deleted.

GL 02 04 10 70     This endorsement must be attached to the Change Endorsement when issued after the policy is written.



29820

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

---

### POLICY TERRITORY—WORLDWIDE COVERAGE

It is agreed that part (3) of the definition of **policy territory** is replaced by the following:

    (3)    anywhere in the world with respect to damages because of **bodily injury** or **property damage** arising out of a product manufactured or sold in the territory described in (1) above, provided the original suit for such damages is brought within such territory;

C-19714   NEW 8-78   PRINTED IN U.S.A.   (280)

DUPLICATE
G/L

# Employers Insurance of Wausau

## COMBINATION CASUALTY POLICY

PLEASE READ YOUR POLICY



**JOHNSON & HIGGINS**
MICHIGAN
**INSURANCE**
PHONE 961-8555 · AREA CODE 313
PENOBSCOT BUILDING
DETROIT, MICHIGAN, 48226

THIS POLICY IS NONASSESSABLE

**Notice of Annual Meeting:** The policyholder is hereby notified that by virtue of this policy he is a member of the company by which the policy is issued and is entitled to vote either in person or by proxy at any and all meetings of the company. The annual meetings of the Employers Mutual Liability Insurance Company of Wisconsin are held at its home office in the City of Wausau, Wisconsin, on the third Friday of February in each year at 10 o'clock A. M. The annual meetings of the Employers Mutual Fire Insurance Company are held at its home office in the City of Wausau, Wisconsin, on the third Friday of February in each year at 9 o'clock A. M.

# Employers Mutual Liability Insurance Company of Wisconsin

### HOME OFFICE: WAUSAU, WISCONSIN

*(A mutual insurance company, herein called the company)*

# Employers Mutual Fire Insurance Company

### HOME OFFICE: WAUSAU, WISCONSIN

*(A mutual insurance company, herein called the company)*

The Company providing the insurance afforded by this policy, as designated in the declarations made a part hereof, in consideration of the payment of the premium, in reliance upon the statements in the declarations and subject to all of the terms of this policy, agrees with the named insured as follows:

## COVERAGES

The insurance afforded by this policy is only with respect to such Coverages as are indicated by specific premium charge or charges in the appropriate Coverage Schedule or Schedules of the Coverage Part or Parts attached to and hereby made a part of this policy.

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the

judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of

the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury

to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types

forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or

consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the insured under an incidental contract.

## CONDITIONS

1. Premium All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

2. Inspection and Audit The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the

named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. Financial Responsibility Laws When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

4. Insured's Duties in the Event of Occurrence, Claim or Suit

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circum-

stances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) Contribution by Equal Shares. If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not

so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) Contribution by Limits. If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**8. Changes** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy** If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

**11. Cancelation** This policy may be canceled by the named insured by mailing to the company written notice stating when thereafter the cancelation shall be effective. This policy may be canceled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancelation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancelation is effected or as soon as practicable after cancelation becomes effective, but payment or tender of unearned premium is not a condition of cancelation.

**12. Declarations** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

**13. Mutual Policy Conditions** This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

IN WITNESS WHEREOF, the company designated in the declarations as issuing this policy has caused this policy to be signed by its president and its secretary at Wausau, Wisconsin, and countersigned on the declarations page by a duly authorized representative of the company.

*Ia Duckworth*
Secretary

*C. F. Schlueter*
President

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies the provisions of the policy relating to ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN FAMILY AUTOMOBILE, SPECIAL PACKAGE AUTOMOBILE, COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.

It is agreed that:

I. The policy does not apply:

   A. Under any Liability Coverage, to bodily injury or property damage

   (1) with respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

   C. Under any Liability Coverage, to bodily injury or property damage resulting from the hazardous properties of nuclear material, if

   (1) the nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

   (2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

   (3) the bodily injury or property damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

II. As used in this endorsement:

   "hazardous properties" include radioactive, toxic or explosive properties;

   "nuclear material" means source material, special nuclear material or byproduct material;

   "source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

   "waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph (a) or (b) thereof;

   "nuclear facility" means

   (a) any nuclear reactor,

   (b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

   (c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

   (d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

   "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

   "property damage" includes all forms of radioactive contamination of property.

NEW YORK EXCEPTION: The "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" does not apply to Automobile Liability Insurance in New York.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

*Ida Duckworth*
Secretary

*C. F. Schlueter*
President

A0009
G320

# Employers Insurance of Wausau

## COMBINATION CASUALTY POLICY DECLARATIONS

| ice Number | Invoice Date | | | | Premium | Dividend on Expired Policy | Amount Due |
|---|---|---|---|---|---|---|---|
| 31 74221 | 3 27 73 | | | | $ | $ | $ 1950 00 |

| Policy Number | Assn. | New | Ren. | T | Representative | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | 00 | X | | 2 | 5760 JOHNSON & HIGGINS | WO |

**Item 1. Named Insured and Address**

WOLVERINE WORLD WIDE, INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

The named insured is: ☐ individual;   ☐ partnership;   ☒ corporation;
☐ joint venture;   ☐ other
Adjustment of premium shall be made:   MONTHLY

**Item 2. Policy Period: From**

2 28 73   to   1 1 74   12:01 A.M.,   standard time at address of the named insured as stated herein.

3. The insurance afforded is only with respect to such Coverages as are indicated by specific premium charge or charges in the appropriate Coverage Schedule or Schedules of the Coverage Part or Parts attached to this policy. The limit of the company's liability against each such coverage shall be as stated in the appropriate Coverage Schedule or Schedules for the Coverage Part or Parts attached to this policy.

| SUMMARY OF INSURANCE AND PREMIUM CHARGES | PREMIUM CHARGES |
|---|---|
| COMPREHENSIVE GENERAL LIABILITY INSURANCE | $ 1950 00 |
| CONTRACTUAL LIABILITY INSURANCE | INCLUDED IN COMPOSITE RATE |
| | $ |

**Endorsements** G503

**Coverage Parts** 560-4-1; 560-11-1

Attached to Form 60-1.1 and Coverage Parts shown above.
Issued by ☒ EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN
☐ EMPLOYERS MUTUAL FIRE INSURANCE COMPANY

Countersigned by   *C. E. Emmitt*
Authorized Company Representative

M60-1.1

# Employers Insurance of Wausau

## COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

Named Insured   WOLVERINE WORLD WIDE, INC.

Number   1724 00 045849

### COVERAGE SCHEDULE

1. The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| COVERAGES | LIMITS OF LIABILITY | | ADVANCE PREMIUM |
|---|---|---|---|
| | Each Occurrence | Aggregate | |
| A—Bodily Injury Liability | $ 500,000 | $ 500,000 | $ 1750 00 |
| B—Property Damage Liability | $ 100,000 | $ 100,000 | $ 200 00 |
| Total Advance Premium | | | $ 1950 00 |

2. The declarations are completed on the accompanying schedule(s) designated "General Liability Hazards".

3. The locations of all premises owned by, rented to or controlled by the named insured and the part occupied by named insured are shown on the accompanying schedule(s).

4. Interest of named insured in such premises: Owner □; Tenant □; General Lessee □ .

5. The accompanying schedule(s) disclose(s) all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

## COVERAGES

**I. COVERAGE A—BODILY INJURY LIABILITY**

**COVERAGE B—PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

    Coverage A. bodily injury or

    Coverage B. property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any watercraft owned or operated by or rented or loaned to any insured, or
(2) any other watercraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or any act or condition incident to any of the foregoing, with respect to
(1) liability assumed by the insured under an incidental contract, or
(2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
(2) if not so engaged, as an owner or lessor of premises used for such purposes,
if such liability is imposed
  (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
  (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
(1) property owned or occupied by or rented to the insured,
(2) property used by the insured, or
(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;
but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

560-4-1

1-73

(M) 15-5724-1

COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART (Continued)

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

    (1) the delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

    (2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

    but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to property damage included within:

    (1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",

    (2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",

    (3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

    (i) an employee of the named insured while operating any such equipment in the course of his employment, and

    (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

    provided that no person or organization shall be an insured under this paragraph (e) with respect to:

    (1) bodily injury to any fellow employee of such person injured in the course of his employment, or

    (2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence."

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

## GENERAL LIABILITY HAZARDS

Named Insured: WOLVERINE WORLD WIDE, INC.

Policy No. 1724 00 045849   Schedule No. 1

| Description of Hazards SHOW SUMMARY OF PREMIUM WHEN APPLICABLE | Code Number | Premium Bases | Rates | | Estimated Premiums | |
|---|---|---|---|---|---|---|
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | Bodily Injury (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | Property Damage | Bodily Injury | Property Damage |
| ---PREMISES-OPERATIONS--- | | | | | | |
| UNITED STATES OF AMERICA | | | | | | |
| ALL OPERATIONS, INCLUDING PREMISES & OPERATIONS, INDEPENDENT CONTRACTORS AND PRODUCTS COVERAGE | 9380 | EST. POLICY YEAR SALES 105,000,000 | PER $1000 OF SALES .167 | .019 | 17,535 00 | 1995 00 |
| EXCESS LIMITS CHARGE | 9890 | | | | 10 00 | 5 00 |
| SUMMARY OF ESTIMATED PREMIUM: | EST. ANNUAL | BILLED PREMIUM | | | | |
| (M&C & END. #11) | 19543 00 | 1914 00 | | | | |
| OTHER CHARGES (EXCESS LIMITS & END. #2) | | 36 00 | | | | |
| TOTAL BILLED PREMIUM | | 1950 00 | | | | |

560.3

(M) 16-5724-1   1-75

## Employers Insurance of Wausau

### CONTRACTUAL LIABILITY INSURANCE COVERAGE PART
(Designated Contracts Only)

Named Insured   **WOLVERINE WORLD WIDE, INC.**

Policy Number   **1724 00 045849**

### COVERAGE SCHEDULE

1. The insurance afforded for contractual liability is only with respect to such of the following Coverages as are indicated by a specific premium charge applicable thereto. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| COVERAGES | LIMITS OF LIABILITY | | ADVANCE PREMIUM |
|---|---|---|---|
| | Each Occurrence | Aggregate | |
| Y—Contractual Bodily Injury Liability | $ 500,000 | 500,000 | $ INCLUDED IN |
| Z—Contractual Property Damage Liability | $ 100,000 | $ 100,000 | $ COMPOSITE |
| Total Advance Premium | | | $ RATE |

2. The declarations are completed on the accompanying schedule(s) designated "Contractual Liability Insurance".

### COVERAGES

**I. COVERAGE Y—CONTRACTUAL BODILY INJURY LIABILITY**
**COVERAGE Z—CONTRACTUAL PROPERTY DAMAGE LIABILITY**
The company will pay on behalf of the insured all sums which the insured, by reason of **contractual liability** assumed by him under a contract designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

Coverage Y. bodily injury or
Coverage Z. property damage
to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payments of judgments or settlements.

**Exclusions**
This insurance does not apply:
(a) if the **insured** or his **indemnitee** is an architect, engineer or surveyor, to **bodily injury** or **property damage** arising out of the rendering of or the failure to render professional services by such **insured** or **indemnitee**, including
   (1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and
   (2) supervisory, inspection or engineering services;
(b) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;
(c) to **bodily injury** or **property damage** for which the **indemnitee** may be held liable
   (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
   (2) if not so engaged, as an owner or lessor of premises used for such purposes,
if such liability is imposed
   (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage or
   (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
but part (ii) of this exclusion does not apply with respect to liability of the **indemnitee** as an owner or lessor described in (2) above;
(d) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;
(e) to any obligation for which the **insured** may be held liable in an action on a contract by a third party beneficiary for **bodily injury** or **property damage** arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;
(f) to **property damage** to
   (1) property owned or occupied by or rented to the **insured**,
   (2) property used by the **insured**, or
   (3) property in the care, custody or control of the **insured** or as to which the **insured** is for any purpose exercising physical control;
(g) to **property damage** to premises alienated by the named **insured** arising out of such premises or any part thereof;
(h) to loss of use of tangible property which has not been physically injured or destroyed resulting from
   (1) a delay in or lack of performance by or on behalf of the named **insured** of any contract or agreement, or
   (2) the failure of the named **insured's** products or work performed by or on behalf of the named **insured** to meet the level of performance, quality, fitness or durability warranted or represented by the named **insured**;
but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named **insured's** products or work performed by or on behalf of the named **insured** after such products or work have been put to use by any person or organization other than an **insured**;
(i) to **property damage** to the named **insured's** products arising out of such products or any part of such products;
(j) to **property damage** to work performed by or on behalf of the named **insured** arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;
(k) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named **insured's** products or work completed by or for the named **insured** or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;
(l) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;
(m) to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;
(n) to **property damage** included within (1) the explosion hazard, (2) the collapse hazard, or (3) the underground property damage hazard.

**II. PERSONS INSURED**
Each of the following is an **insured** under this insurance to the extent set forth below:
(a) if the named **insured** is designated in the declarations as an individual, the person so designated and his spouse;

CONTRACTUAL LIABILITY INSURANCE COVERAGE PART (Continued)

(b) if the named insured is designaged in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

## .I. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage Y—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as a result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Coverage Z—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the schedule as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the named insured.

Coverages Y and Z—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"contractual liability" means liability expressly assumed under a written contract or agreement; provided, however that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

## V. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

## VI. ADDITIONAL CONDITION

### Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

### CONTRACTUAL LIABILITY INSURANCE

Named Insured: WOLVERINE WORLD WIDE, INC.

Policy No. 1724 00 045849     Schedule No. 1

| Designation of Contracts SHOW SUMMARY OF PREMIUM WHEN APPLICABLE | Code Number | Premium Bases | Rates | | Estimated Premiums | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| | | (a) Number (b) Cost Per Project | (a) Per Contract (b) Per $100 of Cost Per Project | | | |
| ALL WRITTEN CONTRACTS OTHER THAN INCIDENTAL CONTRACTS AS DEFINED | | INCLUDED IN COMPOSITE RATES | | | | |

560-3-1

(M) 2-87

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

### ADDITIONAL NAMED INSUREDS ENDORSEMENT

| Invoice Number | Invoice Date | | | | | Amount Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
| --- | --- | --- | --- | --- | --- |
| 1724 00 045849 | | 1 | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     2 28 73     and will terminate with the policy.

Policy Period:     From

to          12:01 A.M., standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

*see order # 13*     *s/b Contractual liability 10.40*

---

is agreed that the definition of "Named Insured" is amended to include as a named insured the person or organization designated below as an additional named insured, subject to the following provisions:

1. The named insured named in Item 1 of the declarations is authorized to act for such additional named insured(s) in all matters pertaining to this insurance, including receipt of notice of cancelation; and

2. Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured named in Item 1 of the declarations; and

3. The named insured named in Item 1 of the declarations shall pay the premium for the insurance afforded the additional named insured in accordance with the manual rules in use by the company; provided, that in the event of bankruptcy or insolvency of the named insured named in Item 1 of the declarations, each additional named insured shall be responsible for and shall pay to the company the premium for the insurance afforded such additional named insured.

4. Nothing contained herein shall affect any right of recovery as a claimant which the additional named insured would have if not designated as such.

5. The insurance applies with respect to the business operations of the additional named insured(s) in the states to which this policy applies.

6. The named insured named in Item 1 of the declarations declares that all firms named in the policy as named insureds or as additional named insureds are owned or financially controlled by the same interests.

### Names of Additional Named Insureds

W.W.W. RETAIL INC.
BATES/TRENDSETTER FOOTWEAR CORPORATION
UNITED PARTS DISTRIBUTORS OF MICHIGAN INC.
ALL PARTS, INC.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

### ADDITIONAL NAMED INSUREDS ENDORSEMENT

Invoice Number     Invoice Date                                Amount Due

$

Policy Number    Assn.    End. No.    T    Representative                Alpha Code
1724 00 045849          2

Named Insured and Address                  Audit Period
    WOLVERINE WORLD WIDE, INC.

This Endorsement is effective     2 28 73          and will terminate with the policy.
Policy Period:   From
            to           12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

*see endort 213*

*nb Contractual Liability Also*

---

is agreed that the definition of "Named Insured" is amended to include as a named insured the person or organization designated below as an itional named insured, subject to the following provisions:

1. The named insured named in Item 1 of the declarations is authorized to act for such additional named insured(s) in all matters pertaining to this insurance, including receipt of notice of cancellation; and

2. Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured named in Item 1 of the declarations; and

3. The named insured named in Item 1 of the declarations shall pay the premium for the insurance afforded the additional named insured in accordance with the manual rules in use by the company; provided, that in the event of bankruptcy or insolvency of the named insured named in Item 1 of the declarations, each additional named insured shall be responsible for and shall pay to the company the premium for the insurance afforded such additional named insured.

4. Nothing contained herein shall affect any right of recovery as a claimant which the additional named insured would have if not designated as such.

5. The insurance applies with respect to the business operations of the additional named insured(s) in the states to which this policy applies.

6. The named insured named in Item 1 of the declarations declares that all firms named in the policy as named insureds or as additional named insureds are owned or financially controlled by the same interests.

### Names of Additional Named Insureds

WOLVERINE SERVICE CLUB INC.

(ANNUAL) PREMIUM:    BI $15 00       PD $10 00
(PRO RATA PREMIUM:   BI $13 00       PD $8 00

AMOUNT DUE: $21 00

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

12-72                                 15-5305                                  C5401

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | | Premium | | Dividend | | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | | | | $ | $ | | $ | |

| Policy Number | Assn. | End. No. | T | Representative | | | Alpha Code |
|---|---|---|---|---|---|---|---|
| 1724 OO O45849 | | 3 | | | | | |

Named Insured and Address
'WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     2 28 73     and will terminate with the policy.
**Policy Period:**    From
       to      12:01 A.M.    standard time at the address of the named insured as stated herein.
     PERSONAL INJURY LIABILITY INSURANCE ENDORSEMENT

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

I.    COVERAGE P -- PERSONAL INJURY LIABILITY

     THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF PERSONAL INJURY SUSTAINED BY ANY PERSON OR ORGANIZATION, AND ARISING OUT OF ANY ACT OR OMISSION COMMITTED IN THE CONDUCT OF THE NAMED INSURED'S BUSINESS, IF SUCH ACTS OR OMISSIONS OCCUR DURING THE POLICY PERIOD WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA, AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING DAMAGES ON ACCOUNT OF SUCH PERSONAL INJURY EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS:   THIS COVERAGE DOES NOT APPLY:

(A)   TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT;

G5519-1

Page 1 of 3 Pages

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

`724 00 045849                                    WOLVERINE WORLD WIDE, INC.

(B) TO PERSONAL INJURY ARISING OUT OF ANY ACT COMMITTED BY OR AT THE
    DIRECTION OF THE INSURED FOR THE PURPOSE OF CAUSING PERSONAL
    INJURY OR WITH THE KNOWLEDGE THAT IT WILL CAUSE PERSONAL INJURY;

(C) TO PERSONAL INJURY ARISING OUT OF THE WILFUL VIOLATION OF A PENAL
    STATUTE OR ORDINANCE COMMITTED BY OR WITH THE KNOWLEDGE OR CONSENT
    OF THE INSURED;

(D) TO PERSONAL INJURY SUSTAINED BY ANY EMPLOYEE OF THE NAMED INSURED
    IF SUCH PERSONAL INJURY ARISES OUT OF OR IN THE COURSE OF THE
    EMPLOYMENT OF SUCH EMPLOYEES;

(E) TO PERSONAL INJURY ARISING OUT OF OR RELATED TO ADVERTISING,
    BROADCASTING OR TELECASTING ACTIVITIES CONDUCTED BY OR ON BEHALF
    OF THE NAMED INSURED;

(F) TO PERSONAL INJURY ARISING OUT OF OR DISCRIMINATION BY REASON OF
    RACE, COLOR, CREED OR NATIONAL ORIGIN.

  II. PERSONS INSURED

     EACH OF THE FOLLOWING IS AN INSURED UNDER THIS COVERAGE TO THE
     EXTENT SET FORTH BELOW:

     (A) IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
         AN INDIVIDUAL, THE PERSON SO DESIGNATED AND HIS SPOUSE;

     (B) IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
         A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR JOINT
         VENTURE SO DESIGNATED AND ANY PARTNER OR MEMBER THEREOF
         BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

     (C) IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
         OTHER THAN AN INDIVIDUAL, PARTNERSHIP OR JOINT VENTURE, THE
         ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER,
         DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE
         SCOPE OF HIS DUTIES AS SUCH;

     THIS INSURANCE DOES NOT APPLY TO PERSONAL INJURY ARISING OUT OF
     THE CONDUCT OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE
     INSURED IS A PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN
     THIS POLICY AS A NAMED INSURED.

III. LIMITS OF LIABILITY — INSURED'S PARTICIPATION

                              G5519-1

(M) 4-89                          J5-62-2                         Page 2 of 3 Pages

(M) 15-5724-1   1-73

## Employers Insurance of Wausau

### ENDORSEMENT (Continued)

724 00 045849                              WOLVERINE WORLD WIDE, INC.

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS OR ORGANIZATIONS WHO SUSTAIN PERSONAL INJURY, OR (3) CLAIMS MADE OR SUITS BROUGHT ON ACCOUNT OF PERSONAL INJURY, THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF PERSONAL INJURY TO WHICH THIS COVERAGE APPLIES SHALL NOT EXCEED THE LIMIT OF PERSONAL INJURY LIABILITY STATED IN THE SCHEDULE AS "AGGREGATE."

IF A PARTICIPATION PERCENTAGE IS STATED IN THE SCHEDULE FOR THE INSURED, THE COMPANY SHALL NOT BE LIABLE FOR A GREATER PROPORTION OF ANY LOSS THAN THE DIFFERENCE BETWEEN SUCH PERCENTAGE AND 100 PERCENT AND THE BALANCE OF THE LOSS SHALL BE BORNE BY THE INSURED; PROVIDED, THE COMPANY MAY PAY THE INSURED'S PORTION OF A LOSS TO EFFECT SETTLEMENT OF THE LOSS, AND, UPON NOTIFICATION OF THE ACTION TAKEN, THE NAMED INSURED SHALL PROMPTLY REIMBURSE THE COMPANY THEREFOR.

IV.  ADDITIONAL DEFINITIONS

WHEN USED IN REFERENCE TO THIS INSURANCE:

"DAMAGES" MEANS ANY DAMAGES WHICH ARE PAYABLE BECAUSE OF PERSONAL INJURY TO WHICH THIS COVERAGE APPLIES; .

"PERSONAL INJURY" MEANS (1) ANY INJURY TO THE FEELINGS OR REPUTATION OF A NATURAL PERSON, INCLUDING MENTAL ANGUISH, AND (2) ANY INJURY TO INTANGIBLE PROPERTY SUSTAINED BY ANY PERSON OR ORGANIZATION AS A RESULT OF LIBEL, SLANDER, DE- FAMATION, WRONGFUL ENTRY OR EVICTION OR MALICIOUS PROSECUTION; BUT THE TERM "PERSONAL INJURY" SHALL NOT INCLUDE INJURY INCLUDED WITHIN THE DEFINITIONS OF "BODILY INJURY" AND "PROPERTY DAMAGE."

### SCHEDULE

1.  LIMITS OF LIABILITY        $500,000 AGGREGATE.

2.  INSURED'S PARTICIPATION:  0%

3.  MINIMUM PREMIUM  $ INCLUDED IN COMPOSITE RATE

4.  ESTIMATED PREMIUM  $ INCLUDED IN COMPOSITE RATE

EXCLUSION (D) OF THIS ENDORSEMENT IS DELETED.

All other provisions and conditions remain unchanged.        G5519-1

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

Page 3 of 3 Pages

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | | 4 | | | | |

Named Insured and Address        Audit Period

WOLVERINE WORLD WIDE, INC.

This Endorsement is effective    2 28 73     and will terminate with the policy.
Policy Period: From
         to         12:01 A.M. standard time at the address of the named insured as stated herein.

## EMPLOYEE BENEFITS LIABILITY COVERAGE ENDORSEMENT

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

### INSURING AGREEMENTS

I. EMPLOYEE BENEFITS LIABILITY COVERAGE. THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF LOSS SUSTAINED BY ANY EMPLOYEE OF THE NAMED INSURED CAUSED BY AND ARISING OUT OF ANY ACT, ERROR OR OMISSION OF THE INSURED IN RENDERING OR FAILING TO RENDER SERVICES AND ADVICE IN THE ADMINISTRATION OF THE NAMED INSURED'S EMPLOYEE BENEFIT PROGRAMS, AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING DAMAGES WHICH ARE PAYABLE UNDER THE TERMS OF THIS ENDORSEMENT, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE, OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

II. SUPPLEMENTARY PAYMENTS. TO PAY, IN ADDITION TO THE APPLICABLE LIMITS OF LIABILITY:

G5505

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.      1724 00 045849

  (1)   ALL EXPENSES INCURRED BY THE COMPANY, ALL COSTS TAXED AGAINST THE INSURED IN ANY DEFENDED SUIT AND ALL INTEREST ON THE ENTIRE AMOUNT OF ANY JUDGMENT THEREIN WHICH ACCRUES AFTER ENTRY OF THE JUDGMENT AND BEFORE THE COMPANY HAS PAID OR TENDERED OR DEPOSITED IN COURT THAT PART OF THE JUDGMENT WHICH DOES NOT EXCEED THE LIMIT OF THE COMPANY'S LIABILITY THEREON;

  (2)   PREMIUM ON APPEAL BONDS REQUIRED IN ANY SUCH SUIT, PREMIUM ON BONDS TO RELEASE ATTACHMENTS FOR AN AMOUNT NOT IN EXCESS OF THE APPLICABLE LIMIT OF LIABILITY OF THIS ENDORSEMENT, BUT WITHOUT ANY OBLIGATION TO APPLY FOR OR FURNISH ANY SUCH BOND;

  (3)   ALL REASONABLE EXPENSES, OTHER THAN LOSS OF EARNINGS, INCURRED BY THE INSURED AT THE COMPANY'S REQUEST.

III.   DEFINITIONS.

  (1)   DEFINITION OF INSURED. THE UNQUALIFIED WORD "INSURED" INCLUDES THE NAMED INSURED AND ALSO INCLUDES ANY EXECUTIVE OFFICER, DIRECTOR, STOCKHOLDER OR EMPLOYEE THEREOF WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES AS SUCH, AND ANY OTHER PERSON OR ORGANIZATION FOR WHOSE ACTS OR OMISSIONS THE NAMED INSURED IS LEGALLY LIABLE. THE INSURANCE AFFORDED UNDER THIS ENDORSEMENT APPLIES SEPARATELY TO EACH INSURED AGAINST WHOM CLAIM IS MADE OR SUIT IS BROUGHT, BUT THE INCLUSION HEREIN OF MORE THAN ONE INSURED SHALL NOT OPERATE TO INCREASE THE LIMIT OF THE COMPANY'S LIABILITY.

  (2)   DEFINTION OF EMPLOYEE. THE UNQUALIFIED WORD "EMPLOYEE" INCLUDES EMPLOYEES, FORMER EMPLOYEES, RETIRED EMPLOYEES, DIRECTORS, FORMER DIRECTORS, AND RETIRED DIRECTORS OF THE NAMED INSURED, AND THEIR HEIRS, LEGATEES, PERSONAL REPRE-SENTATIVES, BENEFICIARIES, OR ASSIGNS.

