IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE AMERICAN INSURANCE COMPANY, *et al.*, | ) No. 1:19-CV-00010 ) ) ) |
| Defendants. | ) ) ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Federal Rule of Civil Procedure 7.1, Counsel of record for Federal Insurance Company hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"): Federal Insurance Company is a wholly owned subsidiary of Chubb INA Holding, Inc.  Chub INA Holdings Inc. is 80% owned by Chubb Group Holding Inc. and 20% owned by Chubb Limited.  Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited.  Chubb Limited, the ultimate parent corporation, is publicly traded (NYSE: CB).

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"): None.

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):  Chubb Limited.

2. If the subject organization is a limited liability company or a limited liability partnership, its members state of citizenship: Not Applicable.

                        Respectfully submitted,

                        FEDERAL INSURANCE COMPANY

Dated: January 14, 2019            By: */s/ Brian C. Coffey*

                        William M. Cohn
                        Brian C. Coffey
                        COHN BAUGHMAN & SERLIN
                        333 West Wacker Drive, Suite 900
                        Chicago, Illinois 60606
                        (312) 753-6606 – Telephone
                        (312) 753-6601 – Facsimile
                        william.cohn@mclolaw.com
                        brian.coffey@mclolaw.com

                        -AND-

Dated: January 14, 2019            By: */s/ Bradley K. Glazier*

                        BOS & GLAZIER, P.L.C.
                        990 Monroe Avenue, N.W.
                        Grand Rapids, MI  49503
                        (616) 458-6814
                        bglazier@bosglazier.com