# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN (SOUTHERN DIVISION (1))

WOLVERINE WORLD WIDE, INC.,
a Delaware corporation
formerly known as
Wolverine Shoe & Tanning Corporation

        Plaintiff,

v

AMERICAN INSURANCE COMPANY, THE,
an Ohio corporation, et al,

        Defendants.

Case No.: 1:19-cv-00010-JTN-ESC

Related Cases:  1:17-cv-00039-JTN-ESC
                        1:18-cv-00039-JTN-ESC
                        1:18-cv-01302-JTN-ESC
Kent County Circuit Court, 18-11116-CBB

Judge Janet T. Neff
Magistrate Judge Ellen S. Carmody

## **SPECIAL MASTER INITIAL CASE MANAGEMENT/SCHEDULING ORDER**

The Special Master having reviewed the Court filings, the Joint Status Report in Advance of Status Conference, email submissions of the parties and having reviewed the case law cited by the parties enters the following Order for Initial Case Management/Scheduling Order:

| | | |
|---|---|---|
| Stipulations to Join Parties or Amend Pleadings | | By motion |
| Rule 26(a)(1) Disclosures (including lay witnesses) | Plaintiff:<br>Defendants: | August 2, 2019<br>August 2, 2019 |
| Disclose name, address, area of expertise and a short summary of expected testimony of expert witnesses pursuant to Rule 26(a)(2)(A) | Plaintiff:<br>Defendants: | September 13, 2019<br>October 11, 2019 |
| Disclosure of Expert Reports pursuant to Rule 26(a)(2)(B) | Plaintiff:<br>Defendants: | November 15, 2019<br>December 13, 2019 |
| Completion of Discovery[1] relative to the duty to defend and exhaustion of policies | | January 10, 2020 |
| Dispositive Motions relative to the duty to defend and exhaustion of policies | | February 14, 2020 |

---

[1] A conference shall be scheduled at a date determined by the Special Master to discuss discovery relative to the duty to indemnify, alternative dispute resolution, and any remaining issues.

1. <u>Joinder of Parties and Amendment of Pleadings</u>: All stipulations for joinder of parties and all stipulations to amend the pleadings must be filed by the date set forth in the table above to ensure amendment as a matter of consent under Rule 15(a)(2). Proposed amendments after the noted date are by leave of Court and the Special Master.

2. <u>Disclosures and Exchanges</u>: Deadlines for exchange of Rule 26(a)(1) disclosures, names of lay witnesses, identification of experts, production of documents, and disclosure of expert reports under Rule 26(a)(2), if applicable, are ordered as set forth in the table above.

3. <u>Discovery</u>: All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date. All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of discovery. All depositions must be completed before the close of discovery.

Date: July 11, 2019  /s/ Paula J. Manderfield
 SPECIAL MASTER PAULA J. MANDERFIELD