**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.                                                  Case No. 1:19-cv-00010-JTN-ESC

THE AMERICAN INSURANCE COMPANY, et al.,   Honorable Janet T. Neff
                                                                   Mag. Judge Ellen S. Carmody

    Defendants.

## **CERTIFICATE OF SERVICE**

I, Erika P. Weiss, an attorney, certify that on August 23, 2019, a true and correct copy of **PLAINTIFF WOLVERINE WORLD WIDE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST JOINT SET OF INTERROGATORIES AND ACCOMPANYING REQUESTS FOR PRODUCTION** was served upon counsel for all Defendants via U.S. Mail and e-mail, and that this certificate of service was filed with the Clerk of Court.

Dated: August 26, 2019

                                                                 *s/ Erika P. Weiss*
                                                                 Charles M. Denton
                                                                  Erika P. Weiss
                                                                  BARNES & THORNBURG LLP
                                                                  171 Monroe Ave. NW, Suite 1000
                                                                  Grand Rapids, MI 49503
                                                                  Telephone: (616) 742-3930
                                                                  Charles.Denton@btlaw.com
                                                                  Erika.Weiss@btlaw.com

                                                                  Kevin B. Dreher
                                                                  REED SMITH LLP
                                                                  10 South Wacker Drive, 40th Floor
                                                                  Chicago, IL 60606-7507
                                                                  Telephone: (312) 207-1000
                                                                  Facsimile: (312) 207-6400
                                                                  kdreher@reedsmith.com

                                                                  *Counsel for Wolverine World Wide,
                                                                  Inc., f/k/a Wolverine Shoe & Tanning
                                                                  Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019 a copy of the foregoing pleading was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dated: August 26, 2019

*s/ Erika P. Weiss*
Charles M. Denton
Erika P. Weiss
BARNES & THORNBURG LLP
171 Monroe Ave. NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Charles.Denton@btlaw.com
Erika.Weiss@btlaw.com

Kevin B. Dreher
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
kdreher@reedsmith.com

*Counsel for Wolverine World Wide, Inc., f/k/a Wolverine Shoe & Tanning Corporation*