**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.                                                      Case No. 1:19-cv-00010-JTN-ESC

THE AMERICAN INSURANCE COMPANY, et al.,    Honorable Janet T. Neff
                                                                  Mag. Judge Ellen S. Carmody

    Defendants.

## CERTIFICATE OF SERVICE

I, Erika P. Weiss, an attorney, certify that on August 23, 2019, a true and correct copy of **PLAINTIFF WOLVERINE WORLD WIDE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S FIRST SET OF REQUESTS FOR ADMISSION AND INTERROGATORIES TO WOLVERINE WORLD WIDE AND ACCOMPANYING REQUESTS FOR PRODUCTION** was served upon counsel for all Defendants via U.S. Mail and e-mail, and that this certificate of service was filed with the Clerk of Court.

Dated: August 26, 2019

                                                          *s/ Erika P. Weiss*
                                                          Charles M. Denton
                                                          Erika P. Weiss
                                                          BARNES & THORNBURG LLP
                                                          171 Monroe Ave. NW, Suite 1000
                                                          Grand Rapids, MI 49503
                                                          Telephone: (616) 742-3930
                                                          Charles.Denton@btlaw.com
                                                          Erika.Weiss@btlaw.com

                                                          Kevin B. Dreher
                                                          REED SMITH LLP
                                                          10 South Wacker Drive, 40th Floor
                                                          Chicago, IL 60606-7507
                                                          Telephone: (312) 207-1000
                                                          Facsimile: (312) 207-6400
                                                          kdreher@reedsmith.com

*Counsel for Wolverine World Wide, Inc., f/k/a Wolverine Shoe & Tanning Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019 a copy of the foregoing pleading was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dated: August 26, 2019

*s/ Erika P. Weiss*
Charles M. Denton
Erika P. Weiss
BARNES & THORNBURG LLP
171 Monroe Ave. NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Charles.Denton@btlaw.com
Erika.Weiss@btlaw.com

Kevin B. Dreher
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
kdreher@reedsmith.com

*Counsel for Wolverine World Wide, Inc., f/k/a Wolverine Shoe & Tanning Corporation*