## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, et. al,

    Defendants.

Case No. 1:19-cv-00010-JTN-SJB

Honorable Janet T. Neff
Mag. Judge Sally J. Berens
Special Master Paula Manderfield

### **STIPULATION PURSUANT TO RULE 29 REGARDING DISCOVERY**

It is hereby stipulated and agreed, by and between Wolverine World Wide, Inc. ("Wolverine") and American Insurance Company ("AIC"), by and through their attorneys, that the due date for service of AIC's responses to Wolverine's First Set of Requests for Admission and Accompanying Interrogatories and Requests for Production and AIC's responses to Wolverine's Second Set of Requests for Admission and Accompanying Interrogatories and Requests for Production is hereby extended to April 21, 2020.

Stipulated and agreed:

| | |
|---|---|
| *s/Kevin B. Dreher (with permission)* | *s/ Stephanie M. Brochert* |
| Kevin B. Dreher | Bradford S. Moyer (P51481) |
| Reed Smith LLP | PLUNKETT COONEY |
| 10 S. Wacker Drive, 40th Floor | Bridgewater Place |
| Chicago, IL 60606 | 333 Bridge N.W., Suite 530 |
| T: (312) 207-1000 | Grand Rapids, MI 49504 |
| F: (312) 207-6400 | T: (269) 382-5935 |
| kdreher@reedsmith.com | bmoyer@plunkettcooney.com |
| | |
| Charles M. Denton | Stephanie M. Brochert (P81710) |
| Erika P. Weiss | PLUNKETT COONEY |
| Barnes & Thornburg, LLP | 38505 Woodward Avenue, Suite 100 |
| 171 Monroe Avenue NW, Suite 1000 | Bloomfield Hills, MI 48304 |

Grand Rapids, MI 49503  
T: (616) 742-3930  
charles.denton@btlaw.com  
erika.weiss@btlaw.com  

***Attorneys for Plaintiff Wolverine World Wide, Inc., f/k/a Wolverine Shoe & Tanning Corporation***

Dated: April 6, 2020

T: (248) 901-4000  
sbrochert@plunkettcooney.com  

***Attorneys for Defendant The American Insurance Company***

Open.26453.90148.23842912-1