IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, et al.,

    Defendants.

Case No. 1:19-cv-00010-JTN-ESC

Honorable Janet T. Neff
Mag. Judge Sally J. Berens
Special Master Paula Manderfield

## CERTIFICATE OF SERVICE

I do hereby certify that on the 1st day of June, 2020, I served the ***Defendants' First Joint Set of Phase II Requests for Production of Documents to Wolverine World Wide*** via electronic mail to Plaintiff's counsel and filed this Certificate of Service with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

                                        *s/Drew L. Block*
                                        PLUNKETT COONEY

Open.06900.81530.24276431-1