**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.                                                                          Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et al.,          Honorable Janet T. Neff
                                                                                        Mag. Judge Sally J. Berens
    Defendants.                                                    Special Master Paula Manderfield

## JOINT STIPULATION FOR EXTENSION OF TIME

Wolverine World Wide, Inc. ("Wolverine") and the Defendants hereby stipulate and agree, by and through their attorneys, that the due date for objecting and responding to Defendants' First Joint Set of Phase II Requests for Production of Documents to Wolverine World Wide is extended to July 8, 2020.

Dated: June 30, 2020

*s/ Kevin B. Dreher*
Kevin B. Dreher
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
kdreher@reedsmith.com

Charles M. Denton
Erika P. Weiss
BARNES & THORNBURG LLP
171 Monroe Ave. NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Charles.Denton@btlaw.com
Erika.Weiss@btlaw.com

*Counsel for Wolverine World Wide, Inc., f/k/a Wolverine Shoe & Tanning Corporation*

/s/ Patrick E. Winters
Patrick E. Winters
Charles W. Browning
Plunkett Cooney
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
pwinters@plunkettcooney.com
cbrowning@plunkettcooney.com

*Attorneys for The Travelers Indemnity Company, The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company, and Travelers Property Casualty Company of America*

/s/ William Gerald McElroy, Jr.
William Gerald McElroy, Jr.
ZELLE LLP
161 Worcester Rd., Ste. 502
Framingham, MA 01701
(781) 466-0706
WMcElroy@zelle.com

David W. Centner
CLARK HILL PLC
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
Telephone: (616) 608-1100
Facsimile: (616) 608-1199
dcentner@clarkhill.com

*Attorneys for Defendant Employers Insurance Company of Wausau*

/s/ Carole Bos
Bradley K. Glazier
Carole Bos
BOS & GLAZIER PLC
990 Monroe Ave., NW
Grand Rapids, MI 49503
(616) 458-6814
bglazier@bosglazier.com

Brian C. Coffey
COHN BAUGHMAN & MARTIN
333 W Wacker Dr., Ste. 900
Chicago, IL 60606
(312) 775-3900
brian.coffey@mclolaw.com

*Attorneys for Defendants Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Employers Insurance Company, and Federal Insurance Company*

/s/ Richard McDermott
Richard McDermott
Brent Graber
Seth M. Jaffe
Jonathan R. Puskar
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
(312) 784-5400
(312) 784-5499 (fax)
rmcdermott@hww-law.com
bgraber@hww-law.com
sjaffe@hww-law.com
jpuskar@hww-law.com

*Attorneys for Defendants North River Insurance Company and Bedivere Insurance Company (as successor to certain insurance policies issued by American Employers' Insurance Company)*

- 3 -

| | |
|---|---|
| */s/ Bradford S. Moyer*<br>Bradford S. Moyer<br>Stephanie M. Brochert<br>PLUNKETT COONEY<br>950 Trade Centre Way, Ste. 310<br>Kalamazoo, MI 49002<br>(269) 226-8844<br>bmoyer@plunkettcooney.com<br>sbrochert@plunkettcooney.com<br><br>*Attorneys for Defendant The American Insurance Company* | *s/ Anthony F. Caffrey, III*<br>Anthony F. Caffrey , III<br>CARDELLI LANFEAR PC<br>322 W Lincoln Ave.<br>Royal Oak, MI 48067<br>Telephone: (248) 544-1100<br>Facsimile: (248) 544-1191<br>acaffrey@cardellilaw.com<br><br>Wayne S. Karbal<br>Paul Parker<br>KARBAL COHEN ECONOMOU SILK & DUNNE, LLC<br>150 S. Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>(312) 431-3700; (312) 431-3670 (f)<br>wkarbal@karballaw.com<br>pparker@karballaw.com<br><br>*Attorneys for Defendant First State Insurance Company* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.                                                                                 Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et al.,     Honorable Janet T. Neff
                                                                             Mag. Judge Sally J. Berens
    Defendants.                                                   Special Master Paula Manderfield

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I electronically filed the foregoing document with the Clerk of Court using the ECF system which provides notice to all attorneys of record.

                                                                                   *s/ Kevin B. Dreher*
                                                                                        Kevin B. Dreher