### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, et. al,

    Defendants.

Case No. 1:19-cv-00010-JTN-ESC

Honorable Janet T. Neff
Mag. Judge Sally J. Berens
Special Master Paula Manderfield

**ORAL ARGUMENT REQUESTED**

---

### INSURERS' MOTION TO COMPEL PRODUCTION OF UNDERLYING LITIGATION BUDGETS AND RELATED MATERIALS CONCERNING CLAIMED DEFENSE COSTS

Pursuant to F.R.C.P. 37(a)(3)(A) and (B), Insurers move for an order compelling Wolverine to produce litigation budget documents bearing directly on the reasonableness and necessity of the alleged defense costs Wolverine seeks in this matter, as well as the classification of those costs as either defense, indemnity, or business-related.

    Respectfully submitted,

    */s/ Carole D. Bos*
    Carole D. Bos
    BOS & GLAZIER PLC
    990 Monroe Ave., NW
    Grand Rapids, MI 49503
    (616) 458-6814
    cbos@bosglazier.com
    bglazier@bosglazier.com

    Brian C. Coffey
    COHN BAUGHMAN & MARTIN
    333 W Wacker Dr., Ste. 900
    Chicago, IL 60606
    (312) 775-3900
    brian.coffey@mclolaw.com

        Daniel F. Gourash (Ohio Bar No. 0032413)
        Robert D. Anderle (Ohio Bar No.0064582)
        Seeley, Savidge, Ebert & Gourash, Co., LPA
        26600 Detroit Road, Third Floor
        Cleveland, Ohio 44145
        Ph: 216-566-8200
        Fax: 216-566-0213
        dfgourash@sseg-law.com
        rdanderle@sseg-law.com
        ***Attorneys for Defendants Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Pacific Employers Insurance Company, and Federal Insurance Company***

        *s/Patrick E. Winters*
        Charles W. Browning
        Patrick E. Winters
        Drew L. Block
        PLUNKETT COONEY
        38505 Woodward Avenue, Suite 100
        Bloomfield Hills, MI 48304
        (248) 901-4000; (248) 901-4040 (Fax)
        cbrowning@plunkettcooney.com
        pwinters@plunkettcooney.com
        dblock@plunkettcooney.com
        ***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America***

*s/Bradford S. Moyer*
Bradford S. Moyer
Stephanie M. Brochert
PLUNKETT COONEY
Bridgewater Place
333 Bridge N.W., Suite 530
Grand Rapids, MI 49504
(269) 382-5935
bmoyer@plunkettcooney.com
sbrochert@plunkettcooney.com
***Attorneys for Defendant The American Insurance Company***

*s/Michael J. Cohen*
Michael J. Cohen
Pamela J. Tillman
MEISSNER TIERNEY FISHER & NICHOLS S.C.
111 E. Kilbourn Ave., Ste. 1900
Milwaukee, WI 53202
414) 273-1300
mjc@mtfn.com
pjt@mtfn.com


Daniel Johnson James
Gary A. Maximiuk
WHEELER UPHAM PC
Calder Plaza Bldg.
250 Monroe Ave., NW, Ste. 100
Grand Rapids, MI 49503
(616) 459-7100
james@wuattorneys.com
maximiuk@wuattorneys.com
***Attorneys for Defendant Liberty Mutual Insurance Company***


*s/William Gerald McElroy, Jr.*
William Gerald McElroy, Jr.
ZELLE LLP
161 Worcester Rd., Ste. 502
Framingham, MA 01701
(781) 466-0706
WMcElroy@zelle.com

David W. Centner
CLARK HILL PLC
200 Ottawa Ave., NW, Ste. 500
Grand Rapids, MI 49503
Telephone: (616) 608-1100
Facsimile: (616) 608-1199
dcentner@clarkhill.com
*Attorneys for Defendant Employers
Insurance Company of Wausau*

## CERTIFICATE OF SERVICE

I do hereby certify that on the 14th day of October, 2020, I served the foregoing document and this Certificate of Service to all Counsel of Record with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

/s/ Carole D. Bos
Carole D. Bos