IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

THE AMERICAN INSURANCE
COMPANY, et. al,

    Defendants.

Case No. 1:19-cv-00010-JTN-ESC

Honorable Janet T. Neff
Mag. Judge Sally J. Berens
Special Master Paula Manderfield

_____

### ORDER RE EMPLOYERS INSURANCE COMPANY OF WAUSAU'S MOTION FOR LEAVE TO SUPPLEMENT SUMMARY JUDGMENT RECORD

The Special Master having read and considered Employers Insurance Company of Wausau's ("Wausau") motion for leave to supplement the record with respect to the following three motions for partial summary judgment: Wolverine World Wide Inc. ("Wolverine") Motion for Partial Summary Judgment Regarding Certain Defendants' Breaches of Their Defense Duties (Wolverine's "Breach Motion") (ECF 497, PageID11797), Wolverine's Motion for Partial Summary Judgment Regarding Awardof Consequential Damages Based on Certain Defendants' Breach of the Duty to Defend (Wolverine's "Consequential Damages Motion") (ECF 690, PageID50110), andDefendants' Motion for Partial Summary Judgment On Allocation (Insurers' "Allocation Motion") (ECF 503, PageID11868), filed on September 16, 2020 with the Supplemental Declaration of Ryan Gillespie and a letter attached as an exhibit to theDeclaration; and good cause appearing; and no apparent prejudice to Wolverine; hereby orders as follows:

    1.    Wausau's motion is granted.

    2.    The record with respect to Wolverine's Breach Motion, Wolverine's Consequential Damages Motion; and the Insurers' Allocation Motion will be

supplemented with the Supplemental Declaration of Ryan Gillespie and a letter attached as an exhibit to the Declaration.

IT IS SO ORDERED.

                                        PAULA J. MANDERFIELD
                                        Special Master

Dated: February 24, 2021      By:   /s/ Paula J. Manderfield
                                              Special Master