# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>THE AMERICAN INSURANCE COMPANY, et al.,<br><br>       Defendants. | Case No. 1:19-CV-00010-JTN-SJB<br><br>Honorable Janet T. Neff<br>Mag. Judge Sally J. Berens<br>Special Master Paula J. Manderfield |

## JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT NORTH RIVER TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT

Plaintiff Wolverine World Wide, Inc. ("Wolverine"), and Defendant North River Insurance Company ("North River"), hereby stipulate and agree, by and through their attorneys, that the due date of North River's response to Wolverine's Motion for Leave to Supplement the Record for its Motion to Compel Production, or in the Alternative, *In Camera* Review of North River's and SPARTA's Categorically Logged Documents (ECF No. 2044) is hereby extended to July 14, 2023.

Dated: June 28, 2023                          Respectfully submitted,

By:       /s/ Kevin B. Dreher
          Kevin B. Dreher
          Barnes & Thornburg LLP
          One North Wacker Drive, Ste. 4400
          Chicago, IL  60606
          Telephone: (312) 214-8308
          Fax Number: (312) 759-5646
          kdreher@btlaw.com

*Attorneys for Plaintiff Wolverine World Wide, Inc.*

By:     /s/ Seth M. Jaffe
Brent J. Graber
Seth M. Jaffe
Hinkhouse Williams Walsh LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Fax Number: (312) 784-5499
bgraber@hww-law.com
sjaffe@hww-law.com

*Attorneys for Defendant North River Insurance Company*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 1:19-CV-00010-JTN-SJB <br><br> Honorable Janet T. Neff <br> Mag. Judge Sally J. Berens <br> Special Master Paula J. Manderfield |

**[PROPOSED] ORDER REGARDING JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT NORTH RIVER TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT**

Before this Court is a Stipulation between Plaintiff Wolverine World Wide, Inc. ("Wolverine") and Defendant North River Insurance Company ("North River"), for Extension of Time for North River's response to Wolverine's Motion for Leave to Supplement the Record for its Motion to Compel Production, or in the Alternative, *In Camera* Review of North River's and SPARTA's Categorically Logged Documents (ECF No. 2044). Upon good cause shown:

IT IS HEREBY ORDERED that the deadline for North River's response to Wolverine's Motion for Leave to Supplement the Record for its Motion to Compel Production, or in the Alternative, *In Camera* Review of North River's and SPARTA's Categorically Logged Documents (ECF No. 2044) is extended to July 14, 2023.

Date: _____

_____
Special Master Paul J. Manderfield