UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.                                                           Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et al.,      Honorable Janet T. Neff
                                                                                    Mag. Judge Sally J. Berens
    Defendants.                               Special Master Paula Manderfield

**STIPULATION FOR DISMISSAL OF
DEFENDANT, AMERICAN INSURANCE COMPANY**

    IT IS HEREBY STIPULATED AND AGREED BY and between all parties, through their respective attorneys, that all of Plaintiff Wolverine World Wide Inc.'s ("Wolverine's") claims against Defendant, American Insurance Company ("AIC") may be dismissed with prejudice and without further costs to any of the parties; and that all of Defendant First State Insurance Company's cross-claims against AIC may be dismissed without prejudice and without further costs to any of the parties. Each party to bear its own costs.

    Respectfully submitted this 5th day of July, 2023.

| | |
|---|---|
| */s/ Kevin B. Dreher* | */s/ Bradford S. Moyer* |
| Kevin B. Dreher | Bradford S. Moyer |
| BARNES & THORNBURG LLP | Stephanie M. Brochert |
| One North Wacker Dr., Suite 4400 | PLUNKETT COONEY |
| Chicago, IL  60606 | 333 Bridge Street NW, Suite 530 |
| Telephone: (312) 214-8308 | Grand Rapids, MI 49504 |
| kdreher@btlaw.com | (269) 226-8844 |
| | bmoyer@plunkettcooney.com |
| Charles M. Denton | sbrochert@plunkettcooney.com |
| BARNES & THORNBURG LLP | |
| 171 Monroe Ave. NW, Suite 1000 | ***Attorneys for Defendant The American*** |
| Grand Rapids, MI 49503 | ***Insurance Company*** |
| Telephone: (616) 742-3930 | |

Charles.Denton@btlaw.com

*Attorneys for Plaintiff*

*/s/ Wayne S. Karbal*
Wayne S. Karbal
Michelle Miner
KARBAL COHEN ECONOMOU SILK
& DUNNE, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
pparker@karballaw.com

Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
Telephone: (248) 544-1100
Facsimile: (248) 544-1191
acaffrey@cardellilaw.com

*Attorneys for Defendant First State Insurance Company*

*/s/ Charles W. Browning*
Charles W. Browning
Patrick E. Winters
Drew L. Block
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000; (248) 901-4040 (Fax)
cbrowning@plunkettcooney.com
pwinters@plunkettcooney.com
dblock@plunkettcooney.com

*Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a*

*/s/ Brent Graber*
Brent Graber
Seth M. Jaffe
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
(312) 784-5400
(312) 784-5499 (fax)
bgraber@hww-law.com
sjaffe@hww-law.com

*Attorneys for Defendants North River Insurance Company and SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company*

*Travelers Casualty and Surety Company and*
*Travelers Property Casualty Company of*
*America*

*Travelers Casualty and Surety Company and*
*Travelers Property Casualty Company of*
*America*