# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

     Plaintiff,

v.                                                        Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,        Honorable Janet T. Neff
                                                       Mag. Judge Sally J. Berens
     Defendants.                                   Special Master Paula Manderfield

---

**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF BOB DEBUSSCHERE**

TO:    All Counsel of Record

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of Bob DeBusschere before a notary public or other officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means.  All parties are welcome to attend and ask questions.

The deposition will take place beginning at 1:00 PM Eastern on Tuesday, August 15, 2023, and continuing thereafter until completed, via web-based video conferencing software (Zoom or its equivalent).  This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to Interrogatory Number 2 of

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company, and The Travelers Indemnity Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America.

1

Wolverine's Objections and Responses to Defendants' Third Set of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement. Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology.  Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.

Respectfully submitted,

 s/Patrick E. Winters                          
Charles W. Browning
Patrick E. Winters
Drew L. Block
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000; (248) 901-4040 (Fax)
cbrowning@plunkettcooney.com
pwinters@plunkettcooney.com
dblock@plunkettcooney.com
***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America***

 s/ Anthony F. Caffrey, III            
Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
(248) 544-1100; (248) 544-1191 (f)

 s/Seth M. Jaffe                          
Brent Graber
Seth M. Jaffe
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
(312) 784-5400
(312) 784-5499 (fax)
bgraber@hww-law.com
sjaffe@hww-law.com
***Attorneys for Defendant North River Insurance Company and SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company***

2

acaffrey@cardellilaw.com

Wayne S. Karbal
Michelle Miner
KARBAL   COHEN   ECONOMOU   SILK   &
DUNNE, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
***Attorneys   for   Defendant   First   State
Insurance Company***

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

     Plaintiff,

v.                                                                        Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,          Honorable Janet T. Neff
                                                                          Mag. Judge Sally J. Berens
     Defendants.                                          Special Master Paula Manderfield

_____

**CERTIFICATE OF SERVICE**

     I do hereby certify that on the 10th day of July, 2023, I served the foregoing *Defendants'*

*Notice of Video Deposition of Bob DeBusschere* to all counsel of record via email and filed this

certificate of service with the Clerk of the Court using the electronic court filing system,

which will send notification of such filing to all counsel of record.


                                     *s/Patrick E. Winters*_____
                                       Patrick E. Winters P62794


Open.06900.81530.30937141-1

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

      Plaintiff,

v.                               Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,   Honorable Janet T. Neff
                                        Mag. Judge Sally J. Berens
      Defendants.                 Special Master Paula Manderfield

---

**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF GUY HAYDEN**

TO:    All Counsel of Record

       PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of Guy Hayden before a notary public or other officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means.  All parties are welcome to attend and ask questions.

       The deposition will take place beginning at 9:30 AM Eastern on Tuesday, August 15, 2023, and continuing thereafter until completed, via web-based video conferencing software (Zoom or its equivalent).  This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to Interrogatory Number 2 of

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company, and The Travelers Indemnity Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America.

Wolverine's Objections and Responses to Defendants' Third Set of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement. Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology.  Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.


Respectfully submitted,

| | |
|---|---|
|  s/Patrick E. Winters_____ |   s/Seth M. Jaffe_____ |
| Charles W. Browning | Brent Graber |
| Patrick E. Winters | Seth M. Jaffe |
| Drew L. Block | HINKHOUSE WILLIAMS WALSH LLP |
| PLUNKETT COONEY | Two Prudential Plaza |
| 38505 Woodward Avenue, Suite 100 | 180 N. Stetson Avenue, Suite 3400 |
| Bloomfield Hills, MI 48304 | Chicago, IL 60601 |
| (248) 901-4000; (248) 901-4040 (Fax) | (312) 784-5400 |
| cbrowning@plunkettcooney.com | (312) 784-5499 (fax) |
| pwinters@plunkettcooney.com | bgraber@hww-law.com |
| dblock@plunkettcooney.com | sjaffe@hww-law.com |
| ***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America*** | ***Attorneys for Defendant North River Insurance Company and SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company*** |

 s/ Anthony F. Caffrey, III_____
Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
(248) 544-1100; (248) 544-1191 (f)

acaffrey@cardellilaw.com

Wayne S. Karbal
Michelle Miner
KARBAL   COHEN   ECONOMOU   SILK   &
DUNNE, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
***Attorneys   for   Defendant   First   State
Insurance Company***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

