# **EXHIBIT 8**

**From:** Wilhoit, Kathryn <Kathryn.Wilhoit@btlaw.com>
**Sent:** Thursday, December 22, 2022 5:33 PM
**To:** Wayne S. Karbal <wkarbal@KARBALLAW.com>; Seth Jaffe <sjaffe@hww-law.com>; Brent J. Graber <bgraber@hww-law.com>; Michelle Miner <mminer@karballaw.com>; Moyer, Bradford <BMoyer@plunkettcooney.com>; Stephanie Brochert <sbrochert@plunkettcooney.com>; Winters, Patrick <PWinters@plunkettcooney.com>; Charles Browning <cbrowning@plunkettcooney.com>; Drew Block <dblock@plunkettcooney.com>
**Cc:** Dreher, Kevin <KDreher@btlaw.com>; Kyureghian, Alice <AKyureghian@btlaw.com>; Upton, Caroline <CUpton@btlaw.com>; Koss, Kelly <Kelly.Koss@btlaw.com>; Naccachian, Nora <Nora.Naccachian@btlaw.com>; Hinton, Haley <Haley.Hinton@btlaw.com>
**Subject:** RE: Wolverine World Wide, Inc. v. AIC et al.

Wayne – thank you for the prompt response and the courtesy of the extension. Wolverine's responses will not be a cut and paste, there will be some overlap of course, but not a cut and paste. We will prepare and submit a stipulation for extension. Happy Holidays!

**Kathryn Wilhoit** | Associate
Barnes & Thornburg LLP
One North Wacker Drive Suite 4400, Chicago, IL 60606
Direct: (312) 214-5639 | Mobile: (606) 316-7674

   

Atlanta | Boston | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
New Jersey | New York | Ohio | Philadelphia | Raleigh | Salt Lake City | Texas | Washington, D.C.

Visit our Subscription Center to sign up for legal insights and events.

**From:** Wayne Karbal <wkarbal@KARBALLAW.com>
**Sent:** Thursday, December 22, 2022 5:00 PM
**To:** Wilhoit, Kathryn <Kathryn.Wilhoit@btlaw.com>; Seth Jaffe <sjaffe@hww-law.com>; Brent J. Graber <bgraber@hww-law.com>; Michelle Miner <mminer@karballaw.com>; Moyer, Bradford <BMoyer@plunkettcooney.com>; Stephanie Brochert <sbrochert@plunkettcooney.com>; Winters, Patrick <PWinters@plunkettcooney.com>; Charles Browning <cbrowning@plunkettcooney.com>; Drew Block <dblock@plunkettcooney.com>
**Cc:** Dreher, Kevin <KDreher@btlaw.com>; Kyureghian, Alice <AKyureghian@btlaw.com>; Upton, Caroline <CUpton@btlaw.com>; Koss, Kelly <Kelly.Koss@btlaw.com>; Naccachian, Nora <Nora.Naccachian@btlaw.com>; Hinton, Haley <Haley.Hinton@btlaw.com>
**Subject:** [EXTERNAL]RE: Wolverine World Wide, Inc. v. AIC et al.

Kathryn –

  The defendants have no objection to agreeing to your proposed extension, but only on the condition that Wolverine's responses will not be a cut and paste of the responses it previously provided to Chubb with respect to the identical discovery.  If that condition poses a problem, please advise.

1

      Assuming that condition does not pose a problem, feel free to prepare the requested extension and Happy Holidays to you and the rest of the Wolverine Team.

**Wayne Karbal**
**Karbal | Cohen | Economou | Silk | Dunne | LLC**
**200 S. Wacker Drive**
**Suite 2550**
**Chicago, IL 60606**

P: (312) 431-3610
C: (847) 508-9662
F: (312) 431-3670
E: <wkarbal@KARBALLAW.com>

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distr bution or use of the contents of this information is prohibited.

---

**From:** Wilhoit, Kathryn <Kathryn.Wilhoit@btlaw.com>
**Sent:** Thursday, December 22, 2022 9:31 AM
**To:** Seth Jaffe <sjaffe@hww-law.com>; Brent J. Graber <bgraber@hww-law.com>; Wayne Karbal <wkarbal@KARBALLAW.com>; Michelle Miner <mminer@karballaw.com>; Moyer, Bradford <BMoyer@plunkettcooney.com>; Stephanie Brochert <sbrochert@plunkettcooney.com>; Winters, Patrick <PWinters@plunkettcooney.com>; Charles Browning <cbrowning@plunkettcooney.com>; Drew Block <dblock@plunkettcooney.com>
**Cc:** Dreher, Kevin <KDreher@btlaw.com>; Kyureghian, Alice <AKyureghian@btlaw.com>; Upton, Caroline <CUpton@btlaw.com>; Koss, Kelly <Kelly.Koss@btlaw.com>; Naccachian, Nora <Nora.Naccachian@btlaw.com>; Hinton, Haley <Haley.Hinton@btlaw.com>
**Subject:** RE: Wolverine World Wide, Inc. v. AIC et al.

All –

Currently, Wolverine's responses to Certain Defendants' Third Set of Phase II Interrogatories and Fourth Set of Phase II Interrogatories and Requests for Production are due on January 6, 2023. In light of the holidays, Wolverine is requesting until January 20th to respond to these requests.

Please let us know if you will agree to this extension – and happy holidays.

Thanks

**Kathryn Wilhoit** | Associate
Barnes & Thornburg LLP
One North Wacker Drive Suite 4400, Chicago, IL 60606
Direct: (312) 214-5639 | Mobile: (606) 316-7674



Atlanta | Boston | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
New Jersey | New York | Ohio | Philadelphia | Raleigh | Salt Lake City | Texas | Washington, D.C.

Visit our Subscription Center to sign up for legal insights and events.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```