# **EXHIBIT 10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WOLVERINE WORLD WIDE, INC., | ) | |
| | ) | Case No. 1:19-cv-00010-JTN-ESC |
| *Plaintiff*, | ) | |
| | ) | Honorable Janet T. Neff |
| v. | ) | |
| | ) | Mag. Judge Ellen S. Carmody |
| THE AMERICAN INSURANCE COMPANY, | ) | Special Master Paula Manderfield |
| et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## AFFIDAVIT OF NON-SERVICE

I, Jason Van Andel, make the following affidavit pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 years old and not a party to this action *Wolverine World Wide, Inc. v. The American Insurance Company, et al.*, W.D. Mich. no. 1:19-cv-00010-JTN-ESC. I am a resident of the state of Michigan. I am qualified in all respects to make this Affidavit.

2. I have personal knowledge of the matters stated herein, and if I am called upon to do so, can testify as to these matters.

3. I am a process server affiliated with One Source Process, LLC.

4. I am and was at all relevant times authorized by law to make service of documents within the state of Michigan.

5. I have made repeat unsuccessful attempts to serve a subpoena for deposition on Cheryl Oliver ("Oliver") at 6910 Wildwood Ct., Fruitport, Michigan 49415 ("6910 Wildwood Ct."), which subpoena was issued by First State Insurance Company ("First State"). The unsuccessful service attempts are discussed below. All times referenced are Eastern Time.

6. One Source Process, LLC performed a skip trace that shows that 6910 Wildwood Ct. has been Oliver's address since the year 2000.

7. A true and correct copy of the subpoena for deposition that I attempted to serve on Oliver, issued by First State on or about June 20, 2023, is attached hereto as Exhibit A. I received the subpoena on June 26, 2023 at 12:40pm with instructions to arrange service on Oliver.

8. I attempted to serve the subpoena on Oliver on Friday, June 30, 2023 at 12:50pm at 6910 Wildwood Ct. Ex. A, Subpoena to Oliver. There was no answer. I left my business card on the door. At that time, I spoke to a neighbor, Justin Ryder at 6904 Wildwood Ct., who advised that Oliver lives at 6910 Wildwood Ct. and that he had not seen Oliver in a week or so.

9. I again attempted to serve the subpoena on Oliver on Thursday, July 13, 2023 at 5:15pm. Ex. A, Subpoena to Oliver. There was no answer.

10. I again attempted to serve the subpoena on Oliver on Friday, July 21, 2023 at 2:50pm. Ex. A, Subpoena to Oliver. There was no answer.

11. I again attempted to serve the subpoena on Oliver on Sunday, July 23, 2023 at 2:40pm at 6910 Wildwood Ct. Ex. A, Subpoena to Oliver. I knocked on the door and saw two dogs come to the window. There was no answer at the door. I spoke to the neighbor Justin Ryder and another neighbor, who were outside, who advised that they had not seen Oliver all day, and that she would park inside the garage when she was there.

12. I again attempted to serve the subpoena on Oliver on Sunday, July 23, 2023 at

5:30pm. Ex. A, Subpoena to Oliver. When I knocked, the same two dogs were present, but no one answered the door. I parked around the corner on the cul-de-sac that Oliver lives on, to wait for her return. I saw a vehicle come from the direction of 6910 Wildwood Ct., which I did not think was coming from that house. I pulled out to get a better look, and then I could see a woman who I identified as Oliver based on the photo from her LinkedIn Profile (attached hereto as Ex. B), who was with her dogs in her fenced-in backyard at 6910 Wildwood Ct. I attempted to speak to Oliver from outside her fence. Oliver started throwing a full-out temper tantrum, screaming at the top of her lungs that I needed to leave her property. I tried to get a few words in, but Oliver kept screaming. Oliver then returned to the house and slammed the door. I then spoke to the neighbor Justin Ryder again, who advised that Oliver had told him the other day that this was an old case, that she is retired, and that she will not deal with it.

13. I believe that any additional attempts to personally serve a subpoena on Oliver would be futile and that Oliver is evading service. Oliver has not contacted me by phone at any time.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed this **13th** day of August 2023.

_____
JASON VAN ANDEL