IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

                                              Case No. 1:19-cv-00010-JTN-SJB

THE AMERICAN INSURANCE COMPANY, et al.,    Honorable Janet T. Neff
                                                                       Mag. Judge Sally J. Berens
    Defendants.                                            Special Master Paula Manderfield

**ORDER RE:**
**JOINT STIPULATION TO EXTEND THE TIME FOR WOLVERINE AND NORTH RIVER TO FILE RULE 53(F)(2) OBJECTIONS AND RESPONSES TO THOSE OBJECTIONS REGARDING THE SPECIAL MASTER'S ORDER ECF NO. 2247 AND REPORT & RECOMMENDATION ECF NO. 2251**

        Before this Court is a Stipulation between Plaintiff Wolverine World Wide ("Wolverine") and Defendant North River Insurance Company ("North River"), (ECF No. 2254), for an extension of time to file objections and responses in opposition to objections to the Special Master's Order Denying Wolverine's Motion for Leave to Supplement the Summary Judgment Record (ECF No. 2247) and the Special Master's Report and Recommendation Regarding North River's Phase II Motion for Partial Summary Judgment Regarding Annualization of Policy Limits and Wolverine's Cross-Motion for Partial Summary Judgment Regarding the Per-Occurrence Limits, Aggregate, and Annualization under the North River Policy (ECF No. 2251). Upon good cause shown:

        IT IS HEREBY ORDERED:

        1.        Wolverine's Rule 53(f)(2) Objection to the Special Master's Order Denying Wolverine's Motion for Leave to Supplement the Summary Judgment Record (ECF No. 2247) shall be filed on or before December 12, 2023.

2. Wolverine's Rule 53(f)(2) Objection to the Special Master's Report and Recommendation Regarding North River's Phase II Motion for Partial Summary Judgment Regarding Annualization of Policy Limits and Wolverine's Cross-Motion for Partial Summary Judgment Regarding the Per-Occurrence Limits, Aggregate, and Annualization under the North River Policy (ECF No. 2251) shall be filed on or before December 13, 2023.

3. North River's Response in Opposition to Wolverine's Rule 53(f)(2) Objection to the Special Master's Order Denying Wolverine's Motion for Leave to Supplement the Summary Judgment Record (ECF No. 2247) shall be filed on or before December 29, 2023.

4. North River's Response in Opposition to Wolverine's Rule 53(f)(2) Objection to the Special Master's Report and Recommendation Regarding North River's Phase II Motion for Partial Summary Judgment Regarding Annualization of Policy Limits and Wolverine's Cross-Motion for Partial Summary Judgment Regarding the Per-Occurrence Limits, Aggregate, and Annualization under the North River Policy (ECF No. 2251) shall be filed on or before December 29, 2023.

IT IS SO ORDERED.

Dated:  December 4, 2023              /s/ Janet T. Neff
                                      HONORABLE JANET T. NEFF
                                      DISTRICT JUDGE