UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

THE AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-10

Hon. Hala Y. Jarbou

## ORDER

The Court held a status conference on the record, with all parties present, on July 31, 2024. For the reasons stated on the record,

**IT IS ORDERED** that the parties' Joint Motion to Vacate the Special Master's Order Compelling the Deposition Testimony of Travelers' Michael Ungaro (ECF No. 2518) is **GRANTED** subject to the terms placed on the record.

Dated: July 31, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE