UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOLVERINE WORLD WIDE, INC.,

    Plaintiff,

v.

    Case No. 1:19-cv-10

    Hon. Hala Y. Jarbou

THE AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that this case is **DISMISSED**.

Dated: September 24, 2024    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    CHIEF UNITED STATES DISTRICT JUDGE