  (3)   DEFINITION OF EMPLOYEE BENEFIT PROGRAM. THE TERM "EMPLOYEE BENEFIT PROGRAM" SHALL INCLUDE GROUP LIFE INSURANCE, GROUP ACCIDENT OR HEALTH INSURANCE, PENSION PLANS, EMPLOYEE STOCK SUBSCRIPTION PLANS, WORKMEN'S COMPENSATION, UNEMPLOYMENT INSURANCE, SOCIAL SECURITY, DISABILITY BENEFITS, AND ANY OTHER SIMILAR EMPLOYEE BENEFIT PROGRAMS SPONSORED BY THE NAMED INSURED, AND SHALL ALSO INCLUDE PROFESSIONAL OR SEMI-PROFESSIONAL SERVICES OR ADVICE BY ANY INSUREDS ENGAGED IN PROFESSIONAL OR SEMIPROFESSIONAL WORK FOR THE NAMED INSURED, INCLUDING ATTORNEYS, INSURANCE DEPARTMENT PERSONNEL, ACCOUNTANTS, INDUSTRIAL RELATIONS PERSONNEL AND PERSONNEL COUNSELORS, PROVIDED SUCH ACTS ARE AUTHORIZED BY THE NAMED INSURED.

G5505

(M) 4-68

(M) 15-572-4-1   1-73

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.                    1724 00 045849

IV.   THIS ENDORSEMENT APPLIES ONLY TO CLAIMS UNDER THE LEGAL JURIS-
      DICTION OF A COURT OF LAW OR A COURT OF EQUITY WITHIN THE UNITED
      STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR THE
      DOMINION OF CANADA, RESULTING FROM THE NEGLIGENT ACTS, ERRORS
      OR OMISSIONS OF THE INSURED OR ANY PERSON ACTING ON BEHALF
      OF THE INSURED IN THE ADMINISTRATION OF THE EMPLOYEE BENEFITS
      PROGRAM, PROVIDED:.

      (1)   THAT SUCH CLAIM IS BROUGHT AGAINST THE NAMED INSURED
            DURING THE POLICY PERIOD, AND

      (2)   THAT THE NAMED INSURED ON THE EFFECTIVE DATE OF THIS
            ENDORSEMENT HAD NO KNOWLEDGE OF ANY CONDUCT OR CIRCUM-
            STANCES WHICH HE KNEW OR REASONABLY SHOULD HAVE KNOWN
            MIGHT RESULT IN A CLAIM OR SUIT, EXCEPT THAT THIS
            CONDITION SHALL NOT APPLY IF THIS ENDORSEMENT IS ISSUED
            AS A RENEWAL OR REPLACEMENT (WITHOUT ANY LAPSE OF TIME)
            OF THE EMPLOYEE BENEFITS LIABILITY COVERAGE AFFORDED UNDER
            ANY PRIOR ENDORSEMENT OR POLICY ISSUED BY THE COMPANY TO
            THE NAMED INSURED.

                              EXCLUSIONS

THIS ENDORSEMENT DOES NOT APPLY:

      (A)   TO BODILY OR MENTAL INJURY TO, OR SICKNESS, DISEASE, OR
            DEATH OF, ANY PERSON, OR TO INJURY TO OR DESTRUCTION OF
            ANY TANGIBLE PROPERTY, INCLUDING THE LOSS OF USE THEREOF;

      (B)   TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT
            OR AGREEMENT;

      (C)   TO LIABILITY ARISING OUT OF ANY ACT OR OMISSION IN
            CONNECTION WITH THE PRIVATE PROFESSIONAL PRACTICE OF ANY
            INSURED; OR TO LIABILITY ARISING OUT OF ANY PROFESSIONAL
            OR SEMIPROFESSIONAL SERVICES FOR WHICH A CHARGE OR FEE
            IS MADE BY THE INSURED;

      (D)   TO LIABILITY ARISING OUT OF MALPRACTICE, ERROR OR
            OMISSION OF ANY PHYSICIAN OR SURGEON;

      (E)   TO INJURY RESULTING FROM FALSE ARREST, DETENTION OR
            IMPRISONMENT, OR MALICIOUS PROSECUTION, OR LIBEL, SLANDER,
            DEFAMATION OF CHARACTER, OR RELIGIOUS OR RACIAL DISCRIMINA-
            TION;

      (F)   TO ANY CLAIM FOR FAILURE OF PERFORMANCE OF A CONTRACT BY
            ANY INSURER, OR TO ANY CLAIM BASED UPON FAILURE OF
            STOCKS, BONDS OR OTHER SECURITIES TO PRODUCE FINANCIAL
            GAIN, PROFIT OR GROWTH AS REPRESENTED BY THE INSURED;

      (G)   TO INJURY CAUSED BY ANY DISHONEST, FRAUDULENT, CRIMINAL
            OR MALICIOUS ACT OF THE INSURED.

                              G5505

                              15 62 2                         D   3 . 5 D

## Employers Insurance of Wausau

**ENDORSEMENT** (Continued)

WOLVERINE WORLD WIDE, INC.                    1724 00 045849

### CONDITIONS

1. POLICY CONDITIONS. THE CONDITIONS OF THE POLICY CAPTIONED
   "INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT,"
   "ACTION AGAINST COMPANY," "OTHER INSURANCE," "SUBROGATION," "CHANGES,"
   "ASSIGNMENT," "CANCELATION" AND "DECLARATIONS" APPLY TO THE
   INSURANCE AFFORDED BY THIS ENDORSEMENT.

2. NOTICE OF INJURY OR OCCURRENCE. IN THE EVENT OF INJURY TO WHICH
   THIS ENDORSEMENT APPLIES OR OF AN OCCURRENCE WHICH MAY GIVE RISE
   TO A CLAIM FOR INJURY TO WHICH THIS ENDORSEMENT APPLIES,
   WRITTEN NOTICE SHALL BE GIVEN BY OR ON BEHALF OF THE INSURED TO
   THE COMPANY OR ANY OF ITS AUTHORIZED AGENTS AS SOON AS PRACTI-
   CABLE. SUCH NOTICE SHALL CONTAIN PARTICULARS SUFFICIENT TO
   IDENTIFY THE INSURED AND ALSO REASONABLY OBTAINABLE INFORMATION
   RESPECTING THE TIME, PLACE, AND CIRCUMSTANCES OF THE OCCURRENCE,
   THE NAMES AND ADDRESSES OF THE PERSONS SUSTAINING INJURY AND OF
   AVAILABLE WITNESSES.

3. LIMITS OF LIABILITY.

   $ 500,000     EACH CLAIM
   $ 500,000     AGGREGATE
   $ 1,000       DEDUCTIBLE AMOUNT

   THE LIMIT OF LIABILITY SHOWN ABOVE AS APPLICABLE TO "EACH CLAIM" IS
   THE LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES ON ACCOUNT OF
   EACH CLAIM; PROVIDED, THAT ALL CLAIMS BY ONE OR MORE PERSONS OR
   ORGANIZATIONS ARISING OUT OF ALL ACTS, ERRORS OR OMISSIONS IN THE
   ADMINISTRATION OF ALL EMPLOYEE BENEFIT PROGRAMS RELATING TO ANY ONE
   EMPLOYEE SHALL CONSTITUTE ONE CLAIM UNDER THIS ENDORSEMENT.

   THE LIMIT OF LIABILITY SHOWN ABOVE AS "AGGREGATE" IS, SUBJECT TO THE
   FOREGOING PROVISION RESPECTING THE LIMIT OF LIABILITY FOR "EACH CLAIM,"
   THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE
   OF ALL CLAIMS TO WHICH THIS ENDORSEMENT APPLIES.

   THE AMOUNT SHOWN ABOVE AS THE "DEDUCTIBLE AMOUNT" SHALL BE DEDUCTED
   FROM THE TOTAL AMOUNT OF ALL SUMS WHICH THE INSURED SHALL BECOME
   LEGALLY OBLIGATED TO PAY AS DAMAGES ON ACCOUNT OF EACH CLAIM, AND
   THE COMPANY SHALL BE LIABLE ONLY FOR THE DIFFERENCE BETWEEN SUCH
   DEDUCTIBLE AMOUNT AND THE APPLICABLE LIMIT OF LIABILITY. THE TERMS
   OF THE POLICY AND THIS ENDORSEMENT, INCLUDING THOSE WITH RESPECT TO
   NOTICE OF AN OCCURRENCE AND THE COMPANY'S RIGHT TO INVESTIGATE,
   NEGOTIATE AND SETTLE CLAIMS AND SUITS, APPLY IRRESPECTIVE OF THE
   APPLICATION OF THE DEDUCTIBLE AMOUNT. THE COMPANY MAY PAY ANY PART

G5505

(M) 18-5724-1 1-78

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.                    1724 00 045849

OR ALL OF THE DEDUCTIBLE AMOUNT TO EFFECT SETTLEMENT OF ANY CLAIM
OR SUIT AND, UPON NOTIFICATION OF THE ACTION TAKEN, THE NAMED INSURED
SHALL PROMPTLY REIMBURSE THE COMPANY FOR SUCH PART OF THE DEDUCTIBLE
AMOUNT AS HAS BEEN PAID BY THE COMPANY.

4.  PREMIUM.  THE PREMIUM FOR THE INSURANCE AFFORDED BY THIS ENDORSEMENT
    SHALL BE $ INCLUDED IN COMPOSITE RATE.

G5505

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | · Premium | Dividend | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | | 5 | | | |

Named Insured and Address
WOLVERINE WORLD WIDE,
INC.

Audit Period

This Endorsement is effective    2 28 73      and will terminate with the policy.
Policy Period:  From
           to          12:01 A.M.,    standard time at the address of the named insured as stated herein.

### NEW YORK AMENDATORY ENDORSEMENT

IT IS AGREED THAT THE EMPLOYEE BENEFITS LIABILITY COVERAGE ENDORSEMENT
IS AMENDED AS FOLLOWS:

     INSURING AGREEMENT III, DEFINITIONS, (1) "DEFINITION OF INSURED"
     IS AMENDED TO READ:

         THE UNQUALIFIED WORD "INSURED," WHEREVER USED, INCLUDES NOT
         ONLY THE NAMED INSURED, BUT ALSO ANY PARTNER, EXECUTIVE OFFICER,
         DIRECTOR OR STOCKHOLDER.

         THE UNQUALIFIED WORD "INSURED" SHALL ALSO INCLUDE AN EMPLOYEE
         OF THE INSURED, BUT SUCH COVERAGE AFFORDED TO AN EMPLOYEE
         SHALL BE LIMITED TO AUTHORIZED ACTS ARISING OUT OF THE ADMIN-
         ISTRATION OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE,
         PROFIT SHARING PLANS, PENSION PLANS AND EMPLOYEE STOCK
         SUBSCRIPTION PLANS.

G5505A

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | | 6 | | | | |

Named Insured and Address                    Audit Period
  WOLVERINE WORLD WIDE, INC.

This Endorsement is effective       2 28 73       and will terminate with the policy.
Policy Period:   From
                 to             12:01 A.M.   standard time at the address of the named insured as stated herein.
THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS
OF THE POLICY RELATING TO THE FOLLOWING:

        (X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE
        ( )   MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
        ( )   OWNERS', LANDLORDS', AND TENANTS' LIABILITY INSURANCE

            HIRED AND NONOWNED WATERCRAFT

IT IS AGREED THAT:

  1.   THE EXCLUSION RELATING TO WATERCRAFT DOES NOT APPLY TO ANY
       HIRED OR NONOWNED PRIVATE PASSENGER INBOARD MOTORBOAT OR
       PRIVATE PASSENGER SAILBOAT NOT EQUIPPED WITH AUXILIARY POWER,
       LESS THAN 40 FEET IN OVERALL LENGTH, OR ANY OUTBOARD MOTORBOAT
       USED IN THE BUSINESS OF THE NAMED INSURED.

  2.   THE INSURANCE WITH RESPECT TO ANY WATERCRAFT SUBJECT TO THIS
       ENDORSEMENT DOES NOT APPLY WHILE THE WATERCRAFT IS RENTED TO
       OTHERS OR IS USED FOR CARRYING ANY PASSENGER FOR A CONSIDERATION.

  3.   THE INSURANCE WITH RESPECT TO ANY WATERCRAFT SUBJECT TO THIS
       ENDORSEMENT SHALL BE EXCESS INSURANCE OVER ANY OTHER VALID AND
       COLLECTIBLE INSURANCE AVAILABLE TO THE INSURED, EITHER AS AN
       INSURED UNDER A POLICY APPLICABLE WITH RESPECT TO SUCH
       WATERCRAFT OR OTHERWISE.

                        G5507

# Employers Insurance of Wausau

ENDORSEMENT (Continued)

'724 OO O45849                    WOLVERINE WORLD WIDE, INC.

4.  THE TERM "HIRED WATERCRAFT" AS USED HEREIN MEANS
    A WATERCRAFT USED UNDER CONTRACT IN BEHALF OF, OR
    LOANED TO, OR RENTED TO THE NAMED INSURED.
    THE TERM "NONOWNED WATERCRAFT" AS USED HEREIN MEANS A
    WATERCRAFT NOT OWNED IN WHOLE OR IN PART, OR HIRED
    OR LEASED BY, OR LOANED OR RENTED TO, OR REGISTERED
    IN THE NAME OF THE NAMED INSURED, OR ANY INDIVIDUAL
    PARTNERS THEREOF, IF THE NAMED INSURED IS A PARTNER-
    SHIP.

(INCLUDED IN COMPOSITE RATE)

All other provisions and conditions remain unchanged.          G5507
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | Premium $ | Dividend $ | Amount Due $ |
|---|---|---|---|---|---|

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | | 7 | | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     2 28 73     and will terminate with the policy.

Policy Period: From
            to            12:01 A.M.    standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

(X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
( ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

MALPRACTICE INCLUSION ENDORSEMENT

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE BODILY INJURY LIABILITY COVERAGE APPLIES ALSO TO MALPRACTICE, ERROR OR MISTAKE IN RENDERING OR FAILING TO RENDER PROFESSIONAL SERVICES BY ANY LICENSED PHYSICIAN OR NURSE EMPLOYED BY THE NAMED INSURED, SUBJECT TO THE FOLLOWING PROVISIONS:

1. ALL MALPRACTICE, ERROR OR MISTAKE IN RENDERING OR FAILING TO RENDER PROFESSIONAL SERVICES TO ANY ONE PERSON SHALL BE DEEMED TO BE ONE OCCURRENCE.

2. NO INSURANCE IS AFFORDED BY THIS ENDORSEMENT TO ANY DOCTOR OR NURSE EMPLOYED BY THE NAMED INSURED.

3. THE INSURANCE DOES NOT APPLY (A) TO ANY USE OF X-RAY APPARATUS FOR THERAPEUTIC TREATMENT, (B) THE LIABILITY OF THE INSURED ARISING OUT OF THE PERFORMANCE OF A CRIMINAL ACT WITH THE KNOWLEDGE OR CONSENT OF THE INSURED, OR (C) TO LIABILITY ASSUMED BY THE INSURED UNDER ANY AGREEMENT GUARANTEEING THE RESULTS OF ANY TREATMENT.

05509

# Employers Insurance of Wausau

**ENDORSEMENT** (Continued)

WOLVERINE WORLD WIDE, INC.

1724 00 045849

CODE NO.                    DESCRIPTION OF HAZARD          B.I. PREMIUM

INCLUDED IN COMPOSITE RATE

C5509

All other provisions and conditions remain unchanged.
Issued by ☒ EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN
         ☐ EMPLOYERS MUTUAL FIRE INSURANCE COMPANY

*Za Duckworth*
Secretary

*C. F. Schlueter*
President

IM) 11-88                    **15-62-3**                    Page 2 of 2 Pages

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | | 8 | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective    2 28 73    and will terminate with the policy.
Policy Period:    From
· to    12:01 A.M.   standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

COMPREHENSIVE GENERAL LIABILITY INSURANCE·

WORLD-WIDE COVERAGE ENDORSEMENT
(BROAD FORM)

IT IS AGREED THAT:

1. THE DEFINITION OF "POLICY TERRITORY" IS REPLACED BY THE FOLLOWING:

    "POLICY TERRITORY" MEANS ANYWHERE IN THE WORLD.

2. WITH RESPECT TO CLAIMS MADE OR SUITS INSTITUTED IN COURTS ELSE-WHERE THAN WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA, THE COMPANY SHALL HAVE THE RIGHT, BUT NOT THE DUTY, TO DEFEND ANY SUCH SUIT AND TO MAKE SUCH INVESTIGATION, NEGOTIATION AND SETTLEMENT OF ANY SUCH CLAIM OR SUIT AS IT DEEMS EXPEDIENT; PROVIDED, IN ANY CASE IN WHICH THE COMPANY ELECTS NOT TO INVESTIGATE, SETTLE OR DEFEND, THE INSURED, UNDER THE SUPERVISION OF THE COMPANY, WILL MAKE OR CAUSE TO BE MADE SUCH INVESTIGATION AND DEFENSE AS MAY BE REASONABLY NECESSARY AND, SUBJECT TO PRIOR AUTHORIZATION BY THE COMPANY, WILL EFFECT TO THE EXTENT POSSIBLE SUCH SETTLEMENT OR SETTLEMENTS AS THE COMPANY AND THE INSURED DEEM PRUDENT.  THE COMPANY SHALL REIMBURSE THE INSURED FOR THE REASONABLE COST OF ANY SUCH INVESTIGATION, SETTLEMENT OR DEFENSE, IN CURRENCY OF THE UNITED STATES AT THE RATE OF EXCHANGE PREVAILING ON THE DATE OF PAYMENT.

Page 1 of 2 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.                        1724 00 045849

3.  EXCEPT WITH RESPECT TO PRODUCTS WHICH ARE SOLD FOR USE OR
    CONSUMPTION WITHIN THE UNITED STATES OF AMERICA, ITS
    TERRITORIES OR POSSESSIONS, OR CANADA, THE INSURANCE
    AFFORDED WITH RESPECT TO THE NAMED INSURED'S PRODUCTS
    APPLIES ONLY TO THE NAMED INSURED'S PRODUCTS MANUFACTURED WITHIN
    THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR
    CANADA.

4.  THE COMPANY IS NOT AN ADMITTED OR AUTHORIZED INSURER OUTSIDE
    OF THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS,
    OR CANADA, AND THE COMPANY ASSUMES NO RESPONSIBILITY FOR THE
    FURNISHING OF CERTIFICATES OR EVIDENCE OF INSURANCE, OR BONDS,
    OF FOR COMPLIANCE IN ANY WAY WITH THE LAWS OF OTHER COUNTRIES
    RELATING TO LIABILITY INSURANCE.

5.  IF THE INSURED HAS OTHER INSURANCE AGAINST A LOSS COVERED
    HEREUNDER, THIS INSURANCE SHALL NOT APPLY TO THE EXTENT
    THAT ANY VALID AND COLLECTIBLE INSURANCE, WHETHER ON A
    PRIMARY, EXCESS OR CONTINGENT BASIS, IS AVAILABLE TO THE
    INSURED.

6.  THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES ONLY TO
    THE FOLLOWING INSUREDS:

        WOLVERINE WORLD WIDE INC.
        W.W.W. RETAIL INC.
        BATES/TRENDSETTER FOOTWEAR CORPORATION
        UNITED PARTS DISTRIBUTORS OF MICHIGAN INC.
        ALL PARTS, INC.

G5511A

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72

(M) 16-5724-1  1-73

# Employers Insurance of Wausau

### ADDITIONAL INSURED
#### (Employees)

| Invoice Number | Invoice Date | | | | | Amount Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | $ |

Policy Number     Assn.    End. No.    T    Representative               Alpha Code

1724 00 045849           9

Named Insured and Address            Audit Period

     WOLVERINE WORLD WIDE,
     INC.

This Endorsement is effective      2 28 73           and will terminate with the policy.

Policy Period:     From

              to                  12:01 A.M.,     standard time at the address of the named insured as stated herein.

---

This Endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

            (X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
            (  ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
            (  ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
            (  ) STOREKEEPER'S LIABILITY INSURANCE
            (  ) OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include any employee of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:

1. to bodily injury to (a) another employee of the named insured arising out of or in the course of his employment or (b) the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof;

2. to property damage to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by (a) another employee of the named insured or (b) the named insured, or, if the named insured is a partnership or joint venture, any partner or member thereof.

     (INCLUDED IN COMPOSITE RATE)

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

### ADDITIONAL INSURED
(Vendors—Broad Form)

| Invoice Number | Invoice Date | | | | Amount Due |
|---|---|---|---|---|---|
| | | | | | $ |

Policy Number .................. Assn.    End. No.    T    Representative                 Alpha Code

**1724 00 045849**        **10**

Named Insured and Address               Audit Period

  **WOLVERINE WORLD WIDE, INC.**

This Endorsement is effective      **2 28 73**        and will terminate with the policy.

Policy Period:    From

           to                   12:01 A.M.,    standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

         (X)      COMPREHENSIVE GENERAL LIABILITY INSURANCE

         ( )    COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated below (herein referred to as "vendor"), as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated below subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:

     (a) any express warranty unauthorized by the named insured;

     (b) bodily injury or property damage arising out of

         (i) any physical or chemical change in the form of the product made intentionally by the vendor,

         (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from the manufacturer and then repacked in the orignal container,

         (iii) demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product, or

         (iv) products which, after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

### SCHEDULE

Name of Person or Organization: ANY PERSON OR ORGANIZATION PURCHASING GOODS OR PRODUCTS FROM THE NAMED INSURED FOR THE PURPOSE OF RESALE.

Named Insured's Products:

INCREASED RATES INCLUDED IN DECLARATIONS.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

· ADDITIONAL INSURED

(Premises Leased to the Named Insured)

| Invoice Number | Invoice Date | | | | Amount Due |
|---|---|---|---|---|---|
| | | | | | $ |

| icy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | | 11 | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective **2 28 73** and will terminate with the policy.

Policy Period: From

to 12:01 A.M., standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
( ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
( ) STOREKEEPER'S INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

### SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Premiums Bodily Injury Liability | Property Damage Liability |
|---|---|---|---|
| SEE ATTACHED | | | |

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

## Employers Insurance of Wausau

WOLVERINE WORLD WIDE, INC.
IND. #11 CONT.

1724 00 045849

| DESIGNATED PREMISES | NAME OF PERSON OR ORGANIZATION | ANNUAL PREMIUM BI | PD |
|---|---|---|---|
| 1. LAND LEASED TO WOLVERINE SERVICE CLUB INC. FOR CAMPING SITE | CONSUMERS POWER CO. | 5 00 | 2 50 |
| 2. PREMISES LEASED TO NAMED INSURED IN PUERTO RICO | PUERTO RICO INDUSTRIAL CORPORATION DEVELOPMENT | 5 00 | 2 50 |
| 3. ALL PREMISES LEASED TO NAMED INSUREDS AND INSUREDS NAMED IN ENDORSEMENT #1 | LESSORS WHERE LEASE AGREEMENT REQUIRES LESSEE TO NAME LESSOR AS ADDITIONAL INSURED ON LESSEE'S POLICY | INCLUDED IN COMPOSITE RATE | |

(ANNUAL) ADDITIONAL PREMIUM:    $15 00
(PRO RATA) ADDITIONAL PREMIUM:  $13 00

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

### PREMIUM DISCOUNT PLAN FOR LIABILITY COVERAGES ENDORSEMENT

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | | 12 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective .  2 28 73  and will terminate with the policy.

States in which this endorsement applies:

To all liability coverages (including automobile) combined:  MICHIGAN, IOWA, ARKANSAS, NEW YORK

To automobile liability coverages:

To all liability coverage (other than automobile):

Policy numbers to which this endorsement applies:  1724 00 045849 AND 1724 02 045849

. is agreed that such of the premium for bodily injury liability, for property damage liability, elevator collision, and for medical payments as pertains to the policies and states listed above is subject to discount in accordance with the following procedure:

(1) Such premium computed in accordance with the provisions of the policy other than this or any other premium discount endorsement and exclusive of the adjustments resulting from the application of any retrospective rating plan shall be known as the standard premium.

(2) So much of the standard premium as is subject to retrospective rating shall not be subject to discount.

(3) The premium discount applicable to the standard premium shall be determined by applying thereto the appropriate premium discount percentage stated in the Table of Premium Discount Percentages in use by the company as of the effective date of the policy.

(4) If the policy period is in excess of one year the Total Standard Premium for each annual period shall be the policy premium for third party liability insurance for each such period.

(5) If a portion of the standard premium is subject to a retrospective rating plan, the discount on that portion of the premium not subject to retrospective rating shall be the difference between (1) the discount determined by applying to the entire standard premium in states for which premium discount is applicable the premium discount percentage shown in the company's Table of Premium Discounts for the total standard premium and (2) the discount determined by applying to that portion of the standard premium in such states which are subject to retrospective rating the premium discount shown in the Table of Premium Discounts for as much of the total standard premium as is subject to retrospective rating.

(6) If the company has issued two or more concurrent policies applying with respect to states and coverages with respect to which this endorsement applies, the provisions of this endorsement shall apply upon the basis of the total premiums pertaining to such states and coverages under all such policies.

(7) The provisions of this endorsement shall not apply with respect to New York standard premium in the event the New York standard premium is $100 or less and in no event shall the application of the provisions of this endorsement result in an earned premium of less than $100 as applicable to New York.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

12-72                                          15-4763.2                                          G5916

# Employers Insurance of Wausau

ENDORSEMENT

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 13 | 2 | 5760 JOHNSON & HIGGINS | WO |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

Audit Period

MONTHLY

This Endorsement is effective   2 28 73        and will terminate with the policy.
Policy Period:   From
   2 28 73     to 1 1 74     12:01 A. M.,   standard time at the address of the named insured as stated herein.

## AMENDING AN ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT NUMBER'S 1 & 2 ARE AMENDED AS FOLLOWS:

ENDORSEMENT NUMBER'S 1 & 2 ARE ALSO APPLY TO: CONTRACTUAL LIABILITY INSURANCE

T-1005

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

DUPLICATE

**ENDORSEMENT**

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 14 | 2 | 5760 JOHNSON & HIGGINS | WO |

Audit Period MONTHLY

Named Insured and Address
WOLVERINE WORLD WIDE,
INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

This Endorsement is effective 2 28 73 and will terminate with the policy.

Policy Period: From
2 28 73 to 1 1 74 12:01 A.M. standard time at the address of the named insured as stated herein.

HOST LIQUOR LIABILITY ENDORSEMENT

THIS ENDORSEMENT DOES NOT MODIFY ANY COVERAGE PART FORMING A PART OF THIS POLICY.