     Plaintiff,

v.                                                    Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,     Honorable Janet T. Neff

               Defendants.          Mag. Judge Sally J. Berens

                                                Special Master Paula Manderfield

---

## CERTIFICATE OF SERVICE

I do hereby certify that on the 10th day of July, 2023, I served the foregoing *Defendants'*
*Notice of Video Deposition of Guy Hayden* to all counsel of record via email and filed this
certificate of service with the Clerk of the Court using the electronic court filing system,
which will send notification of such filing to all counsel of record.


                                *s/Patrick E. Winters*
                                Patrick E. Winters P62794


Open.06900.81530.30937158-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

     Plaintiff,

v.                         Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,    Honorable Janet T. Neff
                                      Mag. Judge Sally J. Berens
     Defendants.                  Special Master Paula Manderfield

---

**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF DAVID HUEY**

TO:    All Counsel of Record

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of David Huey before a notary public or other officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means.  All parties are welcome to attend and ask questions.

The deposition will take place beginning at 1:00 PM Eastern on Monday, August 14, 2023, and continuing thereafter until completed, via web-based video conferencing software (Zoom or its equivalent).  This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to Interrogatory Number 2 of

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company, and The Travelers Indemnity Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America.

Wolverine's Objections and Responses to Defendants' Third Set of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement. Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology.  Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.

Respectfully submitted,

| | |
|---|---|
| _s/Patrick E. Winters_ | _s/Seth M. Jaffe_ |
| Charles W. Browning | Brent Graber |
| Patrick E. Winters | Seth M. Jaffe |
| Drew L. Block | HINKHOUSE WILLIAMS WALSH LLP |
| PLUNKETT COONEY | Two Prudential Plaza |
| 38505 Woodward Avenue, Suite 100 | 180 N. Stetson Avenue, Suite 3400 |
| Bloomfield Hills, MI 48304 | Chicago, IL 60601 |
| (248) 901-4000; (248) 901-4040 (Fax) | (312) 784-5400 |
| cbrowning@plunkettcooney.com | (312) 784-5499 (fax) |
| pwinters@plunkettcooney.com | bgraber@hww-law.com |
| dblock@plunkettcooney.com | sjaffe@hww-law.com |
| ***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America*** | ***Attorneys for Defendant North River Insurance Company and SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company*** |

_s/ Anthony F. Caffrey, III_
Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
(248) 544-1100; (248) 544-1191 (f)

2

acaffrey@cardellilaw.com

Wayne S. Karbal
Michelle Miner
KARBAL COHEN ECONOMOU SILK &
DUNNE, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
***Attorneys for Defendant First State
Insurance Company***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

     Plaintiff,

v.

THE AMERICAN INSURANCE COMPANY, et. al,

     Defendants.

Case No. 1:19-cv-00010-JTN-SJB

Honorable Janet T. Neff
Mag. Judge Sally J. Berens
Special Master Paula Manderfield

---

### CERTIFICATE OF SERVICE

I do hereby certify that on the 10th day of July, 2023, I served the foregoing *Defendants'*
*Notice of Video Deposition of David Huey* to all counsel of record via email and filed this
certificate of service with the Clerk of the Court using the electronic court filing system,
which will send notification of such filing to all counsel of record.

      s/Patrick E. Winters
     Patrick E. Winters P62794

Open.06900.81530.31380546-1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | | |
|---|---|---|
| WOLVERINE WORLD WIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-CV-00010 |
| | ) | |
| THE AMERICAN INSURANCE COMPANY, | ) | Honorable Janet T. Neff |
| et al., | ) | Mag. Judge Sally J. Berens |
| | ) | Special Master Paula J. Manderfield |
| Defendants. | ) | |