## SCHEDULE

THE LIMIT OF THE COMPANY'S LIABILITY AGAINST EACH SUCH COVERAGE SHALL BE AS STATED HEREIN, SUBJECT TO ALL THE TERMS OF THIS ENDORSEMENT HAVING REFERENCE THERETO.

| COVERAGES | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|
| INJURY TO PERSON | $ 500,000 | EACH PERSON | |
| | $ 500,000 | EACH OCCURRENCE | $ INCLUDED |
| INJURY TO PROPERTY | $ 100,000 | | $ IN |
| INJURY TO MEANS OF SUPPORT | $ 100,000 | | $ COMPOSITE |
| | | TOTAL PREMIUM | $ RATE |

## COVERAGE

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

I. COVERAGE AGREEMENT.

G5516

Page 1 of 4 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.                              1724 00 045849

THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BY REASON OF THE PROVISIONS OF ANY CIVIL DAMAGE ACT, BECAUSE OF INJURY CAUSED BY THE GIVING, FURNISHING OR DELIVERING OF ALCOHOLIC LIQUOR TO ANY PERSON OR PERSONS BY THE INSURED, AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING SUCH DAMAGES, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE, OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS:

THIS INSURANCE DOES NOT APPLY:

(A)  TO INJURY TO PERSON SUSTAINED BY ANY PERSON WHILE ENGAGED IN THE EMPLOYMENT OF THE NAMED INSURED;

(B)  TO INJURY TO THE MEANS OF SUPPORT OF ANY PERSON AS THE RESULT OF ANY INJURY TO PERSON SUSTAINED BY SUCH PERSON WHILE EN-GAGED IN THE EMPLOYMENT OF THE NAMED INSURED;

(C)  TO INJURY TO

(1)  PROPERTY OWNED OR OCCUPIED BY, LEASED OR RENTED TO THE INSURED,

(2)  PROPERTY USED BY THE INSURED, OR

(3)  PROPERTY IN THE CARE, CUSTODY OR CONTROL OF THE INSURED OR AS TO WHICH THE INSURED IS FOR ANY PURPOSE EXERCISING PHYSICAL CONTROL;

(D)  TO ANY INJURY WITH RESPECT TO WHICH INSURANCE IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO BODILY INJURY LIABILITY OR PROPERTY DAMAGE LIABILITY;

(E)  TO ANY GIVING, FURNISHING OR DELIVERING OF ALCOHOLIC LIQUOR FOR WHICH THE INSURED MAY BE HELD LIABILE AS A PERSON OR ORGANIZATION ENGAGED IN THE BUSINESS OF MANUFACTURING, DIS-TRIBUTING, SELLING OR SERVING ALCOHOLIC BEVERAGES OR AS AN OWNER OR LESSOR OF PREMISES USED FOR SUCH PURPOSES.

II.  PERSONS INSURED.

EACH OF THE FOLLOWING IS AN INSURED UNDER THIS INSURANCE TO THE EXTENT SET FORTH BELOW:

G5516

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.

1724 00 045849

(A)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS AN INDIVIDUAL, THE PERSON SO DESIGNATED BUT ONLY WITH RESPECT TO THE CONDUCT OF A BUSINESS OF WHICH HE IS THE SOLE PROPRIETOR;

(B)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR JOINT VENTURE SO DESIGNATED AND ANY PARTNER OR MEMBER THEREOF BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

(C)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS OTHER THAN AN INDIVIDUAL, PARTNERSHIP OR JOINT VENTURE, THE ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER, DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES AS SUCH;

(D)  ANY PERSON (OTHER THAN AN EMPLOYEE OF THE NAMED INSURED) OR ORGANIZATION WHILE ACTING AS REAL ESTATE MANAGER FOR THE NAMED INSURED.

THIS INSURANCE DOES NOT APPLY TO INJURY ARISING OUT OF THE CONDUCT OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE INSURED IS A PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN THIS POLICY AS A NAMED INSURED.

III.  LIMITS OF LIABILITY.

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS OR ORGANIZATIONS WHO SUSTAIN INJURY, OR (3) CLAIMS MADE OR SUITS BROUGHT ON ACCOUNT OF ANY INJURY, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

INJURY TO PERSON. WITH RESPECT TO THE INSURANCE AFFORDED FOR INJURY TO PERSON, THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "EACH PERSON" IS THE LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PERSON SUSTAINED BY ONE PERSON IN ANY ONE OCCURRENCE, OR SUSTAINED BY ONE PERSON IN ANY SERIES OF OCCURRENCES, ARISING OUT OF ONE CASE OF INTOXICATION; AND THE LIMIT OF SUCH LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "EACH OCCURRENCE" IS, SUBJECT TO THE ABOVE PROVISION RESPECTING EACH PERSON, THE TOTAL LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PERSON SUSTAINED BY ALL PERSONS INJURED IN ANY ONE OCCURRENCE, OR SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF INTOXICATION.

G5516

(M) 15-5724-1  1-75

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.                    1724 00 045849

INJURY TO PROPERTY. THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "INJURY TO PROPERTY" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PROPERTY RESULTING FROM ANY ONE OCCURRENCE, OR SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF INTOXICATION.

INJURY TO MEANS OF SUPPORT. THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "INJURY TO MEANS OF SUPPORT" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF ALL PERSONS WHO SHALL BE INJURED IN MEANS OF SUPPORT ON ACCOUNT OF ANY ONE OCCURRENCE, OR SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF INTOXICATION, OR ON ACCOUNT OF ALL PERSONS WHO SHALL BE INJURED IN MEANS OF SUPPORT BY REASON OF THE FAILURE OF ANY ONE PERSON TO FURNISH MEANS OF SUPPORT.

IV.  ENDORSEMENT PERIOD; TERRITORY.

THIS INSURANCE APPLIES ONLY TO INJURY OCCURRING DURING THE POLICY PERIOD WITHIN THE POLICY TERRITORY IN CONSEQUENCE OF THE GIVING, FURNISHING, OR DELIVERING OF ALCOHOLIC LIQUOR DURING THE POLICY PERIOD.

V.  POLICY CONDITIONS.

THE CONDITIONS OF THE POLICY CAPTIONED "INSPECTION AND AUDIT," "INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT," "ACTION AGAINST COMPANY," "OTHER INSURANCE," "SUBROGATION," "CHANGES," "ASSIGNMENT," "THREE-YEAR POLICY," "CANCELATION," AND "DECLARATIONS" APPLY TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT.

VI.  ADDITIONAL AND AMENDED DEFINITIONS.

WHEN USED IN REFERENCE TO THIS INSURANCE, THE WORD "OCCURRENCE" MEANS AN ACCIDENT, INCLUDING INJURIOUS EXPOSURE TO CONDITIONS, WHICH RESULTS, DURING THE ENDORSEMENT PERIOD, IN AN INJURY NEITHER EXPECTED NOR INTENDED FROM THE STANDPOINT OF THE INSURED.

WHEN USED IN REFERENCE TO THIS INSURANCE, THE UNQUALIFIED WORD "INJURY" MEANS INJURY IN PERSON OR PROPERTY, OR INJURY TO THE MEANS OF SUPPORT OF ANY PERSON.

All other provisions and conditions remain unchanged.          G5516
Issued by ☒ EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN
         ☐ EMPLOYERS MUTUAL FIRE INSURANCE COMPANY

*Ia Duckworth*
Secretary

*C. F. Schluter*
President

(M) 11-68                          15-62-3                          Page 4 of 4 Pages

# Employers Insurance of Wausau

ENDORSEMENT

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

Po..., Number 1724 00 045849    Assn. 00    End. No. 15    T 2    Representative 5760 JOHNSON & HIGGINS      Alpha Code WO

Audit Period MONTHLY

Named Insured and Address
WOLVERINE WORLD WIDE,
INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

This Endorsement is effective    2 28 73      and will terminate with the policy.

Policy Period: From
2 28 73   to   1 1 74   12:01 A.M.,    standard time at the address of the named insured as stated herein.

AMENDING AN ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT NUMBER 1 IS AMENDED AS FOLLOWS:

ADD:

ANY CORPORATION OR OTHER BUSINESS ORGANIZATION IN
WHICH THE PREVIOUS INSURED ACQUIRES AN OWNERSHIP
INTEREST OF AT LEAST 51 PER CENT.

1005

\*    \*    \*    \*    \*    \*    \*    \*    \*

AMENDING AN ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT NUMBER 11 IS AMENDED AS FOLLOWS:
ADD:
(DESIGNATED PREMISES)    (NAME OF PERSON)
     #2           PUERTO RICO DEVELOPMENT
              INDUSTRIAL CORPORATION

1005

1005 & 1005

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers·Insurance of Wausau

### LOADING AND UNLOADING OF WATERCRAFT ENDORSEMENT
#### (Scope of Coverage for Certain Classifications)

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 16 | 2 | 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address
WOLVERINE WORLD WIDE,
INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

Audit Period     MONTHLY

This Endorsement is effective     2 28 73          and will terminate with the policy.
POLICY PERIOD:    2 28 73 TO 1 1 74

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE

(  )   MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

---

It is agreed that the exclusion relating to the ownership, maintenance, operation, use, loading or unloading of watercraft does not apply to bodily injury or property damage arising out of loading or unloading operations identified under any of the classifications described below:

### Description of Classifications
FREIGHT HANDLING

...er provisions and conditions remain unchanged.
...e Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

MB G003

**ENDORSEMENT**

# Employers Insurance of Wausau
## COMBINATION CASUALTY

| Invoice Number | Invoice Date | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| icy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 17 | 2 | 5760 JOHNSON & HIGGINS | WO |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

Audit Period MONTHLY

This Endorsement is effective   6 22 73   and will terminate with the policy.
Policy Period:  From
    2 28 73  to  1 1 74   12:01 A.M.   standard time at the address of the named insured as stated herein.
THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS
OF THE POLICY RELATING TO THE FOLLOWING:

        (X)  COMPREHENSIVE GENERAL LIABILITY INSURANCE
        ( )  MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
        ( )  OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

### ADDITIONAL INSURED
### (MALPRACTICE COVERAGE)

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE
AS AN INSURED ANY NURSE OR DOCTOR____, EMPLOYED BY THE NAMED INSURED, SUBJECT
) THE FOLLOWING PROVISIONS:

1.  THE INSURANCE SHALL APPLY TO ALL SUMS WHICH THE INSURED SHALL
    BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF BODILY
    INJURY ARISING OUT OF MALPRACTICE, ERROR OR MISTAKE IN RENDERING
    OR FAILING TO RENDER PROFESSIONAL SERVICES IN THE PRACTICE OF THE
    INSURED'S PROFESSION, COMMITTED BY THE INSURED OR BY ANY PERSON
    FOR WHOSE ACTS OR OMISSIONS THE INSURED IS LEGALLY RESPONSIBLE
    WHILE IN THE COURSE OF EMPLOYMENT FOR THE NAMED INSURED.

2.  THE INSURANCE DOES NOT APPLY:

    (A)  TO INJURY ARISING OUT OF THE PERFORMANCE OF A CRIMINAL ACT
         OR CAUSED BY ANY PERSON WHILE UNDER THE INFLUENCE OF
         INTOXICANTS OR NARCOTICS.

G5403

Page 1 of 2 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

WOLVERINE WORLD WIDE, INC.                     1724 00 045849

   (B) ·LIABILITY OF OTHERS ASSUMED BY THE INSURED UNDER ANY
       CONTRACT OR AGREEMENT, OR LIABILITY ASSUMED BY THE INSURED
       UNDER ANY AGREEMENT GUARANTEEING THE RESULT OF ANY TREAT-
       MENT.

   (C) ANY USE OF X-RAY APPARATUS FOR THERAPEUTIC TREATMENT.

   (D) LIABILITY OF THE INSURED AS AN EMPLOYER OF OTHERS OR AS
       PROPRIETOR, SUPERINTENDENT OR EXECUTIVE OFFICER OF ANY
       HOSPITAL, SANITARIUM, CLINIC WITH BED AND BOARD FACILITIES,
       NURSING OR CONVALESCENT HOME, HOME FOR THE AGED OR INFIRM
       PERSONS, OR OTHER BUSINESS ENTERPRISES.

3. ALL MALPRACTICE, ERROR OR MISTAKE IN RENDERING OR FAILING TO
  RENDER PROFESSIONAL SERVICES TO ANY ONE PERSON SHALL BE DEEMED
  TO RESULT FROM ONE OCCURRENCE. THE LIMIT OF THE COMPANY'S
  LIABILITY FOR ALL DAMAGES ON ACCOUNT OF ONE OCCURRENCE SHALL BE
    $500,000                           DOLLARS, AND, SUBJECT TO THE
  FOREGOING LIMIT, THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR
  ALL DAMAGES AS A RESULT OF TWO OR MORE OCCURRENCES DURING THE
  POLICY PERIOD SHALL BE   $500,000
  DOLLARS.

| CODE NO. | DESCRIPTION OF HAZARD | B.I. PREMIUM |
|----------|----------------------|--------------|
| 1770     | INCIDENTAL MALPRACTICE | FLAT CHARGE $15 00 |

4. THE INSURANCE AFFORDED UNDER THIS ENDORSEMENT SHALL BE EXCESS ·
  INSURANCE OVER ANY VALID AND COLLECTIBLE INSURANCE WRITTEN
  IN THE NAME OF THE INSURED.

G5403

PREMIUM TO BE ADJUSTED ON AUDIT.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                                15-62-3                         Page 2 of 2 Pages

# Employers Insurance of Wausau

**ENDORSEMENT**

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| .icy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 18 | 2 | 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

Audit Period  MONTHLY

This Endorsement is effective    2 28 73    and will terminate with the policy.

Policy Period: From
    2 28 73  to  1 1 74  12:01 A.M.,  standard time at the address of the named insured as stated herein.

AMENDING AN ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT NUMBERS 11 & 15 ARE AMENDED AS FOLLOWS:

ADDL. INSUREDS' NAME SHOULD BE:

PUERTO RICO INDUSTRIAL DEVELOPMENT CORPORATION
IN LIEU OF:

PUERTO RICO DEVELOPMENT INDUSTRIAL CORPORATION

1005

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

DUPLICATE

ENDORSEMENT

COMBINATION CASUALTY

| Invoice Number | Invoice Date | | Premium | | Dividend | | Amount Due |
|---|---|---|---|---|---|---|---|
| | | | $ | | $ | $ | |

| .licy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 19 | 2 | 5760 JOHNSON & HIGGINS | | WO |

Audit Period  MONTHLY

Named Insured and Address

WOLVERINE WORLD WIDE, INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

This Endorsement is effective    2 28 73    and will terminate with the policy.
Policy Period:  From
2 28 73    to  1 1 74    12:01 A.M.    standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

(X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
(X) CONTRACTUAL LIABILITY INSURANCE

### NOTICE OF CANCELATION

THIS INSURANCE WILL NOT BE CANCELLED BY THIS INSURANCE COMPANY NOR ANY CHANGES MADE IN THE POLICY WHICH CHANGE, RESTRICT, OR REDUCE THE INSURANCE PROVIDED OR CHANGE THE NAME OF THE INSURED, WITHOUT FIRST GIVING TEN DAYS NOTICE IN WRITING TO THE CONSUMERS POWER COMPANY, JACKSON, MICHIGAN, AS EVIDENCED BY RECEIPT OF REGISTERED LETTER.

IT IS AGREED THAT THE ABOVE NOTICE OF CANCELATION APPLIES IN RESPECT TO THE FOLLOWING DESIGNATED PREMISES:

DESIGNATION OF PREMISES FOR CONSUMERS POWER COMPANY
(PART LEASED TO NAMED INSURED)

A PARCEL OF LAND IN THE N½ OF THE NE 1/4 OF SEC. 22, T13N, R11W, DESCRIBED AS BEGINNING AT A POINT ON THE CENTER LINE OF THE FORMER WHITNEY BRIDGE ROAD 100' SOUTHEASTERLY OF THE WATER'S EDGE OF THE MUSKEGON RIVER (HARDY POND), MEASURED ALONG THE CENTER LINE OF SAID FORMER WHITNEY BRIDGE ROAD; THENCE SOUTHEASTERLY ALONG THE CENTER LINE OF SAID ROAD 240'; THENCE N 56 DEGREES 00'00"E., 480'; THENCE N 20 DEGREES 00'00"W, 270' TO THE WATER'S EDGE OF SAID MUSKEGON RIVER (HARDY POND); THENCE SOUTHWESTERLY ALONG THE WATER'S EDGE OF SAID MUSKEGON RIVER (HARDY POND) 400', MORE OR LESS, TO A POINT 300 NORTHEASTERLY OF THE CENTER LINE OF SAID FORMER WHITNEY BRIDGE ROAD, MEASURED ALONG THE WATER'S EDGE OF SAID MUSKEGON RIVER (HARDY POND); THENCE SOUTHEASTERLY PARALLEL WITH THE CENTER LINE

Page 1 of 2 Pages

H.O. SPECIAL 9 13 73

# Employers Insurance of Wausau

## ENDORSEMENT (Continued)

1724 00 045849

WOLVERINE WORLD WIDE, INC.

OF SAID FORMER WHITNEY BRIDGE ROAD 100'; THENCE SOUTHWESTERLY PARALLEL WITH AND 100' DISTANT FROM THE WATER'S EDGE OF SAID MUSKEGON RIVER (HARDY POND) TO THE PLACE OF BEGINNING.

IT IS AGREED THAT:

THE DESIGNATION OF PREMISES AS SHOWN ABOVE IS AMENDED TO INCLUDE THE FOLLOWING:

THE ENTIRE GROUNDS, BUILDINGS AND ALL EQUIPMENT USED THEREON, INCLUDING BUT NOT SPECIFICALLY LIMITED TO SADDLE HORSES, SAILBOATS, CANOES, ROWBOATS AND MOTOR-BOATS, IF ANY, USED ON OR OFF SAID PREMISES.

H.O. SPECIAL 9 13 73

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72

15-62-3

Page 2 of 2 Pages

# Employers Insurance of Wausau

~ ENDORSEMENT

**DUPLICATE**

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 20 | 2 | 5760 JOHNSON & HIGGINS | WO |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

Audit Period MONTHLY

This Endorsement is effective   8 28 73                and will terminate with the policy.

Policy Period: From
  2 28 73   to   1 1 74   12:01 A.M.,   standard time at the address of the named insured as stated herein.

AMENDING AN ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT NUMBER 8 IS AMENDED AS FOLLOWS:

THIS ENDORSEMENT ALSO APPLIES TO CONTRACTUAL & PERSONAL INJURY INSURANCE.

ANNUAL FLAT CHARGE 192 00        PERIOD OF COV. 66 00

IT IS AGREED THAT ENDORSEMENT NUMBER 3 IS AMENDED AS FOLLOWS:

DELETE:   EXCLUSION A

ADD'L. PREM.

ANNUAL FLAT CHARGE 250 00     PERIOD OF COV. 86 00

1005

PREMIUM TO BE ADJUSTED ON AUDIT.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

.ENDORSEMENT

· COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1724 00 045849 | 00 | 21 | 2 | 5760 JOHNSON & HIGGINS | WO |

Named Insured and Address
    WOLVERINE WORLD WIDE, INC.
    (SEE END. #1 & 2)
    9341 COURTLAND DRIVE
    ROCKFORD, MICHIGAN

Audit Period MONTHLY

This Endorsement is effective    8 28 73      and will terminate with the policy.

Policy Period: From   2 28 73   to   1 1 74    12:01 A.M.,    standard time at the address of the named insured as stated herein.

IT IS AGREED THAT SECTION II, PERSONS INSURED, OF ENDORSEMENT NUMBER 3 IS AMENDED TO INCLUDE ANY EMPLOYEE OF THE NAMED INSURED WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES AS SUCH BUT THE INSURANCE AFFORDED TO SUCH EMPLOYEE DOES NOT APPLY TO PERSONAL INJURY TO:

(1)    ANOTHER EMPLOYEE OF THE NAMED INSURED ARISING OUT OF OR IN THE COURSE OF HIS EMPLOYMENT OR,

(2)    THE NAMED INSURED OR IF THE NAMED INSURED IS A PARTNERSHIP OR JOINT VENTURE ANY PARTNER OR MEMBER THEREOF.

IT IS FURTHER AGREED THAT THE INSURANCE AFFORDED BY THE ENDORSEMENT DOES ,T APPLY TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREE-MENT.

ANNUAL FLAT CHARGE 154 00      PERIOD OF COVERAGE 53 00

H.O. SPECIAL ENDT. 6 26 73

PREMIUM TO BE ADJUSTED ON AUDIT

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

DUPLICATE

### ADDITIONAL INSUREDS ENDORSEMENT
(Limited)

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| '724 00 045849 | 00 | 22 | 2 | 5760 JOHNSON & HIGGINS | WO |

Named Insured and Address
WOLVERINE WORLD WIDE,
INC.
(SEE END. #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN

Audit Period  MONTHLY

This Endorsement is effective  10 15 73    and will terminate with the policy.

Policy Period: From
2 28 73    to  1 1 74    12:01 A.M., standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X) COMPREHENSIVE GENERAL LIABILITY INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below as an additional insured, subject to the following provisions:

(1) The insurance applies only with respect to liability of the additional insureds arising out of THE OWNERSHIP, MAINTENANCE OR USE OF EQUIPMENT WHILE LEASED TO THE NAMED INSURED.

(2) The named insured is authorized to act for such additional insureds in all matters pertaining to this insurance, including receipt of notice of cancelation; and

(3) Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured.

(4) Nothing contained herein shall affect any right of recovery as a claimant which the additional insured would have if not designated as such.

#### Names of Additional Insureds

UNITED STATES LEASING CORPORATION

Other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 12-72                    15-5306                    G5402

# Employers Insurance of Wausau

### CANCELLATION CONDITION — AMENDMENT
### (Michigan)

It is agreed that with respect to the "Cancellation" provisions of the policy:

1. The words "at the address shown in this policy", appearing in the first paragraph of the "Cancellation" Condition, are amended to read "at his address last known to the company or its authorized agent."

2. The provisions (if forming a part of the policy) of the endorsement entitled "Cancellation Amendment (Michigan)" apply as stated therein.

3. The provisions, if any, forming a part of the policy which (by endorsement or otherwise) amend the "Cancellation" provisions of the policy other than as stated or designated in this endorsement are deleted.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

11-72                                          60-503                                          MB A0002
                                                                                               GS03

DUPLICATE

GENERAL
LIABILITY

# Employers Insurance of Wausau
## COMBINATION CASUALTY POLICY



PLEASE READ YOUR POLICY

**JOHNSON & HIGGINS**
MICHIGAN
**INSURANCE**
PHONE, 961-8555 · AREA CODE 313
PENOBSCOT BUILDING
DETROIT, MICH.

THIS POLICY IS NONASSESSABLE

**NOTICE OF ANNUAL MEETINGS:** The policyholder is hereby notified that by virtue of this policy, he is a member of the Company which has issued the policy, and is entitled to vote either in person or by proxy at any and all meetings of the Company. The annual meeting of the Employers Mutual Liability Insurance Company of Wisconsin is held at its home office in Wausau, Wisconsin, on the fourth Friday of May each year at 10:00 A.M. The annual meeting of the Employers Mutual Fire Insurance Company is held at its home office in Wausau, Wisconsin, on the fourth Friday of May each year at 9:00 A.M.

# Employers Mutual Liability Insurance Company of Wisconsin
### HOME OFFICE: WAUSAU, WISCONSIN
(A mutual insurance company, herein called the company)

# Employers Mutual Fire Insurance Company
### HOME OFFICE: WAUSAU, WISCONSIN
(A mutual insurance company, herein called the company)

The Company providing the insurance afforded by this policy, as designated in the declarations made a part hereof, in consideration of the payment of the premium, in reliance upon the statements in the declarations and subject to all of the terms of this policy, agrees with the named insured as follows:

## COVERAGES

The insurance afforded by this policy is only with respect to such Coverages as are indicated by specific premium charge or charges in the appropriate Coverage Schedule or Schedules of the Coverage Part or Parts attached to and hereby made a part of this policy.

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in

court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation

arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed by the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumb-waiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item I. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assummed by the insured under an incidental contract.

## CONDITIONS

**1. Premium** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. Inspection and Audit** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws** When this policy is certified

as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit**

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**8. Changes** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy** If this policy is issued for a period of three years any limit of the company's liability stated in this polciy as "aggregate" shall apply separately to each consecutive annual period thereof.

**11. Cancelation** This policy may be canceled by the named insured by mailing to the company written notice stating when thereafter the cancelation shall be effective. This policy may be canceled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancelation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancelation is effected or as soon as practicable after cancelation becomes effective, but payment or tender of unearned premium is not a condition of cancelation.

**12. Declarations** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

**13. Mutual Policy Conditions** This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

IN WITNESS WHEREOF, the company designated in the declarations as issuing this policy has caused this policy to be signed by its president and its secretary at Wausau, Wisconsin, and countersigned on the declarations page by a duly authorized representative of the company.

Secretary

President

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies the provisions of the policy relating to ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY AND MED-ICAL PAYMENTS INSURANCE OTHER THAN FAMILY AUTOMOBILE, SPECIAL PACKAGE AUTOMOBILE, COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.

It is agreed that:

I. The policy does not apply:

A. Under any Liability Coverage, to bodily injury or property damage

    (1) with respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

C. Under any Liability Coverage, to bodily injury or property damage resulting from the hazardous properties of nuclear material, if

    (1) the nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

    (2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

    (3) the bodily injury or property damage arises out of the furnishing by an insured of services, materials, parts or equip-ment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

II. As used in this endorsement:

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means source material, special nuclear material or byproduct material;

"source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph (a) or (b) thereof;

"nuclear facility" means

(a) any nuclear reactor,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

(c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"property damage" includes all forms of radioactive contamination of property.

NEW YORK EXCEPTION: The "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" does not apply to Automobile Lia-bility Insurance in New York.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

*Ia Duckworth*
Secretary

*C. F. Schlueter*
President

A0009
G320

# Employers Insurance of Wausau

### COMBINATION CASUALTY POLICY DECLARATIONS

| Invoice Number | Invoice Date | | Premium | BINDER BILLING | | Amount Due |
|---|---|---|---|---|---|---|
| 31 95147 | 4 19 74 | $ | 2083 00 | $2,000.00CR | $ | 83 00 |

| Policy Number | Assn. | New | Ren. | T | Representative | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | | X | 2 | S 5760 JOHNSON & HIGGINS | WO |

**Item 1. Named Insured and Address**

WOLVERINE WORLD WIDE,
INC.
(SEE ENDORSEMENT #1&2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

The named insured is: ☐ individual; ☐ partnership; ☒ corporation;
☐ joint venture; ☐ other
Adjustment of premium shall be made: **MONTHLY**

**Item 2. Policy Period: From**
1 1 74 to 1 1 75 12:01 A.M., standard time at address of the named insured as stated herein.

3. The insurance afforded is only with respect to such Coverages as are indicated by specific premium charge or charges in the appropriate Coverage Schedule or Schedules of the Coverage Part or Parts attached to this policy. The limit of the company's liability against each such coverage shall be as stated in the appropriate Coverage Schedule or Schedules for the Coverage Part or Parts attached to this policy.

| SUMMARY OF INSURANCE AND PREMIUM CHARGES | PREMIUM CHARGES |
|---|---|
| COMPREHENSIVE GENERAL LIABILITY INSURANCE | $ 2083 00 |
| CONTRACTUAL LIABILITY INSURANCE | INCLUDED IN COMPOSITL RATE |
| LESS BINDER BILLING | 2000 00 |

| Endorsements | G503 | $ |
|---|---|---|
| Coverage Parts | 560-4-1; 560-11-1 | |

Attached to Form 60-1.1 and Coverage Parts shown above.
Issued by ☒ EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN
☐ EMPLOYERS MUTUAL FIRE INSURANCE COMPANY  Countersigned by..... *C. E. Emmutt*
Authorized Company Representative

6-73

M60-1.1

# Employers Insurance of Wausau

## COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

Named Insured   WOLVERINE WORLD WIDE, INC.