---

**<u>DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF FRANK METSAARS</u>**

TO:   All Counsel of Record

Please take notice that, pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of Frank Metsaars before a notary public or officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means. The deposition shall commence on August 29, 2023, at 10:00 a.m. ET, and shall continue day to day until completed, via web-based video conferencing software (Zoom or equivalent). This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to Interrogatory Number 2 of

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company, and The Travelers Indemnity Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America

Wolverine's Objections and Responses to Defendants' Third Set of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement.  Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology.  Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.

Dated: July 17, 2023                            Respectfully submitted,

By: _____

Brent J. Graber
Seth M. Jaffe
Hinkhouse Williams Walsh LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Fax Number: (312) 784-5499
bgraber@hww-law.com
sjaffe@hww-law.com

*Attorneys for Defendants North River Insurance Company and SPARTA Insurance Company, as successor in interest for certain limited purposes to American Employers' Insurance Company*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WOLVERINE WORLD WIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-CV-00010 |
| | ) | |
| THE AMERICAN INSURANCE COMPANY, | ) | Honorable Janet T. Neff |
| et al., | ) | Mag. Judge Sally J. Berens |
| | ) | Special Master Paula J. Manderfield |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to LCivR 5.2, the undersigned attorney hereby certifies that on **July 17, 2023**, a copy of **Defendants' Notice of Deposition of Frank Metsaars** was caused to be served upon all counsel of record as shown in the attached service list via electronic mail, by agreement of all parties, and that this certificate of service was filed with the Clerk of Court using the electronic court filing system, which will send notification of such filing to all counsel of record.

Dated:  July 17, 2023                Respectfully submitted,


By: _____/s/ Seth M. Jaffe_____
Brent J. Graber
Seth M. Jaffe
Hinkhouse Williams Walsh LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Fax Number: (312) 784-5499
bgraber@hww-law.com
sjaffe@hww-law.com

*Attorneys for Defendants North River Insurance*
*Company and SPARTA Insurance Company, as*
*successor in interest for certain limited purposes to*
*American Employers' Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

       Plaintiff,

v.                                 Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,    Honorable Janet T. Neff
                                             Mag. Judge Sally J. Berens
       Defendants.                   Special Master Paula Manderfield

---

**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF GREGORY MILLS**

TO:    All Counsel of Record

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of Gregory Mills before a notary public or other officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means.  All parties are welcome to attend and ask questions.

The deposition will take place beginning at 1:00 PM Eastern (12:00 PM Central) on Wednesday, August 30, 2023, and continuing thereafter until completed, via web-based video conferencing software (Zoom or its equivalent).  This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, and The Travelers Indemnity Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America.

Interrogatory Number 2 of Wolverine's Objections and Responses to Defendants' Third Set of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement. Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology. Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.

Respectfully submitted,

 s/Patrick E. Winters                          
Charles W. Browning
Patrick E. Winters
Drew L. Block
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000; (248) 901-4040 (Fax)
cbrowning@plunkettcooney.com
pwinters@plunkettcooney.com
dblock@plunkettcooney.com
***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America***

 s/ Anthony F. Caffrey, III                    
Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
(248) 544-1100; (248) 544-1191 (f)
acaffrey@cardellilaw.com

 s/Seth M. Jaffe                          
Brent Graber
Seth M. Jaffe
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
(312) 784-5400
(312) 784-5499 (fax)
bgraber@hww-law.com
sjaffe@hww-law.com
***Attorneys for Defendant North River Insurance Company***

_s/Howard J. Fishman_

Wayne S. Karbal
Howard J. Fishman
KARBAL COHEN ECONOMOU SILK &
DUNNE, LLC
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
hfishman@karballaw.com
***Attorneys for Defendant First State
Insurance Company***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---

| | | |
|---|---|---|
| WOLVERINE WORLD WIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00010-JTN-ESC |
| | ) | |
| | ) | Honorable Janet T. Neff |
| THE AMERICAN INSURANCE COMPANY, | ) | |
| et. al, | ) | Mag. Judge Ellen S. Carmody |
| | ) | Special Master Paula Manderfield |
| Defendants. | ) | |