Policy Number   1725 00 045849

### COVERAGE SCHEDULE

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| COVERAGES | LIMITS OF LIABILITY | | ADVANCE PREMIUM |
|---|---|---|---|
| | Each Occurrence | Aggregate | |
| A—Bodily Injury Liability | $ 500,000 | $ 500,000 | $ 1560 00 |
| B—Property Damage Liability | $ 100,000 | $ 100,000 | $ 523 00 |
| Total Advance Premium | | | $ 2083 00 |

2. The declarations are completed on the accompanying schedule(s) designated "General Liability Hazards".

3. The locations of all premises owned by, rented to or controlled by the named insured and the part occupied by named insured are shown on the accompanying schedule(s).

4. Interest of named insured in such premises: Owner ☐; Tenant ☐; General Lessee ☐ .

5. The accompanying schedule(s) disclose(s) all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

### COVERAGES

**I.   COVERAGE A—BODILY INJURY LIABILITY**

**COVERAGE B—PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of
Coverage A. bodily injury or
Coverage B. property damage
to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any watercraft owned or operated by or rented or loaned to any insured, or
(2) any other watercraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
(1) liability assumed by the insured under an incidental contract, or
(2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
(2) if not so engaged, as an owner or lessor of premises used for such purposes,
if such liability is imposed
(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any Workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
(1) property owned or occupied by or rented to the insured,
(2) property used by the insured, or
(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;
but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

### COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART (Continued)

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;
(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
  (1) the delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
  (2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;
but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;
(n) to property damage to the named insured's products arising out of such products or any part of such products;
(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;
(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;
(q) to property damage included within:
  (1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",
  (2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",
  (3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:
(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;
(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;
(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;
(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and
(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
  (i) an employee of the named insured while operating any such equipment in the course of his employment, and
  (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
provided that no person or organization shall be an insured under this paragraph (e) with respect to:
(1) bodily injury to any fellow employee of such person injured in the course of his employment, or
(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence."

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":
(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;
(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

## GENERAL LIABILITY HAZARDS

Named Insured    WOLVERINE WORLD WIDE, INC.

Policy No, 1725 00 045849  Schedule No.  1

| Description of Hazards SHOW SUMMARY OF PREMIUM WHEN APPLICABLE | Code Number | Premium Bases (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | Rates | | Estimated Premium | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 Remuneration | Property Damage | Bodily Injury | Property Damage |
| UNITED STATES OF AMERICA | | | | | | |
| ALL OPERATIONS, IN- CLUDING PREMISES & OPERATIONS, INDEPEN- DENT CONTRACTORS AND PRODUCTS COVERAGE | 20050 (9380) | EST. POLICY YEAR SALES 127,500,000 | PER $1000 OF SALES .172 | .024 | 21,930 00 | 3,060 00 |
| EXCESS LIMITS CHARGE | 99901 (9890) | | | | 10 00 | 5 00 |
| SUMMARY OF ESTIMATED PREMIUM: | EST. ANNUAL | ADVANCE PREMIUM | | | | |
| ALL AUDITED PREMIUM: (M&C) | 24,990 00 | 2,068 00 | | | | |
| ALL OTHER PREMIUM (CESS LIMITS) | | 15 00 | | | | |
| TOTAL ADVANCE PREMIUM | | 2,083 00 | | | | |

# Employers Insurance of Wausau

## CONTRACTUAL LIABILITY INSURANCE COVERAGE PART
### (Designated Contracts Only)

Named Insured    WOLVERINE WORLD WIDE, INC.

cy Number    1725 00 045849

### COVERAGE SCHEDULE

1. The insurance afforded for contractual liability is only with respect to such of the following Coverages as are indicated by a specific premium charge applicable thereto. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| COVERAGES | LIMITS OF LIABILITY | | ADVANCE PREMIUM |
|---|---|---|---|
| | Each Occurrence | Aggregate | |
| Y—Contractual Bodily Injury Liability | $ 500,000 | | $ INCLUDED |
| Z—Contractual Property Damage Liability | $ 100,000 | $ 100,000 | IN $ COMPOSITE |
| Total Advance Premium | | | $ RATE |

2. The declarations are completed on the accompanying schedule(s) designated "Contractual Liability Insurance".

### COVERAGES

**I. COVERAGE Y—CONTRACTUAL BODILY INJURY LIABILITY**
**COVERAGE Z—CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured, by reason of contractual liability assumed by him under a contract designated in the schedule for this insurance, shall become legally obligated to pay as damages because of
Coverage Y, bodily injury or
Coverage Z, property damage
to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:
(a) if the insured or his indemnitee is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured or indemnitee, including
 (1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and
 (2) supervisory, inspection or engineering services;
(b) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;
(c) to bodily injury or property damage for which the indemnitee may be held liable
 (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
 (2) if not so engaged, as an owner or lessor of premises used for such purposes,
 if such liability is imposed
 (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage or
 (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
 but part (ii) of this exclusion does not apply with respect to liability of the indemnitee as an owner or lessor described in (2) above;
(d) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;
(e) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;
(f) to property damage to
 (1) property owned or occupied by or rented to the insured,
 (2) property used by the insured, or
 (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;
(g) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;
(h) to loss of use of tangible property which has not been physically injured or destroyed resulting from
 (1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
 (2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;
 but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;
(i) to property damage to the named insured's products arising out of such products or any part of such products;
(j) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;
(k) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;
(l) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;
(m) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;
(n) to property damage included within (1) the explosion hazard, (2) the collapse hazard, or (3) the underground property damage hazard.

**PERSONS INSURED**

Each of the following is an insured under this insurance to the extent set forth below:
(a) if the named insured is designated in the declarations as an individual, the person so designated and his spouse;

CONTRACTUAL LIABILITY INSURANCE COVERAGE PART (Continued)

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

**III. LIMITS OF LIABILITY**

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage Y—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as a result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".

Coverage Z—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the schedule as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the named insured.

Coverages Y and Z—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

**IV. ADDITIONAL DEFINITIONS**

When used in reference to this insurance (including endorsements forming a part of the policy):

"contractual liability" means liability expressly assumed under a written contract or agreement; provided, however that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

**V. POLICY TERRITORY**

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

**VI. ADDITIONAL CONDITION**

Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

**Employers Insurance of Wausau**

## CONTRACTUAL LIABILITY INSURANCE

Named Insured   WOLVERINE WORLD WIDE, INC.

Policy No. 1725 00 045849   Schedule No. 1

| Description of Contracts SHOW SUMMARY OF PREMIUM WHEN APPLICABLE | Code Number | Premium Bases | Rates | | Estimated Premiums | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| ALL WRITTEN CONTRACTS OTHER THAN INCIDENTAL CONTRACTS AS DEFINED | | (a) Number (b) Cost Per Project | (a) Per Contract (b) Per $100 of Cost Per Project | | | |
| | | INCLUDED IN COMPOSITE RATES | | | | |

(M) 7-73 PRTD. U.S.A.

560-3-1

(M) 15-5724-1   1-73

# Employers Insurance of Wausau

### ADDITIONAL NAMED INSUREDS ENDORSEMENT

| voice Number | Invoice Date | | | | | | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
| --- | --- | --- | --- | --- | --- | --- |
| 1725 00 045849 | | 1 | | | | |

Named Insured and Address                                              Audit Period

WOLVERINE WORLD WIDE,
INC.

This Endorsement is effective       1 1 74          and will terminate with the policy.
Policy Period:      From
                    to                    12:01 A. M.,   standard time at the address of the named insured as stated herein.

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)  COMPREHENSIVE GENERAL LIABILITY INSURANCE
(X)  CONTRACTUAL LIABILITY INSURANCE

It is agreed that the definition of "Named Insured" is amended to include as a named insured the person or organization designated below as an additional named insured, subject to the following provisions:

The named insured named in Item 1 of the declarations is authorized to act for such additional named insured(s) in all matters pertaining to this insurance, including receipt of notice of cancelation; and

2. Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured named in Item 1 of the declarations; and

3. The named insured named in Item 1 of the declarations shall pay the premium for the insurance afforded the additional named insured in accordance with the manual rules in use by the company; provided, that in the event of bankruptcy or insolvency of the named insured named in Item 1 of the declarations, each additional named insured shall be responsible for and shall pay to the company the premium for the insurance afforded such additional named insured.

4. Nothing contained herein shall affect any right of recovery as a claimant which the additional named insured would have if not designated as such.

5. The insurance applies with respect to the business operations of the additional named insured(s) in the states to which this policy applies.

6. The named insured named in Item 1 of the declarations declares that all firms named in the policy as named insureds or as additional named insureds are owned or financially controlled by the same interests.

### Names of Additional Named Insureds

W.W.W. RETAIL INC.
BATES/TRENDSETTER FOOTWEAR CORPORATION
UNITED PARTS DISTRIBUTORS OF MICHIGAN INC. ALL PARTS, INC.
WOLVERINE WORLD WIDE EMPLOYEES FEDERAL CREDIT UNION

ANY CORPORATION  OR OTHER BUSINESS ORGANIZATION IN WHICH THE PREVIOUS
INSURED ACQUIRES AN OWNERSHIP INTEREST OF AT LEAST 51 PER CENT.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 12-72                                    15-5305                                    C5401

# Employers Insurance of Wausau

### ADDITIONAL NAMED INSUREDS ENDORSEMENT

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1725 00 045849 | | 2 | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective
Policy Period:     From          1 1 74     and will terminate with the policy.

         to          12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE
(X)   CONTRACTUAL LIABILITY INSURANCE

---

It is agreed that the definition of "Named Insured" is amended to include as a named insured the person or organization designated below as an additional named insured, subject to the following provisions:

The named insured named in Item 1 of the declarations is authorized to act for such additional named insured(s) in all matters pertaining to this insurance, including receipt of notice of cancelation; and

2. Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured named in Item 1 of the declarations; and

3. The named insured named in Item 1 of the declarations shall pay the premium for the insurance afforded the additional named insured in accordance with the manual rules in use by the company; provided, that in the event of bankruptcy or insolvency of the named insured named in Item 1 of the declarations, each additional named insured shall be responsible for and shall pay to the company the premium for the insurance afforded such additional named insured.

4. Nothing contained herein shall affect any right of recovery as a claimant which the additional named insured would have if not designated as such.

5. The insurance applies with respect to the business operations of the additional named insured(s) in the states to which this policy applies.

6. The named insured named in Item 1 of the declarations declares that all firms named in the policy as named insureds or as additional named insureds are owned or financially controlled by the same interests.

### Names of Additional Named Insureds

WOLVERINE SERVICE CLUB INC.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 12-72                             15-5305                       G5401

ENDORSEMENT

# Employers Insurance of Wausau

| Invoice Number | Invoice Date | | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|---|
| | | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 OO 045849 | | 3 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective    1 1 74    and will terminate with the policy.

Policy Period:   From .

      to     12:01 A.M.   standard time at the address of the named insured as stated herein.

## PERSONAL INJURY LIABILITY INSURANCE ENDORSEMENT

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

   I.    COVERAGE P -- PERSONAL INJURY LIABILITY

THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF PERSONAL INJURY SUSTAINED BY ANY PERSON OR ORGANIZATION, AND ARISING OUT OF ANY ACT OR OMISSION COMMITTED IN THE CONDUCT OF THE NAMED INSURED'S BUSINESS, IF SUCH ACTS OR OMISSIONS OCCUR DURING THE POLICY PERIOD WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA, AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING DAMAGES ON ACCOUNT OF SUCH PERSONAL INJURY EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS:   THIS COVERAGE DOES NOT APPLY:

(A)   TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT;

G5519-1

Page 1 of 3 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849                                    WOLVERINE WORLD WIDE, INC.

  .) TO PERSONAL INJURY ARISING OUT OF ANY ACT COMMITTED BY OR AT THE
     DIRECTION OF THE INSURED FOR THE PURPOSE OF CAUSING PERSONAL
     INJURY OR WITH THE KNOWLEDGE THAT IT WILL CAUSE PERSONAL INJURY;

(C) TO PERSONAL INJURY ARISING OUT OF THE WILFUL VIOLATION OF A PENAL
    STATUTE OR ORDINANCE COMMITTED BY OR WITH THE KNOWLEDGE OR CONSENT
    OF THE INSURED;

(D) TO PERSONAL INJURY SUSTAINED BY ANY EMPLOYEE OF THE NAMED INSURED
    IF SUCH PERSONAL INJURY ARISES OUT OF OR IN THE COURSE OF THE
    EMPLOYMENT OF SUCH EMPLOYEES;

(E) TO PERSONAL INJURY ARISING OUT OF OR RELATED TO ADVERTISING,
    BROADCASTING OR TELECASTING ACTIVITIES CONDUCTED BY OR ON BEHALF
    OF THE NAMED INSURED;

(F) TO PERSONAL INJURY ARISING OUT OF DISCRIMINATION IN A STATE
    WHEREIN A STATUTE OR RULING OR REGULATION OF ANY COMPETENT
    AUTHORITY MAKES THE AFFORDING OF WRONGFUL DISCRIMINATION COVER-
    AGE ILLEGAL OR CONTRARY TO PUBLIC POLICY IN SUCH STATE.

 II. PERSONS INSURED

     EACH OF THE FOLLOWING IS AN INSURED UNDER THIS COVERAGE TO THE
     EXTENT SET FORTH BELOW:

     (A) IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
         AN INDIVIDUAL, THE PERSON SO DESIGNATED AND HIS SPOUSE;

     (B) IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
         A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR JOINT
         VENTURE SO DESIGNATED AND ANY PARTNER OR MEMBER THEREOF
         BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

     (C) IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
         OTHER THAN AN INDIVIDUAL, PARTNERSHIP OR JOINT VENTURE, THE
         ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER,
         DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE
         SCOPE OF HIS DUTIES AS SUCH;

     THIS INSURANCE DOES NOT APPLY TO PERSONAL INJURY ARISING OUT OF
     THE CONDUCT OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE
     INSURED IS A PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN
     THIS POLICY AS A NAMED INSURED.

III. LIMITS OF LIABILITY - INSURED'S PARTICIPATION

                              G5519-1

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849                     WOLVERINE WORLD WIDE, INC.

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2)
PERSONS OR ORGANIZATIONS WHO SUSTAIN PERSONAL INJURY, OR (3) CLAIMS
MADE OR SUITS BROUGHT ON ACCOUNT OF PERSONAL INJURY, THE TOTAL
LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF PERSONAL
INJURY TO WHICH THIS COVERAGE APPLIES SHALL NOT EXCEED THE LIMIT
OF PERSONAL INJURY LIABILITY STATED IN THE SCHEDULE AS "AGGREGATE."

IF A PARTICIPATION PERCENTAGE IS STATED IN THE SCHEDULE FOR THE
INSURED, THE COMPANY SHALL NOT BE LIABLE FOR A GREATER PROPORTION
OF ANY LOSS THAN THE DIFFERENCE BETWEEN SUCH PERCENTAGE AND 100
PERCENT AND THE BALANCE OF THE LOSS SHALL BE BORNE BY THE
INSURED; PROVIDED, THE COMPANY MAY PAY THE INSURED'S PORTION
OF A LOSS TO EFFECT SETTLEMENT OF THE LOSS, AND, UPON NOTIFICATION
OF THE ACTION TAKEN, THE NAMED INSURED SHALL PROMPTLY REIMBURSE
THE COMPANY THEREFOR.

IV.   ADDITIONAL DEFINITIONS

WHEN USED IN REFERENCE TO THIS INSURANCE:

"DAMAGES" MEANS ANY DAMAGES WHICH ARE PAYABLE BECAUSE OF
PERSONAL INJURY TO WHICH THIS COVERAGE APPLIES;

"PERSONAL INJURY" MEANS (1) ANY INJURY TO THE FEELINGS
OR REPUTATION OF A NATURAL PERSON, INCLUDING MENTAL ANGUISH,
AND (2) ANY INJURY TO INTANGIBLE PROPERTY SUSTAINED BY ANY
PERSON OR ORGANIZATION AS A RESULT OF LIBEL, SLANDER, DE-
FAMATION, WRONGFUL ENTRY OR EVICTION OR MALICIOUS PROSECUTION;
BUT THE TERM "PERSONAL INJURY" SHALL NOT INCLUDE INJURY
INCLUDED WITHIN THE DEFINITIONS OF "BODILY INJURY" AND
"PROPERTY DAMAGE."

SCHEDULE

1.   LIMITS OF LIABILITY        $500,000 AGGREGATE.

2.   INSURED'S PARTICIPATION:   0%

3.   MINIMUM PREMIUM  $   INCLUDED IN COMPOSITE RATE

4.   ESTIMATED PREMIUM  $ INCLUDED IN COMPOSITE RATE


EXCLUSIONS (A) AND (D) ARE HEREBY DELETED.


G5519-1

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                     15-62-3                     Page 3 of 3 Pages

[M] 15-5724-1  1-73

## ·Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | Premium | Dividend · | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1725 00 045849 | | 4 | | | |

Named Insured and Address

    WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective    1 1 74    and will terminate with the policy.

Policy Period:  From

        to        12:01 A.M.   standard time at the address of the named insured as stated herein.

EMPLOYEE BENEFITS LIABILITY COVERAGE ENDORSEMENT

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

### INSURING AGREEMENTS

I.   EMPLOYEE BENEFITS LIABILITY COVERAGE.  THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF LOSS SUSTAINED BY ANY EMPLOYEE OF THE NAMED INSURED CAUSED BY AND ARISING· OUT OF ANY ACT, ERROR·OR OMISSION OF THE INSURED IN RENDERING OR FAILING TO RENDER SERVICES AND ADVICE IN THE ADMINISTRATION OF THE NAMED INSURED'S EMPLOYEE BENEFIT PROGRAMS, AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING DAMAGES WHICH ARE PAYABLE UNDER THE TERMS OF THIS ENDORSEMENT, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE, OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

II.  SUPPLEMENTARY PAYMENTS.  TO PAY, IN ADDITION TO THE APPLICABLE LIMITS OF LIABILITY:

G5505

Page 1 of 5 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849                    WOLVERINE WORLD WIDE, INC.

(1)  ALL EXPENSES INCURRED BY THE COMPANY, ALL COSTS TAXED AGAINST
     THE INSURED IN ANY DEFENDED SUIT AND ALL INTEREST ON THE
     ENTIRE AMOUNT OF ANY JUDGMENT THEREIN WHICH ACCRUES AFTER
     ENTRY OF THE JUDGMENT AND BEFORE THE COMPANY HAS PAID OR
     TENDERED OR DEPOSITED IN COURT THAT PART OF THE JUDGMENT
     WHICH DOES NOT EXCEED THE LIMIT OF THE COMPANY'S LIABILITY
     THEREON;

(2)  PREMIUM ON APPEAL BONDS REQUIRED IN ANY SUCH SUIT, PREMIUM
     ON BONDS TO RELEASE ATTACHMENTS FOR AN AMOUNT NOT IN EXCESS
     OF THE APPLICABLE LIMIT OF LIABILITY OF THIS ENDORSEMENT,
     BUT WITHOUT ANY OBLIGATION TO APPLY FOR OR FURNISH ANY SUCH
     BOND;

(3)  ALL REASONABLE EXPENSES, OTHER THAN LOSS OF EARNINGS,
     INCURRED BY THE INSURED AT THE COMPANY'S REQUEST.

III.  DEFINITIONS.

(1)  DEFINITION OF INSURED.  THE UNQUALIFIED WORD "INSURED" INCLUDES
     THE NAMED INSURED AND ALSO INCLUDES ANY EXECUTIVE OFFICER,
     DIRECTOR, STOCKHOLDER OR EMPLOYEE THEREOF WHILE ACTING WITHIN
     THE SCOPE OF HIS DUTIES AS SUCH, AND ANY OTHER PERSON OR
     ORGANIZATION FOR WHOSE ACTS OR OMISSIONS THE NAMED INSURED IS
     LEGALLY LIABLE.  THE INSURANCE AFFORDED UNDER THIS
     ENDORSEMENT APPLIES SEPARATELY TO EACH INSURED AGAINST
     WHOM CLAIM IS MADE OR SUIT IS BROUGHT, BUT THE INCLUSION
     HEREIN OF MORE THAN ONE INSURED SHALL NOT OPERATE TO
     INCREASE THE LIMIT OF THE COMPANY'S LIABILITY.

(2)  DEFINTION OF EMPLOYEE.  THE UNQUALIFIED WORD "EMPLOYEE"
     INCLUDES EMPLOYEES, FORMER EMPLOYEES, RETIRED EMPLOYEES,
     DIRECTORS, FORMER DIRECTORS, AND RETIRED DIRECTORS OF THE
     NAMED INSURED, AND THEIR HEIRS, LEGATEES, PERSONAL REPRE-
     SENTATIVES, BENEFICIARIES, OR ASSIGNS.

(3)  DEFINITION OF EMPLOYEE BENEFIT PROGRAM.  THE TERM "EMPLOYEE
     BENEFIT PROGRAM" SHALL INCLUDE GROUP LIFE INSURANCE, GROUP
     ACCIDENT OR HEALTH INSURANCE, PENSION PLANS, EMPLOYEE STOCK
     SUBSCRIPTION PLANS, WORKMEN'S COMPENSATION, UNEMPLOYMENT
     INSURANCE, SOCIAL SECURITY, DISABILITY BENEFITS, AND ANY
     OTHER SIMILAR EMPLOYEE BENEFIT PROGRAMS SPONSORED BY THE
     NAMED INSURED, AND SHALL ALSO INCLUDE PROFESSIONAL OR SEMI-
     PROFESSIONAL SERVICES OR ADVICE BY ANY INSUREDS ENGAGED IN
     PROFESSIONAL OR SEMIPROFESSIONAL WORK FOR THE NAMED INSURED,
     INCLUDING ATTORNEYS, INSURANCE DEPARTMENT PERSONNEL, ACCOUNTANTS,
     INDUSTRIAL RELATIONS PERSONNEL AND PERSONNEL COUNSELORS,
     PROVIDED SUCH ACTS ARE AUTHORIZED BY THE NAMED INSURED.

G5505

## Employers Insurance of Wausau

**ENDORSEMENT** (Continued)

WOLVERINE WORLD WIDE, INC.                    1725 00 045849

IV.   THIS ENDORSEMENT APPLIES ONLY TO CLAIMS UNDER THE LEGAL JURIS-
      DICTION OF A COURT OF LAW OR A COURT OF EQUITY WITHIN THE UNITED
      STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR THE
      DOMINION OF CANADA, RESULTING FROM THE NEGLIGENT ACTS, ERRORS
      OR OMISSIONS OF THE INSURED OR ANY PERSON ACTING ON BEHALF
      OF THE INSURED IN THE ADMINISTRATION OF THE EMPLOYEE BENEFITS
      PROGRAM, PROVIDED:

    (1)   THAT SUCH CLAIM IS BROUGHT AGAINST THE NAMED INSURED
          DURING THE POLICY PERIOD, AND

    (2)   THAT THE NAMED INSURED ON THE EFFECTIVE DATE OF THIS
          ENDORSEMENT HAD NO KNOWLEDGE OF ANY CONDUCT OR CIRCUM-
          STANCES WHICH HE KNEW OR REASONABLY SHOULD HAVE KNOWN
          MIGHT RESULT IN A CLAIM OR SUIT, EXCEPT THAT THIS
          CONDITION SHALL NOT APPLY IF THIS ENDORSEMENT IS ISSUED
          AS A RENEWAL OR REPLACEMENT (WITHOUT ANY LAPSE OF TIME)
          OF THE EMPLOYEE BENEFITS LIABILITY COVERAGE AFFORDED UNDER
          ANY PRIOR ENDORSEMENT OR POLICY ISSUED BY THE COMPANY TO
          THE NAMED INSURED.

### EXCLUSIONS

THIS ENDORSEMENT DOES NOT APPLY:

    (A)   TO BODILY OR MENTAL INJURY TO, OR SICKNESS, DISEASE, OR
          DEATH OF, ANY PERSON, OR TO INJURY TO OR DESTRUCTION OF
          ANY TANGIBLE PROPERTY, INCLUDING THE LOSS OF USE THEREOF;

    (B)   TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT
          OR AGREEMENT;

    (C)   TO LIABILITY ARISING OUT OF ANY ACT OR OMISSION IN
          CONNECTION WITH THE PRIVATE PROFESSIONAL PRACTICE OF ANY
          INSURED; OR TO LIABILITY ARISING OUT OF ANY PROFESSIONAL
          OR SEMIPROFESSIONAL SERVICES FOR WHICH A CHARGE OR FEE
          IS MADE BY THE INSURED;

    (D)   TO LIABILITY ARISING OUT OF MALPRACTICE, ERROR OR
          OMISSION OF ANY PHYSICIAN OR SURGEON;

    (E)   TO INJURY RESULTING FROM FALSE ARREST, DETENTION OR
          IMPRISONMENT, OR MALICIOUS PROSECUTION, OR LIBEL, SLANDER,
          DEFAMATION OF CHARACTER, OR RELIGIOUS OR RACIAL DISCRIMINA-
          TION;

    (F)   TO ANY CLAIM FOR FAILURE OF PERFORMANCE OF A CONTRACT BY
          ANY INSURER, OR TO ANY CLAIM BASED UPON FAILURE OF
          STOCKS, BONDS OR OTHER SECURITIES TO PRODUCE FINANCIAL
          GAIN, PROFIT OR GROWTH AS REPRESENTED BY THE INSURED;

    (G)   TO INJURY CAUSED BY ANY DISHONEST, FRAUDULENT, CRIMINAL
          OR MALICIOUS ACT OF THE INSURED.

G5505

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1725 00 045849

WOLVERINE WORLD WIDE, INC.
CONDITIONS

POLICY CONDITIONS.  THE CONDITIONS OF THE POLICY CAPTIONED
"INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT,"
"ACTION AGAINST COMPANY," "OTHER INSURANCE," "SUBROGATION," "CHANGES,"
"ASSIGNMENT," "CANCELATION" AND "DECLARATIONS" APPLY TO THE
INSURANCE AFFORDED BY THIS ENDORSEMENT.

2. NOTICE OF INJURY OR OCCURRENCE.  IN THE EVENT OF INJURY TO WHICH
THIS ENDORSEMENT APPLIES OR OF AN OCCURRENCE WHICH MAY GIVE RISE
TO A CLAIM FOR INJURY TO WHICH THIS ENDORSEMENT APPLIES,
WRITTEN NOTICE SHALL BE GIVEN BY OR ON BEHALF OF THE INSURED TO
THE COMPANY OR ANY OF ITS AUTHORIZED AGENTS AS SOON AS PRACTI-
CABLE.  SUCH NOTICE SHALL CONTAIN PARTICULARS SUFFICIENT TO
IDENTIFY THE INSURED AND ALSO REASONABLY OBTAINABLE INFORMATION
RESPECTING THE TIME, PLACE, AND CIRCUMSTANCES OF THE OCCURRENCE,
THE NAMES AND ADDRESSES OF THE PERSONS SUSTAINING INJURY AND OF
AVAILABLE WITNESSES.