---

## CERTIFICATE OF SERVICE

I, Howard J. Fishman, an attorney, certify that on August 4, 2023, a true and correct copy of **Defendants' Notice of Deposition of Gregory Mills** was served upon all counsel of record via e-mail, and filed this certificate of service with the Clerk of Court using the electronic filing system, which will send notification of such filing to all counsel of record.

Dated: August 4, 2023

*/s/ Howard J. Fishman*
Wayne S. Karbal
Howard J. Fishman
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700 (t) / (312) 431-3670 (f)
wkarbal@karballaw.com
hfishman@karballaw.com

*Attorneys for Defendant,*
*First State Insurance Company*

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

      Plaintiff,

v.                        Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,    Honorable Janet T. Neff
                                      Mag. Judge Sally J. Berens
      Defendants.                   Special Master Paula Manderfield

---

**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF JOHN O'BRIEN**

TO:    All Counsel of Record

      PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of John O'Brien before a notary public or other officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means.  All parties are welcome to attend and ask questions.

      The deposition will take place beginning at 9:30 AM Eastern (8:30 AM Central) on Wednesday, August 30, 2023, and continuing thereafter until completed, via web-based video conferencing software (Zoom or its equivalent).  This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to Interrogatory Number 2 of Wolverine's Objections and Responses to Defendants' Third Set

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America.

of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement.  Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology.  Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.

Respectfully submitted,

 s/Patrick E. Winters                               
Charles W. Browning
Patrick E. Winters
Drew L. Block
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000; (248) 901-4040 (Fax)
cbrowning@plunkettcooney.com
pwinters@plunkettcooney.com
dblock@plunkettcooney.com
***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America***

 s/ Anthony F. Caffrey, III                         
Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
(248) 544-1100; (248) 544-1191 (f)
acaffrey@cardellilaw.com

 s/Seth M. Jaffe                                  
Brent Graber
Seth M. Jaffe
HINKHOUSE WILLIAMS WALSH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
(312) 784-5400
(312) 784-5499 (fax)
bgraber@hww-law.com
sjaffe@hww-law.com
***Attorneys for Defendant North River Insurance Company***

2

 _s/Howard J. Fishman_
Wayne S. Karbal
Howard J. Fishman
KARBAL COHEN ECONOMOU SILK & DUNNE, LLC
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
hfishman@karballaw.com
***Attorneys for Defendant First State Insurance Company***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-00010-JTN-ESC |
| | ) |
| | ) Honorable Janet T. Neff |
| THE AMERICAN INSURANCE COMPANY, | ) |
| et. al, | ) Mag. Judge Ellen S. Carmody |
| | ) Special Master Paula Manderfield |
| Defendants. | ) |

---

### CERTIFICATE OF SERVICE

I, Howard J. Fishman, an attorney, certify that on August 4, 2023, a true and correct copy of **Defendants' Notice of Deposition of John O'Brien** was served upon all counsel of record via e-mail, and filed this certificate of service with the Clerk of Court using the electronic filing system, which will send notification of such filing to all counsel of record.

Dated: August 4, 2023

/s/ Howard J. Fishman
Wayne S. Karbal
Howard J. Fishman
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700 (t) / (312) 431-3670 (f)
wkarbal@karballaw.com
hfishman@karballaw.com

*Attorneys for Defendant,*
*First State Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WOLVERINE WORLD WIDE, INC.,

       Plaintiff,

v.                               Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et. al,    Honorable Janet T. Neff
                                          Mag. Judge Sally J. Berens
       Defendants.                  Special Master Paula Manderfield

---

**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF ROBERT WINEGAR**

TO:    All Counsel of Record

       PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants[1] will take the deposition upon oral examination of Robert Winegar before a notary public or other officer duly authorized to administer oaths, which deposition will be recorded by stenographic and video means.  All parties are welcome to attend and ask questions.