3. LIMITS OF LIABILITY.

$ 500,000    EACH CLAIM
$ 500,000    AGGREGATE
$ 1,000    DEDUCTIBLE AMOUNT

THE LIMIT OF LIABILITY SHOWN ABOVE AS APPLICABLE TO "EACH CLAIM" IS
THE LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES ON ACCOUNT OF
EACH CLAIM; PROVIDED, THAT ALL CLAIMS BY ONE OR MORE PERSONS OR
ORGANIZATIONS ARISING OUT OF ALL ACTS, ERRORS OR OMISSIONS IN THE
ADMINISTRATION OF ALL EMPLOYEE BENEFIT PROGRAMS RELATING TO ANY ONE
EMPLOYEE SHALL CONSTITUTE ONE CLAIM UNDER THIS ENDORSEMENT.

THE LIMIT OF LIABILITY SHOWN ABOVE AS "AGGREGATE" IS, SUBJECT TO THE
FOREGOING PROVISION RESPECTING THE LIMIT OF LIABILITY FOR "EACH CLAIM,"
THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES BECAUSE
OF ALL CLAIMS TO WHICH THIS ENDORSEMENT APPLIES.

THE AMOUNT SHOWN ABOVE AS THE "DEDUCTIBLE AMOUNT" SHALL BE DEDUCTED
FROM THE TOTAL AMOUNT OF ALL SUMS WHICH THE INSURED SHALL BECOME
LEGALLY OBLIGATED TO PAY AS DAMAGES ON ACCOUNT OF EACH CLAIM, AND
THE COMPANY SHALL BE LIABLE ONLY FOR THE DIFFERENCE BETWEEN SUCH
DEDUCTIBLE AMOUNT AND THE APPLICABLE LIMIT OF LIABILITY.  THE TERMS
OF THE POLICY AND THIS ENDORSEMENT, INCLUDING THOSE WITH RESPECT TO
NOTICE OF AN OCCURRENCE AND THE COMPANY'S RIGHT TO INVESTIGATE,
NEGOTIATE AND SETTLE CLAIMS AND SUITS, APPLY IRRESPECTIVE OF THE
APPLICATION OF THE DEDUCTIBLE AMOUNT.  THE COMPANY MAY PAY ANY PART

G5505

(X) 15-5724-1  1-73

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849                    WOLVERINE WORLD WIDE, INC.

OR ALL OF THE DEDUCTIBLE AMOUNT TO EFFECT SETTLEMENT OF ANY CLAIM
OR SUIT AND, UPON NOTIFICATION OF THE ACTION TAKEN, THE NAMED INSURED
SHALL PROMPTLY REIMBURSE THE COMPANY FOR SUCH PART OF THE DEDUCTIBLE
AMOUNT AS HAS BEEN PAID BY THE COMPANY.

4.   PREMIUM.   THE PREMIUM FOR THE INSURANCE AFFORDED BY THIS ENDORSEMENT
     SHALL BE $ INCLUDED IN COMPOSITE RATE

G5505

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                              **15-62-3**                    Page 5 of 5 Pages

# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | | Premium $ | | Dividend $ | Amount Due $ |
|---|---|---|---|---|---|---|---|

| Policy Number | Assn. | End. No. | T | Representative | | | Alpha Code |
|---|---|---|---|---|---|---|---|
| 1725 00 045849 | | 5 | | | | | |

Named Insured and Address

    WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     1 1 74    and will terminate with the policy.

Policy Period: From

        to         12:01 A.M.,    standard time at the address of the named insured as stated herein.

## NEW YORK AMENDATORY ENDORSEMENT

IT IS AGREED THAT THE EMPLOYEE BENEFITS LIABILITY COVERAGE ENDORSEMENT IS AMENDED AS FOLLOWS:

  INSURING AGREEMENT III, DEFINITIONS, (1) "DEFINITION OF INSURED" IS AMENDED TO READ:

     THE UNQUALIFIED WORD "INSURED," WHEREVER USED, INCLUDES NOT ONLY THE NAMED INSURED, BUT ALSO ANY PARTNER, EXECUTIVE OFFICER, DIRECTOR OR STOCKHOLDER.

     THE UNQUALIFIED WORD "INSURED" SHALL ALSO INCLUDE AN EMPLOYEE OF THE INSURED, BUT SUCH COVERAGE AFFORDED TO AN EMPLOYEE SHALL BE LIMITED TO AUTHORIZED ACTS ARISING OUT OF THE ADMIN-ISTRATION OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, PROFIT SHARING PLANS, PENSION PLANS AND EMPLOYEE STOCK SUBSCRIPTION PLANS.

                        G5505A

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

ENDORSEMENT           **Employers Insurance of Wausau**

| Invoice Number | Invoice Date | | | | Premium $ | | Dividend $ | Amount Due $ |
|---|---|---|---|---|---|---|---|---|

| Policy Number | Assn. | End. No. | T | Representative | | | | Alpha Code |
|---|---|---|---|---|---|---|---|---|
| 1725 00 045849 | | 6 | | | | | | |

Named Insured and Address

    WOLVERINE WORLD WIDE,
    INC.

Audit Period

This Endorsement is effective            1 1 74            and will terminate with the policy.
Policy Period:   From
                    to                       12:01 A. M.   standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS
OF THE POLICY RELATING TO THE FOLLOWING:

      (X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE
      ( )   MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
      ( )   OWNERS', LANDLORDS', AND TENANTS' LIABILITY INSURANCE

        HIRED AND NONOWNED WATERCRAFT ENDORSEMENT

IT IS AGREED THAT:

    1.   THE EXCLUSION RELATING TO WATERCRAFT DOES NOT APPLY TO ANY
       HIRED OR NONOWNED WATERCRAFT OF THE FOLLOWING KINDS:  (I)
       PRIVATE PASSENGER INBOARD MOTORBOAT LESS THAN 40 FEET
       IN OVERALL LENGTH, (II) PRIVATE PASSENGER SAILBOAT NOT
       EQUIPPED WITH AUXILIARY HORSEPOWER AND LESS THAN 40 FEET
       IN OVERALL LENGTH, OR (III) ANY OUTBOARD MOTORBOAT USED
       IN THE BUSINESS OF THE NAMED INSURED.

    2.   THE INSURANCE WITH RESPECT TO ANY WATERCRAFT SUBJECT TO
       THIS ENDORSEMENT DOES NOT APPLY WHILE THE WATERCRAFT IS
       RENTED TO OTHERS OR IS USED FOR CARRYING ANY PASSENGER FOR
       A CONSIDERATION.

    3.   THE INSURANCE WITH RESPECT TO ANY WATERCRAFT SUBJECT TO
       THIS ENDORSEMENT SHALL BE EXCESS INSURANCE OVER ANY OTHER
       VALID AND COLLECTIBLE INSURANCE AVAILABLE TO THE INSURED,
       EITHER AS AN INSURED UNDER A POLICY APPLICABLE WITH RESPECT
       TO SUCH WATERCRAFT OR OTHERWISE.

                     G5507

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 OO O45849                     WOLVERINE WORLD WIDE, INC.

4.  THE TERM "HIRED WATERCRAFT" AS USED HEREIN MEANS
    A WATERCRAFT USED UNDER CONTRACT IN BEHALF OF, OR
    LOANED TO, OR RENTED TO THE NAMED INSURED.
    THE TERM "NONOWNED WATERCRAFT" AS USED HEREIN MEANS A
    WATERCRAFT NOT OWNED IN WHOLE OR IN PART, OR HIRED
    OR LEASED BY, OR LOANED OR RENTED TO, OR FURNISHED FOR
    THE REGULAR USE OF OR REGISTERED IN THE NAME OF THE
    NAMED INSURED, OR ANY INDIVIDUAL PARTNERS THEREOF,
    IF THE NAMED INSURED IS A PARTNERSHIP.

INCLUDED IN COMPOSITE RATE

G5507

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                          15-62-3                          Page 2 of 2 Pages

# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | | Premium | | Dividend | | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | | | | $ | $ | | $ | |

| Policy Number | Assn. | End. No. | T | Representative | | | Alpha Code |
|---|---|---|---|---|---|---|---|
| 1725 00 045849 | | 7 | | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     1 1 74     and will terminate with the policy.
Policy Period:   From
           to     12:01 A.M.     standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

(X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
( ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

MALPRACTICE INCLUSION ENDORSEMENT

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE BODILY INJURY LIABILITY COVERAGE APPLIES ALSO TO MALPRACTICE, ERROR OR MISTAKE IN RENDERING OR FAILING TO RENDER PROFESSIONAL SERVICES BY ANY LICENSED PHYSICIAN OR NURSE EMPLOYED BY THE NAMED INSURED, SUBJECT TO THE FOLLOWING PROVISIONS:

1. ALL MALPRACTICE, ERROR OR MISTAKE IN RENDERING OR FAILING TO RENDER PROFESSIONAL SERVICES TO ANY ONE PERSON SHALL BE DEEMED TO BE ONE OCCURRENCE.

2. NO INSURANCE IS AFFORDED BY THIS ENDORSEMENT TO ANY DOCTOR OR NURSE EMPLOYED BY THE NAMED INSURED.

3. THE INSURANCE DOES NOT APPLY (A) TO ANY USE OF X-RAY APPARATUS FOR THERAPEUTIC TREATMENT, (B) THE LIABILITY OF THE INSURED ARISING OUT OF THE PERFORMANCE OF A CRIMINAL ACT WITH THE KNOWLEDGE OR CONSENT OF THE INSURED, OR (C) TO LIABILITY ASSUMED BY THE INSURED UNDER ANY AGREEMENT GUARANTEEING THE RESULTS OF ANY TREATMENT.

G5509                Page 1 of 2 Pages

**Employers Insurance of Wausau**

**ENDORSEMENT** (Continued)

1725 00 045849                    WOLVERINE WORLD WIDE, INC.

CODE NO.                    DESCRIPTION OF HAZARD                B.I. PREMIUM

INCLUDED IN COMPOSITE RATE.

All other provisions and conditions remain unchanged.            G5509

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                                    **15-62-3**                    Page 2 of 2 Pages

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | Premium | | Dividend | Amount Due |
|---|---|---|---|---|---|---|
| | | | $ | $ | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | | 8 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective   1 1 74   and will terminate with the policy.
Policy Period:   From
   to   12:01 A.M.   standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

    (X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
    (X) CONTRACTUAL LIABILITY INSURANCE
    (X) PERSONAL INJURY LIABILITY INSURANCE
        WORLD-WIDE COVERAGE ENDORSEMENT
            (BROAD FORM)

IT IS AGREED THAT:

1. THE DEFINITION OF "POLICY TERRITORY" IS REPLACED BY THE FOLLOWING:

    "POLICY TERRITORY" MEANS ANYWHERE IN THE WORLD.

2. WITH RESPECT TO CLAIMS MADE OR SUITS INSTITUTED IN COURTS ELSE-WHERE THAN WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA, THE COMPANY SHALL HAVE THE RIGHT, BUT NOT THE DUTY, TO DEFEND ANY SUCH SUIT AND TO MAKE SUCH INVESTIGATION, NEGOTIATION AND SETTLEMENT OF ANY SUCH CLAIM OR SUIT AS IT DEEMS EXPEDIENT; PROVIDED, IN ANY CASE IN WHICH THE COMPANY ELECTS NOT TO INVESTIGATE, SETTLE OR DEFEND, THE INSURED, UNDER THE SUPERVISION OF THE COMPANY, WILL MAKE OR CAUSE TO BE MADE SUCH INVESTIGATION AND DEFENSE AS MAY BE REASONABLY NECESSARY AND, SUBJECT TO PRIOR AUTHORIZATION BY THE COMPANY, WILL EFFECT TO THE EXTENT POSSIBLE SUCH SETTLEMENT OR SETTLEMENTS AS THE COMPANY AND THE INSURED DEEM PRUDENT. THE COMPANY SHALL REIMBURSE THE INSURED FOR THE REASONABLE COST OF ANY SUCH INVESTIGATION, SETTLEMENT OR DEFENSE, IN CURRENCY OF THE UNITED STATES AT THE RATE OF EXCHANGE PREVAILING ON THE DATE OF PAYMENT.

Page 1 of 2 Pages

G5511A

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849                    WOLVERINE WORLD WIDE, INC.

3.  EXCEPT WITH RESPECT TO PRODUCTS WHICH ARE SOLD FOR USE OR
    CONSUMPTION WITHIN THE UNITED STATES OF AMERICA, ITS
    TERRITORIES OR POSSESSIONS, OR CANADA, THE INSURANCE
    AFFORDED WITH RESPECT TO THE NAMED INSURED'S PRODUCTS
    APPLIES ONLY TO THE NAMED INSURED'S PRODUCTS MANUFACTURED WITHIN
    THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR
    CANADA.

4.  THE COMPANY IS NOT AN ADMITTED OR AUTHORIZED INSURER OUTSIDE
    OF THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS,
    OR CANADA, AND THE COMPANY ASSUMES NO RESPONSIBILITY FOR THE
    FURNISHING OF CERTIFICATES OR EVIDENCE OF INSURANCE, OR BONDS,
    OF FOR COMPLIANCE IN ANY WAY WITH THE LAWS OF OTHER COUNTRIES
    RELATING TO LIABILITY INSURANCE.

5.  IF THE INSURED HAS OTHER INSURANCE AGAINST A LOSS COVERED
    HEREUNDER, THIS INSURANCE SHALL NOT APPLY TO THE EXTENT
    THAT ANY VALID AND COLLECTIBLE INSURANCE, WHETHER ON A
    PRIMARY, EXCESS OR CONTINGENT BASIS, IS AVAILABLE TO THE
    INSURED.

6.  THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES ONLY TO
    THE FOLLOWING INSUREDS:

    WOLVERINE WORLD WIDE, INC.
    W.W.W. RETAIL INC.
    BATES/TRENDSETTER FOOTWEAR CORPORATION
    UNITED PARTS DISTRIBUTORS


    INCLUDED IN COMPOSITE RATE.

G5511A

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                              15-62-3                          Page 2 of 2 Pages

# Employers Insurance of Wausau

### PERSONS INSURED
### EXECUTIVE OFFICERS AND EMPLOYEES

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | | 9 | | | | |

Named Insured and Address

   WOLVERINE WORLD WIDE, INC.

This Endorsement is effective      1  1  74      and will terminate with the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

    ( X ) COMPREHENSIVE GENERAL LIABILITY INSURANCE
    (   ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
    (   ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
    (   ) OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
    (   ) STOREKEEPERS' INSURANCE

---

It is agreed that the "Persons Insured" provision is amended as follows:

1. Subdivision (c) is replaced by the following:

    (c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and

    (i) any director or stockholder thereof while acting within the scope of his duties as such; and

    (ii) any executive officer of the named insured while acting within the scope of his employment for the named insured.

    The term "executive officer" means any person holding any of the officer positions created by the charter or bylaws of the named insured.

2. The word "insured" also includes any employee of the named insured while acting within the scope of his employment for the named insured; provided, that no person shall be an insured under this paragraph with respect to:

    (a) bodily injury to (i) any fellow employee of such person injured in the course of his employment or (ii) the named insured or (iii) if the named insured is a partnership or joint venture, any partner or member thereof;

    (b) property damage to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by (i) another employee of the named insured or (ii) the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 9-73                           515-5692                           G5411

# Employers Insurance of Wausau

### ADDITIONAL INSURED
(Vendors—Broad Form)

| Invoice Number | Invoice Date | | | | Amount Due |
|---|---|---|---|---|---|
| | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1725 00 045849 | | 10 | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective            1 1 74            and will terminate with the policy.

Policy Period:   From

to            12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)      COMPREHENSIVE GENERAL LIABILITY INSURANCE
( )  COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated below (herein referred to as "vendor"), as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated below subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:

   (a) any express warranty unauthorized by the named insured;

   (b) bodily injury or property damage arising out of

   (i) any physical or chemical change in the form of the product made intentionally by the vendor.

   (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from the manufacturer and then repacked in the orignal container,

   (iii) demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product, or

   (iv) products which after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

### SCHEDULE

Name of Person or Organization:   ANY PERSON OR ORGANIZATION PURCHASING GOODS OR PRODUCTS FROM THE NAMED INSURED FOR THE PURPOSE OF RESALE.

Named Insured's Products:     INCREASED RATES
                              INCLUDED IN DECLARATIONS

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau
## ADDITIONAL INSURED
(Premises Leased to the Named Insured)

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | | 11 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     1   1   74     and will terminate with the policy.

Policy Period:   From

to     12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE
( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
( ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
( ) STOREKEEPER'S INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

## SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Premiums Bodily Injury Liability | Property Damage Liability |
|---|---|---|---|
| 1. LAND LEASED TO WOLVERINE SERVICE CLUB INC. FOR CAMPING SITE | CONSUMERS POWER CO. | | INCLUDED |
| 2. PREMISES LEASED TO NAMED INSURED IN PUERTO RICO | PUERTO RICO INDUSTRIAL DEVELOPMENT CORPORATION | | IN |
| 3. ALL PREMISES LEASED TO NAMED INSUREDS AND INSUREDS NAMED IN ENDORSEMENT #1 | LESSORS WHERE LEASE AGREEMENT REQUIRES LESSEE TO NAME LESSOR AS ADDITIONAL INSURED ON LESSEE'S POLICY | | COMPOSITE RATE |

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

### PREMIUM DISCOUNT PLAN FOR LIABILITY COVERAGES ENDORSEMENT

Policy Number 1725 00 045849    Assn.    End. No. 2    T    Representative    Alpha Code

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective    1 1 74    and will terminate with the policy.

States in which this endorsement applies:

To all liability coverages (including automobile) combined: MICHIGAN, IOWA, ARKANSAS, NEW YORK

To automobile liability coverages:

To all liability coverage (other than automobile):

Policy numbers to which this endorsement applies:   1725 00 045849; 1725 02 045849

is agreed that such of the premium for bodily injury liability, for property damage liability, elevator collision, and for medical payments as pertains to the policies and states listed above is subject to discount in accordance with the following procedure:

(1) Such premium computed in accordance with the provisions of the policy other than this or any other premium discount endorsement and exclusive of the adjustments resulting from the application of any retrospective rating plan shall be known as the standard premium.

(2) So much of the standard premium as is subject to retrospective rating shall not be subject to discount.

(3) The premium discount applicable to the standard premium shall be determined by applying thereto the appropriate premium discount percentage stated in the Table of Premium Discount Percentages in use by the company as of the effective date of the policy.

(4) If the policy period is in excess of one year the Total Standard Premium for each annual period shall be the policy premium for third party liability insurance for each such period.

(5) If a portion of the standard premium is subject to a retrospective rating plan, the discount on that portion of the premium not subject to retrospective rating shall be the difference between (1) the discount determined by applying to the entire standard premium in states for which premium discount is applicable the premium discount percentage shown in the company's Table of Premium Discounts for the total standard premium and (2) the discount determined by applying to that portion of the standard premium in such states which are subject to retrospective rating the premium discount shown in the Table of Premium Discounts for as much of the total standard premium as is subject to retrospective rating.

(6) If the company has issued two or more concurrent policies applying with respect to states and coverages with respect to which this endorsement applies, the provisions of this endorsement shall apply upon the basis of the total premiums pertaining to such states and coverages under all such policies.

(7) The provisions of this endorsement shall not apply with respect to New York standard premium in the event the New York standard premium is $100 or less and in no event shall the application of the provisions of this endorsement result in an earned premium of less than $100 as applicable to New York.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 12-72    15-1763.2    G5916

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1725 00 045849 | | 13 | | | |

Named Insured and Address

Audit Period

WOLVERINE WORLD WIDE, INC.

This Endorsement is effective     1 1 74     and will terminate with the policy.
Policy Period:   From
        to         12:01 A.M.   standard time at the address of the named insured as stated herein.

## HOST LIQUOR LIABILITY ENDORSEMENT

THIS ENDORSEMENT DOES NOT MODIFY ANY COVERAGE PART FORMING A PART OF THIS POLICY.

### SCHEDULE

THE LIMIT OF THE COMPANY'S LIABILITY AGAINST EACH SUCH COVERAGE SHALL BE AS STATED HEREIN, SUBJECT TO ALL THE TERMS OF THIS ENDORSEMENT HAVING REFERENCE THERETO.

| COVERAGES | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|
| ..NJURY TO PERSON | $ 500,000 | EACH PERSON | |
| | $ 500,000 | EACH OCCURRENCE | $ INCLUDED |
| INJURY TO PROPERTY | $ 100,000 | | $ IN |
| INJURY TO MEANS OF SUPPORT | $ 100,000 | | $ COMPOSITE |
| | | TOTAL PREMIUM | $ RATE |

### COVERAGE

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

I.   COVERAGE AGREEMENT.

G5516

Page 1 of 4 Pages

● **Employers Insurance of Wausau** ●

ENDORSEMENT (Continued)

1725 00 045849    WOLVERINE WORLD WIDE, INC.

THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BY REASON OF THE PROVISIONS OF ANY CIVIL DAMAGE ACT, BECAUSE OF INJURY CAUSED BY THE GIVING, FURNISHING OR DELIVERING OF ALCOHOLIC LIQUOR TO ANY PERSON OR PERSONS BY THE INSURED, AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING SUCH DAMAGES, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE, OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OGLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS:

THIS INSURANCE DOES NOT APPLY:

(A)   TO INJURY TO PERSON SUSTAINED BY ANY PERSON WHILE ENGAGED IN THE EMPLOYMENT OF THE NAMED INSURED;

(B)   TO INJURY TO THE MEANS OF SUPPORT OF ANY PERSON AS THE RESULT OF ANY INJURY TO PERSON SUSTAINED BY SUCH PERSON WHILE EN-GAGED IN THE EMPLOYMENT OF THE NAMED INSURED;

(C)   TO INJURY TO

(1)   PROPERTY OWNED OR OCCUPIED BY, LEASED OR RENTED TO THE INSURED,

(2)   PROPERTY USED BY THE INSURED, OR

(3)   PROPERTY IN THE CARE, CUSTODY OR CONTROL OF THE INSURED OR AS TO WHICH THE INSURED IS FOR ANY PURPOSE EXERCISING PHYSICAL CONTROL;

(D)   TO ANY INJURY WITH RESPECT TO WHICH INSURANCE IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO BODILY INJURY LIABILITY OR PROPERTY DAMAGE LIABILITY;

(E)   TO ANY GIVING, FURNISHING OR DELIVERING OF ALCOHOLIC LIQUOR FOR WHICH THE INSURED MAY BE HELD LIABLE AS A PERSON OR ORGANIZATION ENGAGED IN THE BUSINESS OF MANUFACTURING, DIS-TRIBUTING, SELLING OR SERVING ALCOHOLIC BEVERAGES OR AS AN OWNER OR LESSOR OF PREMISES USED FOR SUCH PURPOSES.

II.   PERSONS INSURED.

EACH OF THE FOLLOWING IS AN INSURED UNDER THIS INSURANCE TO THE EXTENT SET FORTH BELOW:

G5516

(M) 4-65                                        **15-62-2**                              Page 2 of 4 Pages

(M) 18-5724-1  1-73

Employers Insurance of Wausau

ENDORSEMENT (Continued)
WOLVERINE WORLD WIDE, INC.

1725 00 045849

(A)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS
AS AN INDIVIDUAL, THE PERSON SO DESIGNATED BUT ONLY
WITH RESPECT TO THE CONDUCT OF A BUSINESS OF WHICH HE
IS THE SOLE PROPRIETOR;

(B)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS
AS A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR
JOINT VENTURE SO DESIGNATED AND ANY PARTNER OR MEMBER
THEREOF BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

(C)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
OTHER THAN AN INDIVIDUAL, PARTNERSHIP OR JOINT VENTURE,
THE ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER,
DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE
SCOPE OF HIS DUTIES AS SUCH;

(D)  ANY PERSON (OTHER THAN AN EMPLOYEE OF THE NAMED INSURED) OR
ORGANIZATION WHILE ACTING AS REAL ESTATE MANAGER FOR THE
NAMED INSURED.

THIS INSURANCE DOES NOT APPLY TO INJURY ARISING OUT OF THE CONDUCT
OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE INSURED IS A
PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN THIS POLICY AS A
NAMED INSURED.

III.  LIMITS OF LIABILITY:

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2)
PERSONS OR ORGANIZATIONS WHO SUSTAIN INJURY, OR (3) CLAIMS MADE OR
SUITS BROUGHT ON ACCOUNT OF ANY INJURY, THE COMPANY'S LIABILITY
IS LIMITED AS FOLLOWS:

INJURY TO PERSON.  WITH RESPECT TO THE INSURANCE AFFORDED
FOR INJURY TO PERSON, THE LIMIT OF LIABILITY STATED IN THE
SCHEDULE AS APPLICABLE TO "EACH PERSON" IS THE LIMIT OF THE
COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PERSON SUSTAINED
BY ONE PERSON IN ANY ONE OCCURRENCE, OR SUSTAINED BY ONE
PERSON IN ANY SERIES OF OCCURRENCES, ARISING OUT OF ONE CASE
OF INTOXICATION; AND THE LIMIT OF SUCH LIABILITY STATED IN THE
SCHEDULE AS APPLICABLE TO "EACH OCCURRENCE" IS, SUBJECT TO THE
ABOVE PROVISION RESPECTING EACH PERSON, THE TOTAL LIMIT OF
THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PERSON
SUSTAINED BY ALL PERSONS INJURED IN ANY ONE OCCURRENCE, OR
SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF
INTOXICATION.

G5516

(M) 4-65

15-62-2

Page 3 of 4 Pages

(M) 15-5724-1   1-73

# Employers Insurance of Wausau

### ENDORSEMENT (Continued)

1725 00 045849                    WOLVERINE WORLD WIDE, INC.

INJURY TO PROPERTY. THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "INJURY TO PROPERTY" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PROPERTY RESULTING FROM ANY ONE OCCURRENCE, OR SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF INTOXICATION.

INJURY TO MEANS OF SUPPORT. THE LIMIT OF LIABILITY STATED IN THE SCHEDULE AS APPLICABLE TO "INJURY TO MEANS OF SUPPORT" IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF ALL PERSONS WHO SHALL BE INJURED IN MEANS OF SUPPORT ON ACCOUNT OF ANY ONE OCCURRENCE, OR SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF INTOXICATION, OR ON ACCOUNT OF ALL PERSONS WHO SHALL BE INJURED IN MEANS OF SUPPORT BY REASON OF THE FAILURE OF ANY ONE PERSON TO FURNISH MEANS OF SUPPORT.

IV. ENDORSEMENT PERIOD; TERRITORY.

THIS INSURANCE APPLIES ONLY TO INJURY OCCURRING DURING THE POLCIY PERIOD WITHIN THE POLICY TERRITORY IN CONSEQUENCE OF THE GIVING, FURNISHING, OR DELIVERING OF ALCOHOLIC LIQUOR DURING THE POLICY PERIOD.

V. POLICY CONDITIONS.

THE CONDITIONS OF THE POLICY CAPTIONED "INSPECTION AND AUDIT," "INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT," "ACTION AGAINST COMPANY," "OTHER INSURANCE," "SUBROGATION," "CHANGES," "ASSIGNMENT," "THREE-YEAR POLICY," "CANCELATION," AND "DECLARATIONS" APPLY TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT.