       The deposition will take place beginning at 1:00 PM Eastern (12:00 PM Central) on Monday, August 28, 2023, and continuing thereafter until completed, via web-based video conferencing software (Zoom or its equivalent).  This deposition will be limited to the witness's knowledge of the events identified in Wolverine World Wide, Inc.'s response to

---

[1] "Defendants" as used herein, collectively or separately, means Defendants First State Insurance Company, The North River Insurance Company, and The Travelers Indemnity Company, as well as Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America.

Interrogatory Number 2 of Wolverine's Objections and Responses to Defendants' Third Set of Phase II Interrogatories and Wolverine's April 26, 2023 Supplemental Phase II Initial Disclosure Statement.  Defendants reserve the right to record the testimony by audio or video technology, including videotape and cloud-based technology.  Please take notice that the court reporter may conduct the deposition from a remote location as if the reporter were physically present in the room with the deponent.

Respectfully submitted,

| | |
|---|---|
| *s/ Patrick E. Winters* | *s/Seth M. Jaffe* |
| Charles W. Browning | Brent Graber |
| Patrick E. Winters | Seth M. Jaffe |
| Drew L. Block | HINKHOUSE WILLIAMS WALSH LLP |
| PLUNKETT COONEY | Two Prudential Plaza |
| 38505 Woodward Avenue, Suite 100 | 180 N. Stetson Avenue, Suite 3400 |
| Bloomfield Hills, MI 48304 | Chicago, IL 60601 |
| (248) 901-4000; (248) 901-4040 (Fax) | (312) 784-5400 |
| cbrowning@plunkettcooney.com | (312) 784-5499 (fax) |
| pwinters@plunkettcooney.com | bgraber@hww-law.com |
| dblock@plunkettcooney.com | sjaffe@hww-law.com |
| ***Attorneys for Defendant/Counter-Claimant The Travelers Indemnity Company and Counter-Claimants The Travelers Indemnity Company of Illinois n/k/a Travelers Property Casualty Company of America, Northfield Insurance Company, St. Paul Fire and Marine Insurance Company, The Aetna Casualty and Surety Company n/k/a Travelers Casualty and Surety Company and Travelers Property Casualty Company of America*** | ***Attorneys for Defendant North River Insurance Company*** |

 *s/ Anthony F. Caffrey, III*
Anthony F. Caffrey , III
CARDELLI LANFEAR PC
322 W Lincoln Ave.
Royal Oak, MI 48067
(248) 544-1100; (248) 544-1191 (f)
acaffrey@cardellilaw.com

2

*s/ Howard J. Fishman*
Wayne S. Karbal
Howard J. Fishman
KARBAL   COHEN   ECONOMOU   SILK   &
DUNNE, LLC
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700; (312) 431-3670 (f)
wkarbal@karballaw.com
hfishman@karballaw.com
***Attorneys for Defendant First State Insurance Company***

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WOLVERINE WORLD WIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00010-JTN-ESC |
| | ) | |
| | ) | Honorable Janet T. Neff |
| THE AMERICAN INSURANCE COMPANY, | ) | |
| et. al, | ) | Mag. Judge Ellen S. Carmody |
| | ) | Special Master Paula Manderfield |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Howard J. Fishman, an attorney, certify that on August 4, 2023, a true and correct copy of **Defendants' Notice of Deposition of Robert Winegar** was served upon all counsel of record via e-mail, and filed this certificate of service with the Clerk of Court using the electronic filing system, which will send notification of such filing to all counsel of record.

Dated: August 4, 2023

/s/ Howard J. Fishman
Wayne S. Karbal
Howard J. Fishman
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 S. Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700 (t) / (312) 431-3670 (f)
wkarbal@karballaw.com
hfishman@karballaw.com

*Attorneys for Defendant,*
*First State Insurance Company*

1