VI. ADDITIONAL AND AMENDED DEFINITIONS.

WHEN USED IN REFERENCE TO THIS INSURANCE, THE WORD "OCCURRENCE" MEANS AN ACCIDENT, INCLUDING INJURIOUS EXPOSURE TO CONDITIONS, WHICH RESULTS, DURING THE ENDORSEMENT PERIOD, IN AN INJURY NEITHER EXPECTED NOR INTENDED FROM THE STANDPOINT OF THE INSURED.

WHEN USED IN REFERENCE TO THIS INSURANCE, THE UNQUALIFIED WORD "INJURY" MEANS INJURY IN PERSON OR PROPERTY, OR INJURY TO THE MEANS OF SUPPORT OF ANY PERSON.

G5516

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

ENDORSEMENT          **Employers Insurance of Wausau**

| Invoice Number | Invoice Date | | Premium | Dividend | | Amount Due |
|---|---|---|---|---|---|---|
| | | | $ | $ | $ | |

| icy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| '725 00 045849 | | 14 | | | | |

Named Insured and Address

    WOLVERINE WORLD WIDE,
    INC.

· Audit Period

This Endorsement is effective          1 1 74          and will terminate with the policy.
Policy Period:  From
                to                    12:01 A.M.   standard time at the address of the named insured as stated herein.
THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS
OF THE POLICY RELATING TO THE FOLLOWING:

                (X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
                ( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
                ( ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

                        ADDITIONAL INSURED
                      (MALPRACTICE COVERAGE)

IT IS AGREED THAT THE "PERSONS INSURED" PROVISION IS AMENDED TO INCLUDE
AS AN INSURED ANY NURSE OR DOCTOR    , EMPLOYED BY THE NAMED INSURED, SUBJECT
TO THE FOLLOWING PROVISIONS:

   1.   THE INSURANCE SHALL APPLY TO ALL SUMS WHICH THE INSURED SHALL
        BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF BODILY
        INJURY ARISING OUT OF MALPRACTICE, ERROR OR MISTAKE IN RENDERING
        OR FAILING TO RENDER PROFESSIONAL SERVICES IN THE PRACTICE OF THE
        INSURED'S PROFESSION, COMMITTED BY THE INSURED OR BY ANY PERSON
        FOR WHOSE ACTS OR OMISSIONS THE INSURED IS LEGALLY RESPONSIBLE
        WHILE IN THE COURSE OF EMPLOYMENT FOR THE NAMED INSURED.

   2.   THE INSURANCE DOES NOT APPLY:

        (A)   TO INJURY ARISING OUT OF THE PERFORMANCE OF A CRIMINAL ACT
              OR CAUSED BY ANY PERSON WHILE UNDER THE INFLUENCE OF
              INTOXICANTS OR NARCOTICS.

                        G5403

                                        Page 1 of 2 Pages

| Location | Sales Class | Kind | B | | | PK |
|---|---|---|---|---|---|---|

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849

WOLVERINE WORLD WIDE, INC.

(B) LIABILITY OF OTHERS ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT, OR LIABILITY ASSUMED BY THE INSURED UNDER ANY AGREEMENT GUARANTEEING THE RESULT OF ANY TREATMENT.

(C) ANY USE OF X-RAY APPARATUS FOR THERAPEUTIC TREATMENT.

(D) LIABILITY OF THE INSURED AS AN EMPLOYER OF OTHERS OR AS PROPRIETOR, SUPERINTENDENT OR EXECUTIVE OFFICER OF ANY HOSPITAL, SANITARIUM, CLINIC WITH BED AND BOARD FACILITIES, NURSING OR CONVALESCENT HOME, HOME FOR THE AGED OR INFIRM PERSONS, OR OTHER BUSINESS ENTERPRISES.

3. ALL MALPRACTICE, ERROR OR MISTAKE IN RENDERING OR FAILING TO RENDER PROFESSIONAL SERVICES TO ANY ONE PERSON SHALL BE DEEMED TO RESULT FROM ONE OCCURRENCE. THE LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES ON ACCOUNT OF ONE OCCURRENCE SHALL BE 500,000 DOLLARS, AND, SUBJECT TO THE FOREGOING LIMIT, THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES AS A RESULT OF TWO OR MORE OCCURRENCES DURING THE POLICY PERIOD SHALL BE 500,000 DOLLARS.

| CODE NO. | DESCRIPTION OF HAZARD | B.I. PREMIUM |
|---|---|---|
| 17700 (1770) | INCIDENTAL MALPRACTICE | INCLUDED IN COMPOSITE RATE |

4. THE INSURANCE AFFORDED UNDER THIS ENDORSEMENT SHALL BE EXCESS INSURANCE OVER ANY VALID AND COLLECTIBLE INSURANCE WRITTEN IN THE NAME OF THE INSURED.

G5403

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72 — 15-62-3 — Page 2 of 2 Pages

ENDORSEMENT

# Employers Insurance of Wausau

| Invoice Number | Invoice Date | | Premium | | Dividend | | Amount Due |
|---|---|---|---|---|---|---|---|
| | | | $ | | $ | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | | 15 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     1 1 74     and will terminate with the policy.
Policy Period:   From
            to            12:01 A.M.    standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PRO-VISIONS OF THE POLICY RELATING TO THE FOLLOWING:

        (X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE
        (X)   CONTRACTUAL LIABILITY INSURANCE

NOTICE OF CANCELATION

THIS INSURANCE WILL NOT BE CANCELED BY THIS INSURANCE COMPANY NOR ANY CHANGES MADE IN THE POLICY WHICH CHANGE, RESTRICT, OR REDUCE THE INSURANCE PROVIDED OR CHANGE THE NAME OR THE INSURED, WITHOUT FIRST GIVING TEN DAYS NOTICE IN WRITING TO THE CONSUMERS POWER COMPANY, JACKSON, MICHIGAN, AS EVIDENCED BY RECEIPT OF REGISTERED LETTER.

IT IS AGREED THAT THE ABOVE NOTICE OF CANCELATION APPLIES IN RESPECT TO THE FOLLOWING DESIGNATED PREMISES:

DESIGNATION OF PREMISES FOR CONSUMERS POWER COMPANY
(PART LEASED TO NAMED INSURED)

A PARCEL OF LAND IN THE N½ OF THE NE 1/4 OF SEC. 22, T13N, R11W, DESCRIBED AS BEGINNING AT A POINT ON THE CENTER LINE OF THE FORMER WHITNEY BRIDGE ROAD 100' SOUTHEASTERLY OF THE WATER'S EDGE OF THE MUSKEGON RIVER (HARDY POND), MEASURED ALONG THE CENTER LINE OF SAID FORMER WHITNEY BRIDGE ROAD; THENCE SOUTHEASTERLY ALONG THE CENTER LINE OF SAID ROAD 240'; THENCE   N 56 DEGREES 00'00" E., 480'; THENCE N 20 DEGREES 00'00"W, 270' TO THE WATER'S EDGE OF SAID MUSK-EGON RIVER (HARDY POND) 400', MORE OR LESS, TO A POINT 300 NORTH-

H.O. SPECIAL 9 13 73

Page 1 of 2 Pages

Case 1:19-cv-00010-JTN-SJB ECF No. 1-2 filed 01/07/19 PageID.408 Page 176 of 222

● **Employers Insurance of Wausau** ●

1725.00.045849 ENDORSEMENT (Continued) WOLVERINE WORLD WIDE, INC.

EASTERLY OF THE CENTER LINE OF SAID FORMER WHITNEY BRIDGE ROAD,
MEASURED ALONG THE WATER'S EDGE OF SAID MUSKEGON RIVER (HARDY POND);
THENCE SOUTHEASTERLY PARALLEL WITH THE CENTER LINE OF SAID FORMER
WHITNEY BRIDGE ROAD 100'; THENCE SOUTHWESTERLY PARALLEL WITH AND
100' DISTANT FROM THE WATER'S EDGE OF SAID MUSKEGON RIVER (HARDY
POND) TO THE PLACE OF BEGINNING.

IT IS AGREED THAT:

THE DESIGNATION OF PREMISES AS SHOWN ABOVE IS AMENDED TO INCLUDE
THE FOLLOWING:

THE ENTIRE GROUNDS, BUILDINGS AND ALL EQUIPMENT USED THEREON, IN-
CLUDING BUT NOT SPECIFICALLY LIMITED TO SADDLE HORSES, SAILBOATS,
CANOES, ROWBOATS AND MOTOR-BOATS, IF ANY, USED ON OR OFF SAID
PREMISES.

HO SPECIAL 9 13 73

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

ENDORSEMENT

# Employers Insurance of Wausau

| Invoice Number | Invoice Date | | | Premium $ | Dividend $ | Amount Due $ |
|---|---|---|---|---|---|---|

| .cy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | | 16 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective  1  1  74     and will terminate with the policy.
Policy Period:  From
 to     12:01 A.M.,    standard time at the address of the named insured as stated herein.

IT IS AGREED THAT SECTION II, PERSONS INSURED, OF ENDORSEMENT NUMBER 3 IS AMENDED TO INCLUDE ANY EMPLOYEE OF THE NAMED INSURED WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES AS SUCH BUT THE INSURANCE AFFORDED TO SUCH EMPLOYEE DOES NOT APPLY TO PERSONAL INJURY TO:

(1) ANOTHER EMPLOYEE OF THE NAMED INSURED ARISING OUT OF OR IN THE COURSE OF HIS EMPLOYMENT OR,

(2) THE NAMED INSURED OR IF THE NAMED INSURED IS A PARTNERSHIP OR JOINT VENTURE ANY PARTNER OR MEMBER THEREOF.

IT IS FURTHER AGREED THAT THE INSURANCE AFFORDED BY THE ENDORSEMENT DOES NOT APPLY TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT.

INCLUDED IN COMPOSITE RATE

H.O. SPECIAL END. 6 26 73

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

### ADDITIONAL INSUREDS ENDORSEMENT
(Limited)

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | | 17 | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective     1 1 74    and will terminate with the policy.

Policy Period:   From

to      12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

     (X)    COMPREHENSIVE GENERAL LIABILITY INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below as an additional insured, subject to the following provisions:

.) The insurance applies only with respect to liability of the additional insureds arising out of   THE OWNERSHIP, MAINTENANCE OR USE OF EQUIPMENT WHILE LEASED TO THE NAMED INSURED.

(2) The named insured is authorized to act for such additional insureds in all matters pertaining to this insurance, including receipt of notice of cancelation; and

(3) Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured.

(4) Nothing contained herein shall affect any right of recovery as a claimant which the additional insured would have if not designated as such.

### Names of Additional Insureds

UNITED STATES LEASING CORPORATION

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 12-72            15-5306            G5402

DUPLICATE

ENDORSEMENT

# Employers Insurance of Wausau

## COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| 31 97874 | 6 3 74 | $ | $ | $ 383 00 CREDIT |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 18 | 2 | S 5760 JOHNSON & HIGGINS | WO |

Named Insured and Address

Audit Period   MONTHLY

WOLVERINE WORLD WIDE,
INC.
(SEE ENDORSEMENT #1 &2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

This Endorsement is effective     1 1 74          and will terminate with the policy.

Policy Period: From
1 1 74        to 1 1 75     12:01 A.M.,   standard time at the address of the named insured as stated herein.

### CHANGE IN DECLARATIONS

IT IS AGREED THAT THE DEPOSIT PREMIUM IS REVISED TO $1700 00.

THE AMOUNT DUE IS REVISED TO $300 00CR.

1000G

*                          *                          *                          *

IT IS AGREED THAT SCHEDULE 560-3-4 IS HEREBY ADDED.

1000

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

## SCHEDULE FOR ELEVATOR OR ESCALATOR CHARGES

Named Insured WOLVERINE WORLD WIDE, INC.

END. #18

Policy No. 1725 00 045849

Schedule No. 1 OF

| LOCATION (Street Address, City, State, Zip Code) | Number of Elevators or Escalators | TYPE Passenger (P) Freight (F) Escalator (E) Other (O) | *No. of Landings | **No. of Legally Required Inspections | Class Code | CHARGE Elevator or Escalator |
|---|---|---|---|---|---|---|
| ---NEW YORK--- | | | | | | |
| CATHERINE ST. MALONE, | 1 | | | | 65210 (0799) | INCL. IN COMPOSITE RATE |
| BONBAY, | 1 | | | | 65210 (0799) | INCL. IN COMPOSITE RATE |

*Not Applicable for "ELEVATORS" in New York (Except Greater New York), Texas and Hawaii
**Not Applicable for Greater New York

(M) 9-69

560-3-4

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

DUPLICATE

**ENDORSEMENT**

## COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 19 | 2 | S 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address    Audit Period  MONTHLY F
WOLVERINE WORLD WIDE, INC.
(SEE ENDORSEMENT #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

**This Endorsement is effective** 1 1 74    and will terminate with the policy.
**Policy Period:  From**
1 1 74    to  1 1 75    12:01 A.M.,   standard time at the address of the named insured as stated herein.

### AMENDING AN ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT #1 IS AMENDED AS FOLLOWS:

DELETE:
BATES/TRENDSETTER FOOTWEAR CORPORATION

1005

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

**ENDORSEMENT**

## COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Asan. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 20 | 2 | S 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address
Audit Period MONTHLY F.

WOLVERINE WORLD WIDE, INC.
(SEE ENDORSEMENT #1 & 2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

This Endorsement is effective    1 1 74    and will terminate with the policy.
**Policy Period:** From
1 1 74    to   1 1 75    12:01 A.M.,    standard time at the address of the named insured as stated herein.

### CANCELATION OR CHANGE AGREEMENT FOR CERTIFICATE HOLDERS

IT IS AGREED THAT IF THIS POLICY IS CANCELED BY THE COMPANY OR IS CHANGED IN ANY WAY THAT WOULD AFFECT THE INTEREST OF THE THIRD PARTY NAMED HEREIN, THE COMPANY SHALL SEND WRITTEN NOTICE OF SUCH CANCELATION OR CHANGE AT LEAST 60 DAYS PRIOR TO THE DATE ON WHICH SUCH CANCELATION OR CHANGE IS TO BE EFFECTIVE, TO WOLVERINE WORLD WIDE, INC.

1004B

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

DUPLICATE

ENDORSEMENT

COMBINATION CASUALTY

| Invoice Number | Invoice Date | | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|---|
| | | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 21 | 2 | S 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.
(SEE ENDORSEMENT #1&2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN
49351

Audit Period MONTHLY F

This Endorsement is effective   1  1  74       and will terminate with the policy.

Policy Period:  From
  1  1  74    to   1  1  75    12:01 A.M.,   standard time at the address of the named insured as stated herein.

## CANCELING PREVIOUS ENDORSEMENT

IT IS AGREED THAT ENDORSEMENT NUMBER 20 IS HEREBY CANCELED.

T-1003A

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

**ENDORSEMENT**

### COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 22 | 2 | S 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address
Audit Period MONTHLY F

WOLVERINE WORLD WIDE,
INC.
(SEE ENDORSEMENT #1&2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN
49351

This Endorsement is effective  1 1 74  and will terminate with the policy.

Policy Period: From
1 1 74  to 1 1 75  12:01 A.M.,  standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES THE CANCELATION CONDITION AND IS APPLICABLE
TO ALL INSURANCE AFFORDED BY THE POLICY.

### CANCELATION BY THE COMPANY ENDORSEMENT

IT IS AGREED THE CANCELATION CONDITION OF THE POLICY IS AMENDED
TO PROVIDE THAT, WITH RESPECT TO CANCELATION BY THE COMPANY,
EXCEPT FOR CANCELATION FOR NONPAYMENT OF PREMIUM, THE EFFECTIVE
DATE OF CANCELATION SHALL BE NOT LESS THAN __60__ DAYS AFTER THE
MAILING OF NOTICE THEREOF.

G5908

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

ENDORSEMENT

DUPLICATE

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 23 | 2 | S 5760 JOHNSON & HIGGINS | | WO |

Named Insured and Address

Audit Period

WOLVERINE WORLD WIDE, INC.
(SEE ENDORSEMENT #1&2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

MONTHLY F

This Endorsement is effective        1 1 74        and will terminate with the policy.

Policy Period:    From
  1 1 74    to 1 1 75    12:01 A.M.    standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

(X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

## VESSELS

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE BODILY INJURY LIABILITY COVERAGE AND BY THE PROPERTY DAMAGE LIABILITY COVERAGE APPLIES, SUBJECT TO THE FOLLOWING PROVISIONS:

1.  THE EXCLUSION RELATING TO WATERCRAFT DOES NOT APPLY WITH RESPECT TO THE WATERCRAFT DESCRIBED BELOW.

2.  THE INSURANCE WITH RESPECT TO SUCH WATERCRAFT DOES NOT APPLY TO:

    (A)  BODILY INJURY TO ANY PASSENGER BEING CARRIED FOR A CONSIDERA-
         TION WHILE IN OR UPON, ENTERING OR ALIGHTING FROM ANY SUCH
         WATERCRAFT;

    (B)  THE OWNERSHIP, MAINTENANCE, OPERATION, USE, LOADING OR
         UNLOADING OF ANY BARGE OR LIGHTER RENTED BY THE NAMED
         INSURED TO OTHERS WITH RESPECT TO WHICH THE NAMED INSURED
         DOES NOT FURNISH EMPLOYEES TO OPERATE AND DOES NOT
         HAVE ANY OPERATING CONTROL.

G215

Page 1 of 2 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1725 00 045849          WOLVERINE WORLD WIDE, INC.

CLASSIFICATION OF WATERCRAFT:

ALL WATERCRAFT

G215

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

ENDORSEMENT

# Employers Insurance of Wausau
## COMBINATION CASUALTY

DUPLICATE

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| ..cy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 24 | 2 S | 5760 JOHNSON & HIGGINS | | WO |

Audit Period  MONTHLY F

Named Insured and Address

WOLVERINE WORLD WIDE,
INC.
(SEE ENDORSEMENT #1&2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

This Endorsement is effective   1 1 74   and will terminate with the policy.
Policy Period: From
  1 1 74   to   1 1 75   12:01 A. M.,   standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS
OF THE POLICY RELATING TO THE FOLLOWING:

COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

LIMITATIONS OF COVERAGE ENDORSEMENT – PUERTO RICO

IT IS AGREED THAT THE INSURANCE SHALL NOT APPLY TO ANY LOSS OR CLAIM
WITH RESPECT TO WHICH INSURANCE IS AFFORDED UNDER THE POLICY ISSUED BY
THE COMPANY AS POLICY NUMBER 1725 04 045849____, OR ANY OTHER POLICY
ISSUED AS A RENEWAL OR REPLACEMENT THEREOF, OR WITH RESPECT TO WHICH
INSURANCE WOULD BE AFFORDED BUT FOR THE TERMINATION OF SUCH POLICY OR
THE EXHAUSTION OF THE APPLICABLE LIMIT OF LIABILITY UNDER SUCH POLICY.

All other provisions and conditions remain unchanged.          G5627A
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

52      DE,BEL,SYR,DES,LR

## Employers Insurance of Wausau

DUPLICATE

ENDORSEMENT

COMBINATION CASUALTY

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1725 00 045849 | 00 | 25 | 2 | S-5760 JOHNSON & HIGGINS | WO |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.
(SEE ENDORSEMENT #1&2)
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

Audit Period MONTHLY F

This Endorsement is effective        1 1 74        and will terminate with the policy.
Policy Period: From
1 1 74        to   1 1 75   12:01 A.M.,   standard time at the address of the named insured as stated herein.

## CHANGE IN DECLARATIONS

IT IS AGREED THAT COVERAGE PART 560-4-1 SCHEDULE IS AMENDED AS FOLLOWS:

| CODE | REVISED PD RATE |
|---|---|
| 20050 | .019 |
| (9380) | |

1000E

PREMIUM TO BE ADJUSTED ON AUDIT.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

## CANCELLATION CONDITION -- AMENDMENT
### (Michigan)

It is agreed that with respect to the "Cancellation" provisions of the policy:

1. The words "at the address shown in this policy", appearing in the first paragraph of the "Cancellation" Condition, are amended to read "at his address last known to the company or its authorized agent."

2. The provisions (if forming a part of the policy) of the endorsement entitled "Cancellation Amendment (Michigan)" apply as stated therein.

3. The provisions, if any, forming a part of the policy which (by endorsement or otherwise) amend the "Cancellation" provisions of the policy other than as stated or designated in this endorsement are deleted.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

DUPLICATE

*GENERAL LIABILITY - 1975*

# Employers Insurance of Wausau
## COMBINATION CASUALTY POLICY



PLEASE READ YOUR POLICY



JOHNSON & HIGGINS
MICHIGAN
INSURANCE
PHONE 961-9555 · AREA CODE 313
PENOBSCOT BUILDING
DETROIT, MICH.

THIS POLICY IS NONASSESSABLE

---

**NOTICE OF ANNUAL MEETINGS:** The policyholder is hereby notified that by virtue of this policy, he is a member of the Company which has issued the policy, and is entitled to vote either in person or by proxy at any and all meetings of the Company. The annual meeting of the Employers Mutual Liability Insurance Company of Wisconsin is held at its home office in Wausau, Wisconsin, on the fourth Friday of May each year at 10:00 A.M. The annual meeting of the Employers Mutual Fire Insurance Company is held at its home office in Wausau, Wisconsin, on the fourth Friday of May each year at 9:00 A.M.

# Employers Mutual Liability Insurance Company of Wisconsin
HOME OFFICE: WAUSAU, WISCONSIN

(A mutual insurance company, herein called the company)

# Employers Mutual Fire Insurance Company
HOME OFFICE: WAUSAU, WISCONSIN

(A mutual insurance company, herein called the company)

The Company providing the insurance afforded by this policy, as designated in the declarations made a part hereof, in consideration of the payment of the premium, in reliance upon the statements in the declarations and subject to all of the terms of this policy, agrees with the named insured as follows:

## COVERAGES

The insurance afforded by this policy is only with respect to such Coverages as are indicated by specific premium charge or charges in the appropriate Coverage Schedule or Schedules of the Coverage Part or Parts attached to and hereby made a part of this policy.

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation

arising out of the use of any vehicle to which this policy applies, nor to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this

policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, backfilling, tunneling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract.

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory.

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the insured under an incidental contract.

## CONDITIONS

1. Premium All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

2. Inspection and Audit The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. Financial Responsibility Laws When this policy is certified

as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

4. Insured's Duties in the Event of Occurrence, Claim or Suit

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representation. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

IN WITNESS WHEREOF, the company designated in the declarations as issuing this policy has caused this policy to be signed by its president and its secretary at Wausau, Wisconsin, and countersigned on the declarations page by a duly authorized representative of the company.

*R. J. Wendorff*
Secretary

**8. Changes** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy, nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy** If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

**11. Cancelation** This policy may be canceled by the named insured by mailing to the company written notice stating when thereafter the cancelation shall be effective. This policy may be canceled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancelation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancelation is effected or as soon as practicable after cancelation becomes effective, but payment or tender of unearned premium is not a condition of cancelation.

**12. Declarations** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

**13. Mutual Policy Conditions** This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

*C. F. Schluter*
President



## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies the provisions of the policy relating to ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN FAMILY AUTOMOBILE, SPECIAL PACKAGE AUTOMOBILE, COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.

It is agreed that:

I. The policy does not apply:

A. Under any Liability Coverage, to **bodily injury** or **property damage**

  (1) with respect to which an **insured** under the policy is also an insured under a nuclear energy liability policiy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

  (2) resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C. Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if

  (1) the **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom;

  (2) the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or

  (3) the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

II. As used in this endorsement:

"**hazardous properties**" include radioactive, toxic or explosive properties;

"**nuclear material**" means source material, special nuclear material or byproduct material;

"**source material**", "**special nuclear material**", and "**byproduct material**" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"**spent fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

"**waste**" means any waste material (1) containing **byproduct material** and (2) resulting from the operation by any person or organization of any **nuclear facility** included within the definition of **nuclear facility** under paragraph (a) or (b) thereof;

"**nuclear facility**" means

(a) any **nuclear reactor**,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel**, or (3) handling, processing or packaging **waste**,

(c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**, and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"**nuclear reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"**property damage**" includes all forms of radioactive contamination of property.

**NEW YORK EXCEPTION:** The "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" does not apply to Automobile Liability Insurance in New York.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

*R. J. Wendorff*
Secretary

*C. F. Schluter*
President

A0009
G320

# Employers Insurance of Wausau

### COMBINATION CASUALTY POLICY DECLARATIONS

| Invoice Number | Invoice Date | PREMIUM | BINDER BILLING | Amount Due |
|---|---|---|---|---|
| 31 10709 | 2 21 75 | $2665 00 | $2665 00CR | $ 00.00 |

| Policy Number | Assn. | New | Ren. | T | Representative | Alpha Code |
|---|---|---|---|---|---|---|
| 1726 00 045849 | 00 | | X | 2 | S 5760 JOHNSON & HIGGINS | WO |

Item 1. Named Insured and Address

WOLVERINE WORLD WIDE,
INC.
(SEE ENDORSEMENT #1)
9341 COURTLAND DR.
ROCKFORD, MI 49351

The named insured is:  ☐ individual;  ☐ partnership;  ☒ corporation;  ☐ joint venture;  ☐ other

Adjustment of premium shall be made: MONTHLY

Business of Named Insured is:

Item 2. Policy Period: From  1 1 75  to  1 1 76      12:01 A.M.,  standard time at address of the named insured as stated herein.

3. The insurance afforded is only with respect to such Coverages as are indicated by specific premium charge or charges in the appropriate Coverage Schedule or Schedules of the Coverage Part or Parts attached to this policy. The limit of the company's liability against each such coverage shall be as stated in the appropriate Coverage Schedule or Schedules for the Coverage Part or Parts attached to this policy.

| SUMMARY OF INSURANCE AND PREMIUM CHARGES | PREMIUM CHARGES |
|---|---|
| COMPREHENSIVE GENERAL LIABILITY INSURANCE | $ 2665 00 |
|  |  |

Handwritten:

Retail  05-95-00-20100  $ 115
Frolic  10-00-00-11321  360
Tru-Stitch  10-00-00-11322  225
Verde  10-00-00-11324  270
Webster  10-00-00-11326  70
Wolverine  10-00-00-20100  1,625
$ 2665.

| LESS BINDER BILLING | 2665 00 |
|---|---|

| Endorsements | G503 | $ |
|---|---|---|
| Coverage Parts | 560-4-1 | |

Attached to Form 60-1.1 and Coverage Parts shown above.
Issued by ☒ EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN
☐ EMPLOYERS MUTUAL FIRE INSURANCE COMPANY

Countersigned by.................... C. E. Emmett
Authorized Company Representative

1-75  PRTD. USA                    M60-1.1

# Employers Insurance of Wausau

COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

Named Insured  **WOLVERINE WORLD WIDE, INC.**

Policy Number  **1726 00 045849**

## COVERAGE SCHEDULE

.. The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| COVERAGES | LIMITS OF LIABILITY | | ADVANCE PREMIUM |
|---|---|---|---|
| | Each Occurrence | Aggregate | |
| A—Bodily Injury Liability | $ 500,000 | $ 500,000 | $2142 00 |
| B—Property Damage Liability | $ 100,000 | $ 100,000 | $ 523 00 |
| Total Advance Premium | | | $2665 00 |

2. The declarations are completed on the accompanying schedule(s) designated "General Liability Hazards".

3. The locations of all premises owned by, rented to or controlled by the named insured and the part occupied by named insured are shown on the accompanying schedule(s).

4. Interest of named insured in such premises: Owner ☐; Tenant ☐; General Lessee ☐ .

5. The accompanying schedule(s) disclose(s) all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

## COVERAGES

### I. COVERAGE A—BODILY INJURY LIABILITY
### COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of
  Coverage A. bodily injury or
  Coverage B. property damage
to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
  (1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
  (2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
  (1) any watercraft owned or operated by or rented or loaned to any insured, or
  (2) any other watercraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or 'scape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
  (1) liability assumed by the insured under an incidental contract, or
  (2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
  (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
  (2) if not so engaged, as an owner or lessor of premises used for such purposes,
  if such liability is imposed
    (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
    (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
  but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
  (1) property owned or occupied by or rented to the insured,
  (2) property used by the insured, or
  (3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;
  but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART (Continued)

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;
(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
    (1) the delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
    (2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;
    but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;
(n) to property damage to the named insured's products arising out of such products or any part of such products;
(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;
(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;
(q) to property damage included within:
    (1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",
    (2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",
    (3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:
(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;
(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;
(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;
(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and
(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
    (i) an employee of the named insured while operating any such equipment in the course of his employment, and
    (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
    provided that no person or organization shall be an insured under this paragraph (e) with respect to:
    (1) bodily injury to any fellow employee of such person injured in the course of his employment, or
    (2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence."

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":
(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;
(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau
## GENERAL LIABILITY HAZARDS

Named Insured   WOLVERINE WORLD WIDE, INC.

Policy No. 1726 00 045849   Schedule No. 1

| Description of Hazards SHOW SUMMARY OF PREMIUM WHEN APPLICABLE | Code Number | Premium Bases | Rates | | Estimated Premium | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 Remuneration | | | |
| UNITED STATES OF AMERICA | | | | | | |
| PREMISES & OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS, ELEVATOR INSPECTION CHARGES CONTRACTUAL AND ENDORSEMENTS #2,3,4, 5,6,8,9,10,12,17 | 20050 | SALES 118,000,000 | .238 | PER $1000 .033 | 28,084 00 | 3,894 00 |
| EXCESS LIMITS CHARGE | 99901 | | | | 10 00 | 5 00 |
| SUMMARY OF ESTIMATED PREMIUM | EST. ANNUAL | ADVANCE PREMIUM | | | | |
| ALL AUDITED PREMIUM (COMPOSITE RATE) | 31,978 00 | 2650 00 | | | | |
| ALL OTHER PREMIUM (EXCESS LIMITS) | | 15 00 | | | | |
| TOTAL ADVANCE PREMIUM | | 2665 00 | | | | |

(M) 7-73

560-3

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

### SCHEDULE FOR ELEVATOR OR ESCALATOR CHARGES

Named Insured  WOLVERINE WORLD WIDE, INC.

Policy No. 1726 00 045849          Schedule No. 2

| LOCATION (Street Address, City, State, Zip Code) | Number of Elevators or Escalators | TYPE Passenger (P) Freight (F) Escalator (E) Other (O) | *No. of Landings | **No. of Legally Required Inspections | Class Code | CHARGE Elevator or Escalator |
|---|---|---|---|---|---|---|
| ---NEW YORK--- | | | | | | |
| CATHERINE ST. MALONE, | 1 | | | | 65210 | |
| BONBAY, | 1 | | | | 65210 | |

*End Nov 18 in 1974.* *Was*

*Not Applicable for "ELEVATORS" in New York (Except Greater New York), Texas and Hawaii
**Not Applicable for Greater New York

(M) 0-09

560-3-4

(M) 5-0724-1  1-73

# Employers Insurance of Wausau

### ADDITIONAL NAMED INSUREDS ENDORSEMENT

| Invoice Number | Invoice Date | | | Amount Due |
|---|---|---|---|---|
| | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1726 00 045849 | | 1 | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective    1 1 75    and will terminate with the policy.
Policy Period:    From
    to    12:01 A.M.,    standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE

---

It is agreed that the definition of "Named Insured" is amended to include as a named insured the person or organization designated below as an additional named insured, subject to the following provisions:

1. The named insured named in Item 1 of the declarations is authorized to act for such additional named insured(s) in all matters pertaining to this insurance, including receipt of notice of cancelation; and

2. Return premium, if any, and such dividends as may be declared by the company shall be paid to the named insured named in Item 1 of the declarations; and

3. The named insured named in Item 1 of the declarations shall pay the premium for the insurance afforded the additional named insured in accordance with the manual rules in use by the company; provided, that in the event of bankruptcy or insolvency of the named insured named in Item 1 of the declarations, each additional named insured shall be responsible for and shall pay to the company the premium for the insurance afforded such additional named insured.

4. Nothing contained herein shall affect any right of recovery as a claimant which the additional named insured would have if not designated as such.

5. The insurance applies with respect to the business operations of the additional named insured(s) in the states to which this policy applies.

6. The named insured named in Item 1 of the declarations declares that all firms named in the policy as named insureds or as additional named insureds are owned or financially controlled by the same interests.

### Names of Additional Named Insureds

W.W.W. RETAIL, INC.
UNITED PARTS DISTRIBUTORS OF MICHIGAN, INC./ALL PARTS, INC.
WOLVERINE WORLD WIDE EMPLOYEES FEDERAL CREDIT UNION
WOLVERINE SERVICE CLUB, INC.
ANY CORPORATION OR OTHER BUSINESS ORGANIZATION IN WHICH THE PREVIOUS INSURED ACQUIRES AN OWNERSHIP INTEREST OF AT LEAST 51 PER CENT.

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 12-72                    15-5305                    G5401



# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | | Premium | | Dividend | | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | | | | $ | $ | | $ | |

| Policy Number | Assn. | End. No. | T | Representative | | | | Alpha Code |
|---|---|---|---|---|---|---|---|---|
| 1726 00 045849 | | 2 | | | | | | |

Named Insured and Address

WOLVERINE WORLD WIDE,
INC.

Audit Period

This Endorsement is effective    1 1 75      and will terminate with the policy.
Policy Period: From
        to     12:01 A.M.   standard time at the address of the named insured as stated herein.

PERSONAL INJURY LIABILITY INSURANCE ENDORSEMENT

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT
TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN,
AGREES WITH THE NAMED INSURED AS FOLLOWS:

     I.    COVERAGE P -- PERSONAL INJURY LIABILITY

         THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE
         INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE
         OF PERSONAL INJURY SUSTAINED BY ANY PERSON OR ORGANIZATION, AND
         ARISING OUT OF ANY ACT OR OMISSION COMMITTED IN THE CONDUCT OF
         THE NAMED INSURED'S BUSINESS, IF SUCH ACTS OR OMISSIONS OCCUR
         DURING THE POLICY PERIOD WITHIN THE UNITED STATES OF AMERICA, ITS
         TERRITORIES OR POSSESSIONS, OR CANADA, AND THE COMPANY SHALL HAVE
         THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING
         DAMAGES ON ACCOUNT OF SUCH PERSONAL INJURY EVEN IF ANY OF THE
         ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE OR FRAUDULENT,
         AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR
         SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED
         TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE
         APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED
         BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS:    THIS COVERAGE DOES NOT APPLY:

(A)    TO LIABILITY ASSUMED BY THE INSURED UNDER ANY CONTRACT OR AGREEMENT;

                                  G5519-1

                                                    Page 1 of 3 Pages

**Employers Insurance of Wausau**

ENDORSEMENT (Continued)

1726 00 045849                    WOLVERINE WORLD WIDE, INC.

(B)   TO PERSONAL INJURY ARISING OUT OF ANY ACT COMMITTED BY OR AT THE
      DIRECTION OF THE INSURED FOR THE PURPOSE OF CAUSING PERSONAL
      INJURY OR WITH THE KNOWLEDGE THAT IT WILL CAUSE PERSONAL INJURY;

(C)   TO PERSONAL INJURY ARISING OUT OF THE WILFUL VIOLATION OF A PENAL
      STATUTE OR ORDINANCE COMMITTED BY OR WITH THE KNOWLEDGE OR CONSENT
      OF THE INSURED;

(D)   TO PERSONAL INJURY ARISING OUT OF OR RELATED TO ADVERTISING,
      BROADCASTING OR TELECASTING ACTIVITIES CONDUCTED BY OR ON BEHALF
      OF THE NAMED INSURED;

(E)   TO PERSONAL INJURY ARISING OUT OF

      (1)   DISCRIMINATION IN THE NAMED INSURED'S EMPLOYMENT OR LABOR
            PRACTICES, OR

      (2)   DISCRIMINATION OF ANY KIND IN A STATE WHEREIN A STATUTE OR
            RULING OR REGULATION OF ANY COMPETENT AUTHORITY MAKES THE
            AFFORDING OF WRONGFUL DISCRIMINATION COVERAGE ILLEGAL OR
            CONTRARY TO PUBLIC POLICY IN SUCH STATE.

II.   PERSONS INSURED

      EACH OF THE FOLLOWING IS AN INSURED UNDER THIS COVERAGE TO THE
      EXTENT SET FORTH BELOW:

      (A)   IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
            AN INDIVIDUAL, THE PERSON SO DESIGNATED AND HIS SPOUSE;

      (B)   IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
            A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR JOINT
            VENTURE SO DESIGNATED AND ANY PARTNER OR MEMBER THEREOF
            BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

      (C)   IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
            OTHER THAN AN INDIVIDUAL, PARTNERSHIP OR JOINT VENTURE, THE
            ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER,
            DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE
            SCOPE OF HIS DUTIES AS SUCH;

      THIS INSURANCE DOES NOT APPLY TO PERSONAL INJURY ARISING OUT OF
      THE CONDUCT OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE
      INSURED IS A PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN
      THIS POLICY AS A NAMED INSURED.

III.  LIMITS OF LIABILITY - INSURED'S PARTICIPATION

                              G5519-1

15-5724-1  1-73

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849         WOLVERINE WORLD WIDE, INC.

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS OR ORGANIZATIONS WHO SUSTAIN PERSONAL INJURY, OR (3) CLAIMS MADE OR SUITS BROUGHT ON ACCOUNT OF PERSONAL INJURY, THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF PERSONAL INJURY TO WHICH THIS COVERAGE APPLIES SHALL NOT EXCEED THE LIMIT OF PERSONAL INJURY LIABILITY STATED IN THE SCHEDULE AS "AGGREGATE."

IF A PARTICIPATION PERCENTAGE IS STATED IN THE SCHEDULE FOR THE INSURED, THE COMPANY SHALL NOT BE LIABLE FOR A GREATER PROPORTION OF ANY LOSS THAN THE DIFFERENCE BETWEEN SUCH PERCENTAGE AND 100 PERCENT AND THE BALANCE OF THE LOSS SHALL BE BORNE BY THE INSURED; PROVIDED, THE COMPANY MAY PAY THE INSURED'S PORTION OF A LOSS TO EFFECT SETTLEMENT OF THE LOSS, AND, UPON NOTIFICATION OF THE ACTION TAKEN, THE NAMED INSURED SHALL PROMPTLY REIMBURSE THE COMPANY THEREFOR.

IV.  ADDITIONAL DEFINITIONS

WHEN USED IN REFERENCE TO THIS INSURANCE:

"DAMAGES" MEANS ANY DAMAGES WHICH ARE PAYABLE BECAUSE OF PERSONAL INJURY TO WHICH THIS COVERAGE APPLIES;

"PERSONAL INJURY" MEANS (1) ANY INJURY TO THE FEELINGS OR REPUTATION OF A NATURAL PERSON, INCLUDING MENTAL ANGUISH, AND (2) ANY INJURY TO INTANGIBLE PROPERTY SUSTAINED BY ANY PERSON OR ORGANIZATION AS A RESULT OF LIBEL, SLANDER, DEFAMATION, WRONGFUL ENTRY OR EVICTION OR MALICIOUS PROSECUTION; BUT THE TERM "PERSONAL INJURY" SHALL NOT INCLUDE INJURY INCLUDED WITHIN THE DEFINITIONS OF "BODILY INJURY" AND "PROPERTY DAMAGE."

### SCHEDULE

1.  LIMITS OF LIABILITY        $  500,000   AGGREGATE.

2.  INSURED'S PARTICIPATION:   0   %

3.  RATE:   0   % OF TOTAL PREMISES – OPERATIONS BODILY INJURY PREMIUM.

4.  MINIMUM PREMIUM   $ INCLUDED IN COMPOSITE RATE.

5.  ESTIMATED PREMIUM   $ INCLUDED IN COMPOSITE RATE.

ADVANCE PREMIUM $   *   (CLASS CODE 99980)

EXCLUSION (A) IS HEREBY DELETED       * INCLUDED IN         (9840)
                                        COMPOSITE RATE
All other provisions and conditions remain unchanged.       G5519-1
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

### ENDORSEMENT

| Invoice Number | Invoice Date | | | | | Amount Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
| --- | --- | --- | --- | --- | --- | --- |
| 1726 00 045849 | | 3 | | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective   1 1 75   and will terminate with the policy.

Policy Period: From

to   12:01 A.M.   standard time at the address of the named insured as stated herein.

## EMPLOYEE BENEFITS LIABILITY INSURANCE ENDORSEMENT

THE COMPANY AGREES WITH THE NAMED INSURED, SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AS FOLLOWS:

I.  EMPLOYEE BENEFIT LIABILITY COVERAGE.  THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF LOSS SUSTAINED BY ANY EMPLOYEE OR FORMER EMPLOYEE OF THE NAMED INSURED, OR BY THE ESTATE, HEIRS, LEGAL REPRESENTATIVES, BENEFICIARIES OR ASSIGNS OF ANY SUCH EMPLOYEE OR FORMER EMPLOYEE, ARISING OUT OF ANY ACT, ERROR OR OMISSION OCCURRING IN THE ADMINISTRATION OF THE NAMED INSURED'S EMPLOYEE BENEFITS PROGRAM; AND THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING SUCH DAMAGES, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS.

THIS INSURANCE DOES NOT APPLY:

(A)  TO ANY LOSS OR CLAIM ARISING OUT OF

(1)  DISCRIMINATION;

(2)  LIBEL, SLANDER OR HUMILIATION; OR

G5505

Page 1 of 5 Pages

# Employers Insurance of Wausau

### ENDORSEMENT (Continued)

1726 00 045849                          WOLVERINE WORLD WIDE, INC.

   (3)  ANY DISHONEST, FRAUDULENT, CRIMINAL OR MALICIOUS ACT;

(B)  TO ANY LOSS OR CLAIM ARISING OUT OF BODILY INJURY, OR INJURY
TO THE FEELINGS OR REPUTATION OF ANY PERSON, INCLUDING ANY
MENTAL INJURY, OR INJURY TO OR DESTRUCTION OF TANGIBLE
PROPERTY, INCLUDING THE LOSS OF USE THEREOF;

(C)  TO ANY LOSS OR CLAIM ARISING OUT OF FAILURE OF PERFORMANCE
OF ANY CONTRACT BY AN INSURER;

(D)  TO ANY LOSS OR CLAIM BASED UPON THE INSURED'S FAILURE TO
COMPLY WITH ANY LAW CONCERNING WORKMEN'S COMPENSATION,
UNEMPLOYMENT COMPENSATION, SOCIAL SECURITY, OR DISABILITY
BENEFITS;

(E)  TO ANY LOSS OR CLAIM BASED UPON

   (1)  FAILURE OF STOCK OR OTHER INVESTMENTS TO PERFORM AS
REPRESENTED BY THE INSURED;

   (2)  ADVICE ON WHETHER TO PARTICIPATE OR NOT PARTICIPATE
IN ANY STOCK SUBSCRIPTION PLAN;

   (3)  THE INVESTMENT OR NONINVESTMENT OF FUNDS;

   (4)  FINANCIAL FAILURE OF ANY PLAN OR PROGRAM INCLUDED IN
THE NAMED INSURED'S EMPLOYEE BENEFIT PROGRAM.

II.  PERSONS INSURED.  EACH OF THE FOLLOWING IS AN INSURED UNDER THIS
INSURANCE TO THE EXTENT SET FORTH BELOW:

(A)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
AN INDIVIDUAL, THE PERSON SO DESIGNATED BUT ONLY WITH
RESPECT TO THE CONDUCT OF A BUSINESS OF WHICH HE IS THE
SOLE PROPRIETOR, AND THE SPOUSE OF THE NAMED INSURED WITH
RESPECT TO THE CONDUCT OF SUCH A BUSINESS;

(B)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR JOINT
VENTURE SO DESIGNATED AND ANY SUCH PARTNER OR MEMBER THEREOF
BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

(C)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
OTHER THAN AN INDIVIDUAL, PARTNERSHIP, OR JOINT VENTURE,
THE ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER,
DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE
SCOPE OF HIS DUTIES AS SUCH;

(D)  ANY EMPLOYEE OF THE NAMED INSURED AUTHORIZED TO ACT IN THE
ADMINISTRATION OF THE NAMED INSURED'S EMPLOYEE BENEFITS
PROGRAM, WHILE ACTING WITHIN THE SCOPE OF HIS DUTIES IN
CONNECTION THEREWITH;

G5505

# Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849                    WOLVERINE WORLD WIDE, INC.

PROVIDED THAT THE INSURANCE SHALL NOT APPLY TO ANY PERSON
INCLUDED AS A FIDUCIARY UNDER THE EMPLOYEE RETIREMENT INCOME
SECURITY ACT OF 1974, INCLUDING ANY AMENDMENTS AND REGULATIONS
RELATING THERETO, WHILE ACTING IN HIS CAPACITY AS SUCH.

THIS INSURANCE DOES NOT APPLY TO LOSS ARISING OUT OF THE CONDUCT
OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE INSURED IS A
PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN THE POLICY AS A
NAMED INSURED.

III. LIMITS OF LIABILITY; DEDUCTIBLE. THE LIMIT OF LIABILITY STATED
IN THE SCHEDULE OF THIS ENDORSEMENT AS APPLICABLE TO "EACH
CLAIM" IS THE LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES
INCLUDED IN EACH CLAIM TO WHICH THIS INSURANCE APPLIES, PROVIDED
THAT THE TERM "EACH CLAIM" INCLUDES ALL CLAIMS ON ACCOUNT OF ANY
LOSS OR LOSSES SUSTAINED BY ANY ONE EMPLOYEE OR FORMER EMPLOYEE
AND THE ESTATE, HEIRS, LEGAL REPRESENTATIVES, BENEFICIARIES OR
ASSIGNS OF SUCH EMPLOYEE OR FORMER EMPLOYEE, AS THE RESULT OF
ANY ACT, ERROR OR OMISSION OR COMBINATION OF RELATED ACTS, ERRORS
OR OMISSIONS.

SUBJECT TO THE FOREGOING PROVISION RESPECTING THE LIMIT OF
LIABILITY FOR "EACH CLAIM", THE LIMIT OF LIABILITY STATED IN
THE SCHEDULE AS "AGGREGATE" IS THE TOTAL LIMIT OF THE COMPANY'S
LIABILITY FOR ALL DAMAGES BECAUSE OF ALL LOSSES UNDER THIS
INSURANCE.

THE AMOUNT SHOWN IN THE SCHEDULE OF THIS ENDORSEMENT AS THE
"DEDUCTIBLE AMOUNT" SHALL BE DEDUCTED FROM THE TOTAL AMOUNT OF
ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO
PAY AS DAMAGES ON ACCOUNT OF EACH CLAIM, AND THE COMPANY SHALL
BE LIABLE ONLY FOR THE DIFFERENCE BETWEEN SUCH DEDUCTIBLE AMOUNT
AND THE APPLICABLE LIMIT OF LIABILITY. THE TERMS OF THE POLICY
AND THIS ENDORSEMENT, INCLUDING THOSE WITH RESPECT TO NOTICE OF
CLAIMS, SUITS, ACTS, ERRORS AND OMISSIONS, APPLY IRRESPECTIVE
OF THE APPLICATION OF THE DEDUCTIBLE AMOUNT. THE COMPANY MAY
PAY ANY PART OR ALL OF THE DEDUCTIBLE AMOUNT TO EFFECT
SETTLEMENT OF ANY CLAIM OR SUIT AND, UPON NOTIFICATION OF THE
ACTION TAKEN, THE NAMED INSURED SHALL PROMPTLY REIMBURSE THE
COMPANY FOR SUCH PART OF THE DEDUCTIBLE AMOUNT AS HAS BEEN PAID
BY THE COMPANY.

IV. ENDORSEMENT PERIOD; TERRITORY. THE INSURANCE APPLIES ONLY TO
LOSS FOR WHICH CLAIM IS MADE AGAINST THE INSURED WITHIN THE
UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR
CANADA, DURING THE ENDORSEMENT PERIOD, PROVIDED THAT WITH
RESPECT TO ANY SUCH CLAIMS ARISING OUT OF ACTS, ERRORS OR
OMISSIONS OCCURRING PRIOR TO THE EFFECTIVE DATE OF THIS
ENDORSEMENT, THE INSURANCE APPLIES ONLY IF ON THE EFFECTIVE

G5505

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849                  WOLVERINE WORLD WIDE, INC.

DATE OF THIS ENDORSEMENT THE INSURED DID NOT HAVE KNOWLEDGE OF
SUCH PRIOR OCCURRENCES OR ANY OTHER CIRCUMSTANCES THAT HE KNEW
OR OUGHT REASONABLY TO HAVE KNOWN MIGHT RESULT IN A CLAIM UNDER
THIS INSURANCE.

IF DURING THIS ENDORSEMENT PERIOD THE INSURED BECOMES AWARE OF
ANY OCCURRENCES OR CIRCUMSTANCES WHICH MIGHT RESULT IN A CLAIM
OR CLAIMS UNDER THIS INSURANCE, AND NOTICE THEREOF IS GIVEN TO
THE COMPANY AS SOON AS PRACTICABLE, IN ACCORDANCE WITH CONDITION
4 (A) OF THE POLICY, IT IS AGREED THAT ANY SUBSEQUENT CLAIM
ARISING OUT OF SUCH OCCURRENCES OR CIRCUMSTANCES, WHETHER MADE
DURING OR AFTER THE EXPIRATION OF THIS ENDORSEMENT PERIOD, SHALL
BE TREATED AS A CLAIM MADE DURING THIS ENDORSEMENT PERIOD.

V.  ADDITIONAL DEFINITIONS.  WHEN USED IN REFERENCE TO THIS INSURANCE

"ADMINISTRATION" MEANS

(1)  PROVIDING INTERPRETATIONS AND GIVING COUNSEL TO EMPLOYEES
     OF THE NAMED INSURED REGARDING THE NAMED INSURED'S EMPLOYEE
     BENEFITS PROGRAM;

(2)  HANDLING RECORDS IN CONNECTION WITH THE NAMED INSURED'S
     EMPLOYEE BENEFITS PROGRAM;

(3)  EFFECTING THE ENROLLMENT, TERMINATION OR CANCELATION OF
     EMPLOYEES UNDER THE NAMED INSURED'S EMPLOYEE BENEFITS
     PROGRAM;

BUT DOES NOT INCLUDE ANY ACT, ERROR OR OMISSION OF ANY PERSON,
ACTING IN THE CAPACITY OF A FIDUCIARY UNDER THE EMPLOYEE
RETIREMENT INCOME SECURITY ACT OF 1974, INCLUDING ANY
AMENDMENTS AND REGULATIONS RELATING THERETO.

"EMPLOYEE BENEFITS PROGRAM" MEANS ANY OF THE FOLLOWING EMPLOYEE
BENEFIT PLANS AND PROGRAMS MAINTAINED FOR THE BENEFIT OF THE
NAMED INSURED'S EMPLOYEES OR FORMER EMPLOYEES;

(1)  GROUP LIFE INSURANCE, GROUP ACCIDENT AND HEALTH INSURANCE,
     EMPLOYEE PENSION PLANS, EMPLOYEE STOCK SUBSCRIPTION PLANS,
     PROFIT-SHARING PLANS, WORKMEN'S COMPENSATION, UNEMPLOYMENT
     COMPENSATION, SOCIAL SECURITY AND DISABILITY BENEFITS
     INSURANCE;

(2)  ANY EMPLOYEE BENEFIT PLAN OR PROGRAM DESCRIBED IN THE
     SCHEDULE OF THIS ENDORSEMENT;

(3)  ANY OTHER EMPLOYEE BENEFIT PLAN OR PROGRAM ADDED TO THE
     NAMED INSURED'S EMPLOYEE BENEFITS PROGRAM AFTER THE
     EFFECTIVE DATE OF THIS ENDORSEMENT PROVIDED THAT WRITTEN
     NOTICE THEREOF IS GIVEN TO THE COMPANY WITHIN 30 DAYS
     AFTER THE EFFECTIVE DATE THEREOF.

G5505

## Employers Insurance of Wausau

1726 00 045849

ENDORSEMENT (Continued)
WOLVERINE WORLD WIDE, INC.

VI.  ADDITIONAL CONDITIONS.

NOTICE OF CLAIM, SUIT, ACT, ERROR OR OMISSION.  IF ANY CLAIM IS
MADE AGAINST THE INSURED OR IF THE INSURED SHALL LEARN OF ANY
OCCURRENCES OR CIRCUMSTANCES WHICH MIGHT RESULT IN A CLAIM
HEREUNDER, WRITTEN NOTICE SHALL BE GIVEN BY OR ON BEHALF OF THE
INSURED AS SOON AS PRACTICABLE IN ACCORDANCE WITH THE REQUIREMENTS
OF CONDITION 4 (A) OF THE POLICY.

### SCHEDULE

1.  LIMITS OF LIABILITY

$  500,000      EACH CLAIM
$  500,000      AGGREGATE

2.  DEDUCTIBLE

$  1,000        EACH CLAIM

3.  PURSUANT TO SUBDIVISION (2) OF THE DEFINITION OF "EMPLOYEE BENEFITS
PROGRAM," THE DEFINITION OF "EMPLOYEE BENEFITS PROGRAM" ALSO
INCLUDES THE FOLLOWING:

4.  PREMIUM.

NO. OF EMPLOYEES

ESTIMATED
PREMIUM

$  INCLUDED  IN COMPOSITE RATE

All other provisions and conditions remain unchanged.     G5505
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 15-5724-1  1-73

# Employers Insurance of Wausau

**ENDORSEMENT**

| Invoice Number | Invoice Date | | | | | | Amount Due |
| | | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
| 1726 00 045849 | | 4 | | | | |

Named Insured and Address                                Audit Period
  WOLVERINE WORLD WIDE,
  INC.

This Endorsement is effective              1 1 75                   and will terminate with the policy.
Policy Period:   From
              to                                       · 12:01 A.M.   standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS
OF THE POLICY RELATING TO THE FOLLOWING:

      (X)   COMPREHENSIVE GENERAL LIABILITY INSURANCE
      ( )   MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
      ( )   OWNERS', LANDLORDS', AND TENANTS' LIABILITY INSURANCE

### HIRED AND NONOWNED WATERCRAFT ENDORSEMENT

IT IS AGREED THAT:

1. THE EXCLUSION RELATING TO WATERCRAFT DOES NOT APPLY TO ANY
   HIRED OR NONOWNED WATERCRAFT OF THE FOLLOWING KINDS:  (I)
   PRIVATE PASSENGER INBOARD MOTORBOAT LESS THAN 40 FEET
   IN OVERALL LENGTH, (II) PRIVATE PASSENGER SAILBOAT NOT
   EQUIPPED WITH AUXILIARY HORSEPOWER AND LESS THAN 40 FEET
   IN OVERALL LENGTH, OR (III) ANY OUTBOARD MOTORBOAT USED
   IN THE BUSINESS OF THE NAMED INSURED.

2. THE INSURANCE WITH RESPECT TO ANY WATERCRAFT SUBJECT TO
   THIS ENDORSEMENT DOES NOT APPLY WHILE THE WATERCRAFT IS
   RENTED TO OTHERS OR IS USED FOR CARRYING ANY PASSENGER FOR
   A CONSIDERATION.

3. THE INSURANCE WITH RESPECT TO ANY WATERCRAFT SUBJECT TO
   THIS ENDORSEMENT SHALL BE EXCESS INSURANCE OVER ANY OTHER
   VALID AND COLLECTIBLE INSURANCE AVAILABLE TO THE INSURED,
   EITHER AS AN INSURED UNDER A POLICY APPLICABLE WITH RESPECT
   TO SUCH WATERCRAFT OR OTHERWISE.
                    G5507

Page 1 of 2 Pages

Sales Class ____ Kind ___ B _____ Issued ___ 2-20-75U _____

# Employers Insurance of Wausau

ENDORSEMENT  (Continued)

1726 00 045849                    WOLVERINE WORLD WIDE, INC.

4. THE TERM "HIRED WATERCRAFT" AS USED HEREIN MEANS
   A WATERCRAFT USED UNDER CONTRACT IN BEHALF OF, OR
   LOANED TO, OR RENTED TO THE NAMED INSURED.
   THE TERM "NONOWNED WATERCRAFT" AS USED HEREIN MEANS A
   WATERCRAFT NOT OWNED IN WHOLE OR IN PART, OR HIRED
   OR LEASED BY, OR LOANED OR RENTED TO, OR FURNISHED FOR
   THE REGULAR USE OF OR REGISTERED IN THE NAME OF THE
   NAMED INSURED, OR ANY INDIVIDUAL PARTNERS THEREOF,
   IF THE NAMED INSURED IS A PARTNERSHIP.


INCLUDED IN COMPOSITE RATE

G5507

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | Premium | | Dividend | Amount Due |
|---|---|---|---|---|---|---|
| | | | $ | $ | | $ |

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1726 00 045849 | | 5 | | | | |

Named Insured and Address
    WOLVERINE WORLD WIDE,
    INC.

· Audit Period

This Endorsement is effective      1 1 75      and will terminate with the policy.
Policy Period:   From
                 to                12:01 A.M.   standard time at the address of the named insured as stated herein.
THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PRO-
VISIONS OF THE POLICY RELATING TO THE FOLLOWING:

   (X)  COMPREHENSIVE GENERAL LIABILITY INSURANCE


      MEDICAL MALPRACTICE LIABILITY INSURANCE ENDORSEMENT

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED FOR BODILY INJURY LIA-
BILITY APPLIES TO LIABILITY OF THE INSURED BECAUSE OF ANY INJURY RE-
SULTING AT ANY TIME FROM MEDICAL MALPRACTICE COMMITTED DURING THE
POLICY PERIOD SUBJECT TO THE FOLLOWING ADDITIONAL PROVISIONS:

· 1.  ADDITIONAL DEFINITION.

      THE TERM "MEDICAL MALPRACTICE" INCLUDES ANY MALPRACTICE, ERROR OR
      MISTAKE IN THE RENDERING OF OR FAILURE TO RENDER MEDICAL, SURGI-
      CAL, DENTAL, X-RAY OR NURSING SERVICE OR TREATMENT.

  2.  ADDITIONAL EXCLUSION.

      THE INSURANCE DOES NOT APPLY TO LIABILITY ASSUMED BY THE INSURED
      UNDER ANY CONTRACT OR AGREEMENT.

  3.  PERSONS INSURED.

      THE INSURANCE AFFORDED FOR INJURY ARISING OUT OF MEDICAL MAL-
      PRACTICE DOES NOT APPLY TO ANY PERSON WITH RESPECT TO MEDICAL
      MALPRACTICE COMMITTED BY HIM UNLESS DESIGNATED AS AN INSURED IN ·

                           G5523

                                              Page 1 of 3 Pages

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849 WOLVERINE WORLD WIDE, INC.


THE SCHEDULE BELOW, AND THE INSURANCE SHALL THEN APPLY ONLY AS EXCESS INSURANCE UNDER ANY OTHER VALID AND COLLECTIBLE INSURANCE AVAILABLE TO SUCH INSURED.

4. LIMITS OF LIABILITY.

WITH RESPECT TO THE INSURANCE AFFORDED FOR INJURY ARISING OUT OF MEDICAL MALPRACTICE, THE "LIMITS OF LIABILITY" PROVISIONS APPLI-CABLE TO COVERAGE A ARE REPLACED BY THE FOLLOWING:

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS WHO SUSTAIN INJURY, OR (3) CLAIMS MADE OR SUITS BROUGHT ON ACCOUNT OF INJURY ARISING OUT OF MEDICAL MALPRACTICE, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF ALL INJURY TO ANY ONE PERSON AS THE RESULT OF MEDICAL MAL-PRACTICE SHALL NOT EXCEED THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE AS "EACH PERSON AGGREGATE". SUBJECT TO THE FOREGOING PROVISION REGARDING "EACH PERSON AGGREGATE", THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES BECAUSE OF ALL INJURY TO ALL PERSONS AS THE RESULT OF MEDICAL MALPRACTICE SHALL NOT EXCEED THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE AS "GENERAL AGGRE-GATE".

5. AMENDED AND ADDITIONAL CONDITIONS.

A. INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT. IF AT ANY TIME THE INSURED BECOMES AWARE OF ANY EVENT WHICH HE HAS REASON TO BELIEVE MAY RESULT IN A CLAIM OR SUIT UNDER THIS ENDORSEMENT, WRITTEN NOTICE SHALL BE GIVEN BY OR FOR THE INSURED TO THE COMPANY IN ACCORDANCE WITH THE NOTICE REQUIRE-MENTS OF THE CONDITION TITLED "INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT".

B. LIMITATION OF COVERAGE UNDER OTHER LIABILITY INSURANCE. EXCEPT AS PROVIDED HEREIN, THE POLICY DOES NOT APPLY TO INJURY RE-SULTING FROM MEDICAL MALPRACTICE.

G5523

# Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849            WOLVERINE WORLD WIDE, INC.

SCHEDULE

LIMITS OF LIABILITY:

$ __500,000__  EACH PERSON AGGREGATE

$ __500,000__  GENERAL AGGREGATE

DESIGNATED INSUREDS

INCLUDED IN COMPOSITE RATE

G5523

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-72                        15-62-3                        Page 3 of 3 Pages

# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | Premium | Dividend | Amount Due |
|---|---|---|---|---|
| | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1726 00 045849 | | 6 | | | |

Named Insured and Address

    WOLVERINE WORLD WIDE,
    INC.

Audit Period

This Endorsement is effective    1 1 75      and will terminate with the policy.
Policy Period:   From

         to          12:01 A.M.    standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PROVISIONS OF THE POLICY RELATING TO THE FOLLOWING:

      (X) COMPREHENSIVE GENERAL LIABILITY INSURANCE

          WORLD-WIDE COVERAGE ENDORSEMENT
               (BROAD FORM)

IT IS AGREED THAT:

  1. THE DEFINITION OF "POLICY TERRITORY" IS REPLACED BY THE FOLLOWING:

      "POLICY TERRITORY" MEANS ANYWHERE IN THE WORLD.

  2. WITH RESPECT TO CLAIMS MADE OR SUITS INSTITUTED IN COURTS ELSE-
WHERE THAN WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES
OR POSSESSIONS, OR CANADA, THE COMPANY SHALL HAVE THE RIGHT,
BUT NOT THE DUTY, TO DEFEND ANY SUCH SUIT AND TO MAKE SUCH
INVESTIGATION, NEGOTIATION AND SETTLEMENT OF ANY SUCH
CLAIM OR SUIT AS IT DEEMS EXPEDIENT; PROVIDED, IN ANY CASE IN
WHICH THE COMPANY ELECTS NOT TO INVESTIGATE, SETTLE OR DEFEND,
THE INSURED, UNDER THE SUPERVISION OF THE COMPANY, WILL MAKE OR
CAUSE TO BE MADE SUCH INVESTIGATION AND DEFENSE AS MAY BE
REASONABLY NECESSARY AND, SUBJECT TO PRIOR AUTHORIZATION BY
THE COMPANY, WILL EFFECT TO THE EXTENT POSSIBLE SUCH
SETTLEMENT OR SETTLEMENTS AS THE COMPANY AND THE INSURED DEEM
PRUDENT. THE COMPANY SHALL REIMBURSE THE INSURED FOR THE
REASONABLE COST OF ANY SUCH INVESTIGATION, SETTLEMENT OR
DEFENSE, IN CURRENCY OF THE UNITED STATES AT THE RATE OF
EXCHANGE PREVAILING ON THE DATE OF PAYMENT.
                    G5511A

Page 1 of 2 Pages

Sales Class    Kind    R

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849        WOLVERINE WORLD WIDE, INC.

3. EXCEPT WITH RESPECT TO PRODUCTS WHICH ARE SOLD FOR USE OR CONSUMPTION WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA, THE INSURANCE AFFORDED WITH RESPECT TO THE NAMED INSURED'S PRODUCTS APPLIES ONLY TO THE NAMED INSURED'S PRODUCTS MANUFACTURED WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA.

4. THE COMPANY IS NOT AN ADMITTED OR AUTHORIZED INSURER OUTSIDE OF THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR CANADA, AND THE COMPANY ASSUMES NO RESPONSIBILITY FOR THE FURNISHING OF CERTIFICATES OR EVIDENCE OF INSURANCE, OR BONDS, OF FOR COMPLIANCE IN ANY WAY WITH THE LAWS OF OTHER COUNTRIES RELATING TO LIABILITY INSURANCE.

5. IF THE INSURED HAS OTHER INSURANCE AGAINST A LOSS COVERED HEREUNDER, THIS INSURANCE SHALL NOT APPLY TO THE EXTENT THAT ANY VALID AND COLLECTIBLE INSURANCE, WHETHER ON A PRIMARY, EXCESS OR CONTINGENT BASIS, IS AVAILABLE TO THE INSURED.

6. THE INSURANCE AFFORDED BY THIS ENDORSEMENT APPLIES ONLY TO THE FOLLOWING INSUREDS:    WOLVERINE WORLD WIDE, INC.
                                     W.W.W. RETAIL, INC.
                                     UNITED PARTS DISTRIBUTORS OF MICHIGAN,
                                     ALL PARTS, INC.                 INC.

INCLUDED IN COMPOSITE RATE

G5511A

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

16-5724-1 1-73

# Employers Insurance of Wausau

### PERSONS INSURED
### EXECUTIVE OFFICERS AND EMPLOYEES

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1726 00 045849 | | 7 | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

This Endorsement is effective    1 1 75    and will terminate with the policy.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
- (X) COMPREHENSIVE GENERAL LIABILITY INSURANCE
- ( ) MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
- ( ) OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
- ( ) OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
- ( ) STOREKEEPERS' INSURANCE

---

It is agreed that the "Persons Insured" provision is amended as follows:

Subdivision (c) is replaced by the following:

(c)   if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and

    (i)   any director or stockholder thereof while acting within the scope of his duties as such; and

    (ii)   any executive officer of the named insured while acting within the scope of his employment for the named insured.

    The term "executive officer" means any person holding any of the officer positions created by the charter or bylaws of the named insured.

2.   The word "insured" also includes any employee of the named insured while acting within the scope of his employment for the named insured; provided, that no person shall be an insured under this paragraph with respect to:

(a)   bodily injury to (i) any fellow employee of such person injured in the course of his employment or (ii) the named insured or (iii) if the named insured is a partnership or joint venture, any partner or member thereof;

(b)   property damage to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by (i) another employee of the named insured or (ii) the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof.

All other provisions and conditions remain unchanged.

Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 9-73                                   515-5692                                   G5411



## Employers Insurance of Wausau

**ADDITIONAL INSURED**
(Vendors)

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1726 00 045849 | | 8 | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective    1 1 75    and will terminate with the policy.

Policy Period: From
to    12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
( X )   COMPREHENSIVE GENERAL LIABILITY INSURANCE
(   )   COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated below (herein referred to as "vendor"), as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated below subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:
   (a) any express warranty, or any distribution or sale for a purpose, unauthorized by the named insured;
   (b) bodily injury or property damage arising out of
      (i) any act of the vendor which changes the condition of the products,
      (ii) any failure to maintain the product in merchantable condition,
      (iii) any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products, or
      (iv) products which after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor;
   (c) bodily injury or property damage occurring within the vendor's premises.
2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

**SCHEDULE**

Name of Person or Organization: ANY PERSON OR ORGANIZATION PURCHASING GOODS OR PRODUCTS FROM THE NAMED INSURED FOR THE PURPOSE OF RESALE.

Named Insured's Products: ALL PRODUCTS OF THE NAMED INSURED

INCLUDED IN COMPOSITE RATE

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

(M) 11-74  PRTD. USA                    560-114                    G114

# Employers Insurance of Wausau

### ADDITIONAL INSURED
(Premises Leased to the Named Insured)

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1726 00 045849 | | 9 | | | |

Named Insured and Address
WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective
Policy Period:   From   **1 1 75**   and will terminate with the policy.
    to    12:01 A.M.,   standard time at the address of the named insured as stated herein.

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

(X)  COMPREHENSIVE GENERAL LIABILITY INSURANCE
( )  MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
( )  OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
( )  STOREKEEPER'S INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to include as an insured the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the named insured, and subject to the following additional exclusions:

The insurance does not apply:

1. to any occurrence which takes place after the named insured ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

### SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Premiums Bodily Injury Liability | Premiums Property Damage Liability |
|---|---|---|---|
| 1. LAND LEASED TO WOLVERINE SERVICE CLUB INC. FOR CAMPING SITE | CONSUMERS POWER CO. | | INCLUDED IN COMPOSITE RATE |
| 2. ALL PREMISES LEASED TO NAMED INSURED AND INSUREDS NAMED IN ENDORSEMENT #1 | LESSORS WHERE LEASE AGREEMENT REQUIRES LESSEE TO NAME LESSOR AS ADDITIONAL INSURED ON LESSEE'S POLICY | | |

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

# Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | Premium | Dividend | Amount Due |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| Policy Number | Assn. | End. No. | T | Representative | Alpha Code |
|---|---|---|---|---|---|
| 1726 00 045849 | | 10 | | | |

Named Insured and Address

WOLVERINE WORLD WIDE, INC.

Audit Period

This Endorsement is effective   1 1 75   and will terminate with the policy.
Policy Period:   From
to   12:01 A.M.   standard time at the address of the named insured as stated herein.

HOST LIQUOR LIABILITY ENDORSEMENT

THIS ENDORSEMENT DOES NOT MODIFY ANY COVERAGE PART FORMING A PART OF THIS POLICY.

### SCHEDULE

THE LIMIT OF THE COMPANY'S LIABILITY AGAINST EACH SUCH COVERAGE SHALL BE AS STATED HEREIN, SUBJECT TO ALL THE TERMS OF THIS ENDORSEMENT HAVING REFERENCE THERETO.

| COVERAGES | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|
| INJURY TO PERSON | $ 500,000<br>$ 500,000 | EACH PERSON<br>EACH OCCURRENCE | $ INCLUDED |
| INJURY TO PROPERTY | $ 100,000 | | $ IN |
| INJURY TO MEANS OF SUPPORT | $ 100,000 | | $COMPOSITE |
| | | TOTAL PREMIUM | $ RATE |

### COVERAGE

THE COMPANY, IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL OF THE PROVISIONS OF THE POLICY NOT EXPRESSLY MODIFIED HEREIN, AGREES WITH THE NAMED INSURED AS FOLLOWS:

I.   COVERAGE AGREEMENT.

G5516

Page 1 of 4 Pages

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849                    WOLVERINE WORLD WIDE, INC.

THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE
INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BY REASON
OF THE PROVISIONS OF ANY CIVIL DAMAGE ACT, BECAUSE OF INJURY CAUSED
BY THE GIVING, FURNISHING OR DELIVERING OF ALCOHOLIC LIQUOR TO ANY
PERSON OR PERSONS BY THE INSURED, AND THE COMPANY SHALL HAVE THE
RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING SUCH
DAMAGES, EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS,
FALSE, OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLEMENT
OF ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL
NOT BE OGLIGATED TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT
AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN
EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSIONS:

THIS INSURANCE DOES NOT APPLY:

(A)   TO INJURY TO PERSON SUSTAINED BY ANY PERSON WHILE ENGAGED IN
      THE EMPLOYMENT OF THE NAMED INSURED;

(B)   TO INJURY TO THE MEANS OF SUPPORT OF ANY PERSON AS THE RESULT
      OF ANY INJURY TO PERSON SUSTAINED BY SUCH PERSON WHILE EN-
      GAGED IN THE EMPLOYMENT OF THE NAMED INSURED;

(C)   TO INJURY TO

      (1)   PROPERTY OWNED OR OCCUPIED BY, LEASED OR RENTED TO THE
            INSURED,

      (2)   PROPERTY USED BY THE INSURED, OR

      (3)   PROPERTY IN THE CARE, CUSTODY OR CONTROL OF THE INSURED
            OR AS TO WHICH THE INSURED IS FOR ANY PURPOSE EXERCISING
            PHYSICAL CONTROL;

(D)   TO ANY INJURY WITH RESPECT TO WHICH INSURANCE IS AFFORDED BY
      THE PROVISIONS OF THE POLICY RELATING TO BODILY INJURY
      LIABILITY OR PROPERTY DAMAGE LIABILITY;

(E)   TO ANY GIVING, FURNISHING OR DELIVERING OF ALCOHOLIC LIQUOR
      FOR WHICH THE INSURED MAY BE HELD LIABLE AS A PERSON OR
      ORGANIZATION ENGAGED IN THE BUSINESS OF MANUFACTURING, DIS-
      TRIBUTING, SELLING OR SERVING ALCOHOLIC BEVERAGES OR AS AN
      OWNER OR LESSOR OF PREMISES USED FOR SUCH PURPOSES.

II.   PERSONS INSURED.

      EACH OF THE FOLLOWING IS AN INSURED UNDER THIS INSURANCE TO THE
      EXTENT SET FORTH BELOW:

                              G5516

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849                          WOLVERINE WORLD WIDE, INC.

(A)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS
     AS AN INDIVIDUAL, THE PERSON SO DESIGNATED BUT ONLY
     WITH RESPECT TO THE CONDUCT OF A BUSINESS OF WHICH HE
     IS THE SOLE PROPRIETOR;

(B)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS
     AS A PARTNERSHIP OR JOINT VENTURE, THE PARTNERSHIP OR
     JOINT VENTURE SO DESIGNATED AND ANY PARTNER OR MEMBER
     THEREOF BUT ONLY WITH RESPECT TO HIS LIABILITY AS SUCH;

(C)  IF THE NAMED INSURED IS DESIGNATED IN THE DECLARATIONS AS
     OTHER THAN AN INDIVIDUAL, PARTNERSHIP OR JOINT VENTURE,
     THE ORGANIZATION SO DESIGNATED AND ANY EXECUTIVE OFFICER,
     DIRECTOR OR STOCKHOLDER THEREOF WHILE ACTING WITHIN THE
     SCOPE OF HIS DUTIES AS SUCH;

(D)  ANY PERSON (OTHER THAN AN EMPLOYEE OF THE NAMED INSURED) OR
     ORGANIZATION WHILE ACTING AS REAL ESTATE MANAGER FOR THE
     NAMED INSURED.

THIS INSURANCE DOES NOT APPLY TO INJURY ARISING OUT OF THE CONDUCT
OF ANY PARTNERSHIP OR JOINT VENTURE OF WHICH THE INSURED IS A
PARTNER OR MEMBER AND WHICH IS NOT DESIGNATED IN THIS POLICY AS A
NAMED INSURED.

III.  LIMITS OF LIABILITY.

REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2)
PERSONS OR ORGANIZATIONS WHO SUSTAIN INJURY, OR (3) CLAIMS MADE OR
SUITS BROUGHT ON ACCOUNT OF ANY INJURY, THE COMPANY'S LIABILITY
IS LIMITED AS FOLLOWS:

    INJURY TO PERSON.  WITH RESPECT TO THE INSURANCE AFFORDED
    FOR INJURY TO PERSON, THE LIMIT OF LIABILITY STATED IN THE
    SCHEDULE AS APPLICABLE TO "EACH PERSON" IS THE LIMIT OF THE
    COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PERSON SUSTAINED
    BY ONE PERSON IN ANY ONE OCCURRENCE, OR SUSTAINED BY ONE
    PERSON IN ANY SERIES OF OCCURRENCES, ARISING OUT OF ONE CASE
    OF INTOXICATION; AND THE LIMIT OF SUCH LIABILITY STATED IN THE
    SCHEDULE AS APPLICABLE TO "EACH OCCURRENCE" IS, SUBJECT TO THE
    ABOVE PROVISION RESPECTING EACH PERSON, THE TOTAL LIMIT OF
    THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO PERSON
    SUSTAINED BY ALL PERSONS INJURED IN ANY ONE OCCURRENCE, OR
    SERIES OF OCCURRENCES ARISING OUT OF ANY ONE CASE OF
    INTOXICATION.

                              G5516

## Employers Insurance of Wausau

ENDORSEMENT (Continued)

1726 00 045849          WOLVERINE WORLD WIDE, INC.

INJURY TO PROPERTY. THE LIMIT OF LIABILITY STATED IN THE
SCHEDULE AS APPLICABLE TO "INJURY TO PROPERTY" IS THE TOTAL
LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF INJURY TO
PROPERTY RESULTING FROM ANY ONE OCCURRENCE, OR SERIES OF
OCCURRENCES ARISING OUT OF ANY ONE CASE OF INTOXICATION.

INJURY TO MEANS OF SUPPORT. THE LIMIT OF LIABILITY STATED
IN THE SCHEDULE AS APPLICABLE TO "INJURY TO MEANS OF SUPPORT"
IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY ON ACCOUNT OF
ALL PERSONS WHO SHALL BE INJURED IN MEANS OF SUPPORT ON
ACCOUNT OF ANY ONE OCCURRENCE, OR SERIES OF OCCURRENCES
ARISING OUT OF ANY ONE CASE OF INTOXICATION, OR ON ACCOUNT
OF ALL PERSONS WHO SHALL BE INJURED IN MEANS OF SUPPORT BY
REASON OF THE FAILURE OF ANY ONE PERSON TO FURNISH MEANS OF
SUPPORT.

IV.   ENDORSEMENT PERIOD; TERRITORY.

THIS INSURANCE APPLIES ONLY TO INJURY OCCURRING DURING THE POLICY
PERIOD WITHIN THE POLICY TERRITORY IN CONSEQUENCE OF THE GIVING,
FURNISHING, OR DELIVERING OF ALCOHOLIC LIQUOR DURING THE POLICY
PERIOD.

V.    POLICY CONDITIONS.

THE CONDITIONS OF THE POLICY CAPTIONED "INSPECTION AND AUDIT,"
"INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT,"
"ACTION AGAINST COMPANY," "OTHER INSURANCE," "SUBROGATION,"
"CHANGES," "ASSIGNMENT," "THREE-YEAR POLICY," "CANCELATION,"
AND "DECLARATIONS" APPLY TO THE INSURANCE AFFORDED BY THIS
ENDORSEMENT.

VI.   ADDITIONAL AND AMENDED DEFINITIONS.

WHEN USED IN REFERENCE TO THIS INSURANCE, THE WORD "OCCURRENCE"
MEANS AN ACCIDENT, INCLUDING INJURIOUS EXPOSURE TO CONDITIONS,
WHICH RESULTS, DURING THE ENDORSEMENT PERIOD, IN AN INJURY
NEITHER EXPECTED NOR INTENDED FROM THE STANDPOINT OF THE INSURED.

WHEN USED IN REFERENCE TO THIS INSURANCE, THE UNQUALIFIED WORD
"INJURY" MEANS INJURY IN PERSON OR PROPERTY, OR INJURY TO THE
MEANS OF SUPPORT OF ANY PERSON.

G5516

All other provisions and conditions remain unchanged.
Issued by the Company providing the insurance afforded by this policy as designated on the declarations page made a part hereof.

## Employers Insurance of Wausau

ENDORSEMENT

| Invoice Number | Invoice Date | | | | | Amount Due |
|---|---|---|---|---|---|---|

$

| Policy Number | Assn. | End. No. | T | Representative | | Alpha Code |
|---|---|---|---|---|---|---|
| 1726 00 045849 | | 11 | | | | |

Named Insured and Address
WOLVERINE WORLD WIDE,
INC.,

Audit Period

This Endorsement is effective          1 1 75          and will terminate with the policy.
Policy Period:  From
              to                                12:01 A.M.  standard time at the address of the named insured as stated herein.

THIS ENDORSEMENT MODIFIES SUCH INSURANCE AS IS AFFORDED BY THE PRO-
VISIONS OF THE POLICY RELATING TO THE FOLLOWING:

        (X)  COMPREHENSIVE GENERAL LIABILITY INSURANCE

            NOTICE OF CANCELATION

THIS INSURANCE WILL NOT BE CANCELED BY THIS INSURANCE COMPANY NOR
ANY CHANGES MADE IN THE POLICY WHICH CHANGE, RESTRICT, OR REDUCE THE
INSURANCE PROVIDED OR CHANGE THE NAME OR THE INSURED, WITHOUT FIRST
GIVING TEN DAYS NOTICE IN WRITING TO THE CONSUMERS POWER COMPANY,
JACKSON, MICHIGAN, AS EVIDENCED BY RECEIPT OF REGISTERED LETTER.

IT IS AGREED THAT THE ABOVE NOTICE OF CANCELATION APPLIES IN RESPECT
TO THE FOLLOWING DESIGNATED PREMISES:

        DESIGNATION OF PREMISES FOR CONSUMERS POWER COMPANY
            (PART LEASED TO NAMED INSURED)

A PARCEL OF LAND IN THE N½ OF THE NE 1/4 OF SEC. 22, T13N, R11W,
DESCRIBED AS BEGINNING AT A POINT ON THE CENTER LINE OF THE FORMER
WHITNEY BRIDGE ROAD 100' SOUTHEASTERLY OF THE WATER'S EDGE OF THE
MUSKEGON RIVER (HARDY POND), MEASURED ALONG THE CENTER LINE OF SAID
FORMER WHITNEY BRIDGE ROAD; THENCE SOUTHEASTERLY ALONG THE CENTER
LINE OF SAID ROAD 240'; THENCE N 56 DEGREES 00'00" E., 480';
THENCE N 20 DEGREES 00'00"W, 270' TO THE WATER'S EDGE OF SAID MUSK-
EGON RIVER (HARDY POND) 400', MORE OR LESS, TO A POINT 300 NORTH-

            H.O. SPECIAL 9 13 73

Page 1 of 2 Pages

Sales Class          Kind          B                    Issued  2 21 75V